E-FILED
Wednesday, 29 November, 2006  02:52:20 PM
Clerk, U.S. District Court, ILCD

FILED 11-29-06
NOV 29 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To: Judge Harold A. Baker

Dear Honorable Judge Baker,

I'm writing because it's been 60 days since a merit hearing for (case# 3:06-c-v-3184) was cancelled and there has been no other contact made with me concerning that case.

My request is to have an update status report regarding the issue.

Case name: Hibbler v. Zimmerman et al
Case#: 3:06-c-v-3184

With all do respect to your court I make this request and I pray this Honorable court grants this request.

Respectfully Written,
Antwon D. Hibbler #B45991