E-FILED
Friday, 15 December, 2006   08:45:35 AM
Clerk, U.S. District Court, ILCD

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DEC 1 4 2006
FILED

In The
United States District Court
Central District of Illinois

| | |
|---|---|
| Antwon S. Hibbler | Case no: 06-cv-3184 |
| Plaintiff, | Honorable Judge: Harold A. Baker |
| | Filed: December 14 2006 |
| vs. | |
| Lowell Brown, Medical Director | |
| Debra Fugua, Health Care Unit Administrative | |
| In their individual and official capacities. | |
| Defendants | |

## "The Plaintiff's Supplemental Complaint"

now comes the Pro-se plaintiff, Antwon S. Hibbler, and hereby ask this Honorable court, for permission to Supplemental his original complaint with the following facts:

1) Therean, Antwon S. Hibbler the pro-se plaintiff filed to this Honorable court his original complaint, thereafter this Honorable Court pass down it's ruling on november 22,2006 said ruling cited as follows:

a) Defendants Bunn, Swenney, Whitaker, Woodward, and Ward were deliberately indifferent to plaintiff's serious medical needs by intentionally interfering with doctor's orders that plaintiff wear shower shoes (8th Amendment);

b) Defendants Bunn, Swenney, Whitaker, Woodward and Ward retaliated against the plaintiff for filing an emergency grievance seeking treatment for his feet (1st Amendment);

c) Defendants Jennings, Ashby, and Zimmerman retaliated against the plaintiff for filing grievances (1st Amendment) and/or violated the plaintiff's right to equal protection (Fourteenth Amendment) by punishing the plaintiff for filing a frivolous lawsuit;

d) The defendants retaliated against the plaintiff for filing grievances by intercepting and interfering with his legal mail and grievances.

2) Thereafter, other constitutional violation has occured in which the plaintiff now seek to supplemental his complaint with the following facts, hereby asking permission to supplemental his ~~original~~ complaint.

3) This motion is not made in bad faith, nor for the purpose of delay, rather to seek permission to supplemental his original complaint, the defendant's has not been served, nor has answered yet.

Parties

① Plaintiff, Antwon S. Hibbles, is an inmate at the Illinois Department of Correction and incarcerated at the Western Illinois Correctional Center at all times relevant to this complaint.

④ Defendant, Lowell Brown, at all times relevant to this complaint was employed by the Illinois Department of Correction as the medical Director at Western Illinois Correctional Center and was acting under the color of law.

⑤ Defendant, Debra Fuqua, at all times relevant to this complaint was employed by the Illinois Department of Correction as the Health Care Administrative at Western Illinois Correctional Center and was acting under the color of law.

Jurisdiction

6) This court has jurisdiction over this matter as the claims involve violations of plaintiff's federal constitutional rights pursuant to "28 U.S.C 1331 and 1343".

Venue

7) Venue is appropriate because the allegations raised in this complaint occurred at Western Correctional Center, which is located in the Central District of Illinois per "28 U.S.C. 1391(b)".

Facts.

8) On or about May 19, 2006, plaintiff attended the healthcare regarding uncontrolable itching of his feet. At that appointment plaintiff made the defendant Kowell Brown aware of the situation and the defendant prescribed Athlete Foot Cream (Tolnaftate 1%) and told plaintiff this would clear up the condition.

9) After several days of using the prescribed ointment, the plaintiff's foot condition worsen. plaintiff toes started to itch more, became swollen, burning, raw on top of the toes as if the skin had been burned off, pain, and it became difficult to walk in state boots.

10) While on lock-down plaintiff complained to several nurses and correctional officers about the pain, swelling, rawness and what appeared to be blisters on his toes, but the plaintiff was repeatly told he could not get any medical attention until lock-down was over.

11) On May 22, 2006 after spending 3-4 days on lock-down in unbearable pain the plaintiff went to see the defendant Dr. Brown. At that appointment, the defendant Dr. Brown was made aware of the reaction the (Tolnaftate 1%) foot cream had on the plaintiff and the defendant stopped (Tolnaftate 1%) and prescribed plaintiff with another athlete foot cream (Lamisil).

12) On may 28, 2006, 6 days after being prescribed the Lamisil Foot Cream plaintiff toes began to swell more, the pain had increased and plaintiff toes were still burning, itching and the skin had come completely off. On this day plaintiff was seen by nurse Tatum and she ordered the stop of Lamisil and schedule plaintiff to see the defendant Dr. Brown in 2 days.

13) On May 30, 2006, plaintiff went to see the defendant Dr. Brown but, wasn't given any treatment despite the pain, swelling, burning, itching, and rawness of his toes. The defendant only stated: He'll have the shoe department contact him.

14) On June 10, 2006, plaintiff wrote defendant Debra Fuqua a letter about the situation and sought to be seen by an outside Foot Doctor because the defendant Dr. Brown previous treatments had no effect and only made plaintiff foot condition worser. Also in that letter the plaintiff made the defendant Debra Fuqua aware that the plaintiff was in great pain.

15) While awaiting a response from the defendant Debra Fuqua plaintiff could no longer stand the pain and filed an emergency grievance to seek undelayed health care in pursuant to establish grievance procedure to remedy his foot condition and to be sent outside to see a foot specialist.

16) On June 15, 2006, 2 days after filing an emergency grievance plaintiff went to sick call due to the fact it had become difficult to not only put on the state boots but walk in them as well. The pain had rapidly increased and was spreading to the other toes, the swelling was increasing in other toes, and there was blood and puss on top of the toes because all the skin was gone. However, plaintiff seen the defendant Dr. Brown and asked to be sent to an outside hospital but that request was denied and the defendant Dr. Brown prescribed plaintiff with a pill to take by mouth
( Doxycycline 100mg)

17) On June 22, 2006 Warden Zimmerman deemed plaintiff's grievance an emergency though plaintiff still had to suffer 6 days before going to the health care unit.

18) On June 28, 2006, plaintiff, went to see the defendant Dr. Brown, at this time the defendant said that he would try another treatment and prescribed plaintiff another pill to take by mouth (Cipro).

19) On July 5, 2006, plaintiff returned to see the defendant Dr. Brown with very little improvement with his foot condition. The pain still was unbearable, the toes became infected, numb, the skin still hadn't healed, puss and blood was still leaking from the top of the toes, and the itching and burning hadn't stopped. Plaintiff also asked Defendant Dr. Brown to send him to an outside hospital but the request was denied and the defendant Dr. Brown stated: It would be a waste of time to send you outside and the state's budget is low and I'd be wasting their money for something so small. The defendant then stated: I can handle this myself somehow.

20) On July 14, 2006 plaintiff returned to sick call because his toes were still in bad shape and skin had start coming off other toes. Based on the nature of the plaintiff toes plaintiff was seen by the defendant Dr. Brown and plaintiff again plead with the defendant to send him to a foot specialist but again that request was denied and the defendant Dr. Brown prescribed for the plaintiff to be treated with Silvadene daily to treat the top of the toes but nothing was given for the pain, numbness, swelling and to this very date of filing this complaint plaintiff has not been sent to an outside hospital nor has his toes gotten any better.

21) On July 15, 2006 plaintiff sent defendant Debra Fuqua another letter through the institutional mail informing her that my toe condition had not been properly treated; and that I'd like to be sent to see an outside doctor because none of defendant's Brown treatments had cured the situation.

22) On August 5, 2006 plaintiff foot condition continued to worsen and plaintiff sent another letter by way of institutional mail requesting to seek outside medical treatment but all three letters sent to the defendant Debra Fuqua has not been answered even to this date of filing this complaint.

23) As of Dec. 2, 2006 plaintiff's toes are still itching uncontrollably, burning, swollen, and red on top of the toes and numb as well; nor has defendant Debra Fuqua contacted the plaintiff.

24) On July 10, 2006 plaintiff emergency grievance was denied and plaintiff didn't get his relief requested which was to be sent outside to see a foot specialist etc.

25) On July 14, 2006 plaintiff appealed his grievance to establish his grievance procedure to the Administrative Review Board and has not received an answer to this date of Dec. 5, 2006; nor has defendant Debra Fuqua responded to neither of the three letters the plaintiff sent; to her as of this date stated above.

## Claims For Relief

26) Based on the defendant's actions described above following plaintiff's foot condition is a constitutional violation of Cruel and unusual Punishment; Denial of Accurate Medical Treatment, Deliberate Indifference, Purposeful pain and Suffering (8th and 14th Amendments of the U.S. Constitution).

27) The actions of the defendants in failing to obtain specialized medical treatment for plaintiffs toes was cruel and unusual Punishment; Deliberate Indifference which violates plaintiffs 8th and 14th Amendment rights of the U.S. constitution.

28) The actions of defendant Lowell Brown in failing to adequately attend to plaintiffs medical needs violated plaintiffs right to be free from cruel and unusual Punishment, Deliberate Indifference (8th Amendment of the U.S. Constitution) and Due Process-14th Amendment of the U.S. constitution)

29) The actions of defendant Debra Fuqua in ignoring plaintiffs plea for treatment of pain, was Deliberate Indifference which caused plaintiff substantial risk of harm. The defendants actions was also Cruel and unusual Punishment which violates plaintiffs constitutional rights guaranteed to him by the 8th and 14th Amendments of the U.S. Constitution.

30) The action of defendant Dr. Lowell Brown in ignoring plaintiffs plea for treatment of pain was Cruel and Unusual Punishment, Deliberate Indifference, and violation of plaintiffs Due Process guaranteed to him under the 8th and 14th Amendments of the U.S. Constitution.

31) The actions of the defendants in not sending plaintiff to get outside help while in great pain, after treatments at the institution was unsuccessful was Deliberate Indifference, Purposeful pain, and Cruel and Unusual Punishment which violated plaintiff 8th Amendment right of the U.S. Constitution; and violated plaintiffs due Process 14th Amendment of the U.S. Constitution.

Relief Requested

32) Plaintiff seeks compensatory and punitive damages in excess of 200,000 dollars against the named defendants, jointly and severally.

33) Plaintiff seeks an injunction enjoying the named defendants be removed from their duties to prevent other inmates from having to go through pain or suffering in the future.

Signed Before me
this 12 day of December 2006

_Michele Olson_
Notary Public

"OFFICIAL SEAL"
MICHELE OLSON
NOTARY PUBLIC STATE OF ILLINOIS
COMMISSION EXPIRES 04/22/10

_Antwon S Hibbler_
Antwon S Hibbler
Reg no. B45991
Address: Box 196
Mt. Sterling Illinois
62353

Plaintiff Demands
A Jury Trial

Verification

I, Antwon S. Hibbler, hereby verify that the allegations stated herein are true and correct, based on knowledge and belief, under the penalty of perjury.

Signed Before Me
this 12 day of December, 2006

*Michele Olson*

Notary Public



Antwon S Hibbler
Antwon S. Hibbler
Plaintiff Signature

Wherefore, this Pro-se plaintiff Antwon S. Hibbler hereby ask this Honorable Court, to grant his Supplemental Complaint.

Thank You:

CC. Antwon S. Hibbler
Filed: December 12 2006

Respectfully Summitted
Antwon S. Hibbler

E-FILED
Friday, 15 December, 2006  09:45:35 AM
Clerk, U.S. District Court, ILCD

06-9389

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: June 13, 2006 | Offender: (Please Print) Antwon Hibbler | ID#: B45991 |
|---|---|---|
| Present Facility: WICC | | Facility where grievance issue occurred: WICC |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify):

- [ ] Disciplinary Report: ____/____/____
  Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer,** only if EMERGENCY grievance.
  **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On or about the 19th of May 2006 the grievant began getting blisters on his left foot two toes. The blisters appeared only a few days after the grievant was seen by Dr. Lowel Brown for athlete foot and was giving ToLate 1% foot cream. While on lock-down the grievant Complined to several nurses about nombness and pain also swelling in the (Little Toe) no treatment was provided. After spending 3-4 days on lock-down in pain the grievant went to see Dr. Brown again. After exsplaining to Dr. Brown about the constant pain and nombness along with the swelling

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Antwon Hibbler | B45991 | 6 / 13 / 06 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

| Date Received: | | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|---|

Response:

RECEIVED
JUN 22 2006
WESTERN ILLINOIS C.C.
GRIEVANCE OFFICER

| Print Counselor's Name | Counselor's Signature | Date of Response ___/___/___ |
|---|---|---|

**EMERGENCY REVIEW**

Date Received: 6/18/06    Is this determined to be of an emergency nature?
[x] Yes; expedite emergency grievance
[ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| R. Zimmer | 6 / 22 / 06 |
|---|---|
| Chief Administrative Officer's Signature | Date |

**ILLINOIS DEPARTMENT OF CORRECTIONS**

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

**Date Received:** June 22, 2006    **Date of Review:** July 6, 2006    Grievance # (optional): 06-0389

**Offender:** Hibbler, Antwon    ID#: B45991

**Nature of Grievance:** Medical/Treatment

**Facts Reviewed:** Emergency Grievance-Offender Hibbler states he has seen Dr. Brown for blisters on his feet and treatment for athlete's foot. He claims the treatment has not helped and he continues to have pain, swelling, and numbness. He wants photos taken of his foot, seen by a foot specialist, Dr. Brown relieved of his duties, paid $200,000.00 for pain, suffering, and lack of medical treatment, and $200,000.00 for violation of 8th amendment right.

Nurse Boyle, DON states offender has seen Dr. Brown on 5/22/06, 5/30/06, 6/15/06, and 6/28/06 about foot problem with treatment at each visit. Foot improved as of 6/28/06. Doctor will see him again in 1 week.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be denied.

_____        _____
Sue Redshaw                                                    Grievance Officer's Signature
Print Grievance Officer's Name
**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 7-10-06    ☑ I concur    ☐ I do not concur    ☐ Remand
**Comments:**

_____        7-10-06
Chief Administrative Officer's Signature                          Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Antwon Hibbler        B45991        7-14-06
Offender's Signature                          ID#                          Date

CC: HUUA

Distribution:   Master File; Offender; AW Programs        Page 1        DOC 0047 (Rev. 3/2005)

Printed on Recycled Paper

2D12
NKA

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _Hibbler, Antwon_ Reg. # _B45991_ Date: _6-15-06_

Problem _toe infection_

ORDER: (Physician's Signature After Last Order) _____

_Doxycycline 100mg bid x 7d_

DEA/Illinois Lic. # _____ Physician (Print) _____
☐ May Substitute _J Brous mv_ M.D.
☐ May Not Substitute _____ M.D.
DCA 7000   Noted by: _____ _C. Myrie_ Date: _6-15-06_
IL 426-1417

---

NKA   2D33

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _Hibbler, Antwon_ Reg. # _B 45991_ Date: _6/2/06_

Problem _Boil_

ORDER: (Physician's Signature After Last Order) _____

_Bactrim DS bid x 7d._

DEA/Illinois Lic. # _____ Physician (Print) _____
☐ May Substitute _J Brous mv_ M.D.
☐ May Not Substitute _____ M.D.
DCA 7000   Noted by: _S Scott Lpn_ Date: _6/2/06_
IL 426-1417

---

NKA   2D33

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _Hibbler Antwon_ Reg. # _B45991_ Date: _5/22/06_

Problem _T. Pedis_

ORDER: (Physician's Signature After Last Order) _____

_Lamisil G for toes daily x 7 m_

DEA/Illinois Lic. # _____ Physician (Print) _____
☐ May Substitute _J Brous mv_ M.D.
☐ May Not Substitute _____ M.D.
DCA 7000   Noted by: _S Scott Lpn_ Date: _5/22/06_
IL 426-1417

**\*BEGIN USING FROM BOTTOM UP**

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _____ Reg. # _____ Date: _____

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_____

_____

_____

DEA/Illinois Lic. # _____ Physician (Print) _____
  ☐ May Substitute _____ M.D.
  ■ May Not Substitute _____ M.D.
DCA 7000          Noted by: _____ Date: _____
IL 426-1417

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _____ Reg. # _____ Date: _____

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_____

_____

_____

DEA/Illinois Lic. # _____ Physician (Print) _____
  ☐ May Substitute _____ M.D.
  ☐ May Not Substitute _____ M.D.
DCA 7000          Noted by: _____ Date: _____
IL 426-1417

---

*NCA*

2 D 12

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient *Hubler Artwor* Reg. # *BUS991* Date: *6-28-06*

Problem *Cellulitis ① foot*

ORDER: (Physician's Signature After Last Order) *A HPOINT for L foot daily x 7 m* *(3 pkts weekly)*

*Cipro 500mg bid x 6 d*

DEA/Illinois Lic. # _____ Physician (Print) _____
  ☐ May Substitute *N Brown M  Scott Pw* M.D.
  ☐ May Not Substitute _____ M.D. *6/28/06*
DCA 7000          Noted by: _____ Date: _____
IL 426-1417

**\*BEGIN USING FROM BOTTOM UP**

2012
NKA

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _Hibbler, Antion_    Reg. # _B45991_    Date: _7/26/06_

Problem _____

ORDER: (Physician's Signature After Last Order) _Viracept 1250 mg bid x 3m_
_Videx EC 400mg daily x 3m_    _Zerit 40mg bid x 3m_

DEA/Illinois Lic. # _____ Physician (Print) _____
☐ May Substitute _____ J Brown MD    M.D.
☐ May Not Substitute _____    M.D.
Noted by: _TMMILLER RN_    Date: 7-26-06

DCA 7000
IL 426-1417

---

2012
NKA

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _Hibbler Antion_    Reg. # _B45991_    Date: _7/21/06_

Problem _____

ORDER: (Physician's Signature After Last Order) _____
_Silvadene daily to toes 3,4,5 L + Week_

DEA/Illinois Lic. # _____ Physician (Print) _____
☐ May Substitute _____ J Brown MD    M.D.
☐ May Not Substitute _____    M.D.
Noted by: _B. Easton LPN_    Date: _7/21/06_

DCA 7000
IL 426-1417

---

2012
NKA

State of Illinois
Dept. of Corrections

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient _Hibbler, Antion_    Reg. # _B45991_    Date: _7-14-06_

Problem _____ infected toes _____

ORDER: (Physician's Signature After Last Order) _____
_Rocephin one gram IM now    - given_
_Silvadene to toes daily x + Week    - Scheduled_

DEA/Illinois Lic. # _____ Physician (Print) _____
☐ May Substitute _____    M.D.
☐ May Not Substitute _____ J Brown MD    M.D.
Noted by: _____ L Thompson    Date: 7-14-06

DCA 7000
IL 426-1417

**\*BEGIN USING FROM BOTTOM UP**

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _____ Reg. # _____ Date: _____

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_____

_____

_____

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____ M.D.

☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417            Noted by: _____ Date: _____

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _____ Reg. # _____ Date: _____

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_____

_____

_____

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____ M.D.

☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417            Noted by: _____ Date: _____

---

NKA
2012

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient ___*Hibbler, Antwon*___ Reg. # ___*B45991*___ Date: ___*7-31-06*___

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_____ Silvadene to toes 3,4,5 (L) q.od x 2W - Scheduled _____

_____

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____ M.D.

☐ May Not Substitute ____*[signature]*_____ M.D.

DCA 7000
IL 426-1417            Noted by: _____ Date: _*8-1-6*_

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Western Illinois Correctional Center

Offender Information:

Last Name: Hibbler   First Name: Antwon   MI:   ID#: B45991

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/28/05 1:20 pm | Nurse note: S/O) c/o toes swelling, painful, having drainage. States painful to wear his state boots, "I have to wear them to school. My boots are the problem." ® foot - toes 4 & 5 are red, swollen, weeping, skin peeling | Toes 2 and 3 are shiny on top. ® foot toes 4 & 5 are also shiny and starting to breakdown. a) T. Pedis | P) - Instructed to keep feet clean and dry. Open to air as much as possible. - 2X2's issued to place between toes. - Stop Lamisil, AFC and TAO until sees DR. Brown 5/30/05 — R. Tatulth |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

| Offender Information: | | | |
|---|---|---|---|
| Hibbler | Antwon | ID#: | B45991 |
| Last Name | First Name | 5/4 | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/30/06 2:40 p | **MD SICK CALL** WT 154 BP 114/72 T 97² P 72 R 18 | CDryer |
| | Q the boots seem to be incompatible with his toes. Cannot afford GYM shoes. Mal-fitting footwear. V Brown M noted B Bowes M | Have Shoe Dept call me! |
| 6-1-06 5:05 am | Nurse Note S/o states "I need to see the Dr about this boil" Large draining area on R buttock. Lg amt of yellow drainage noted. BP 122/76 P-72 R-16 T-97 Wt 154 A) R/o boil | P) Junior DSC 6-2-06. supply of gauze iss. Just to keep clean dry. WHP to A/H K Kahn |

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Hebbler  First Name: Antwon  ID#: B45991

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6-2-06 10⁴⁰/A | MD SICK CALL WT 154 2BP 112/80 96 P 42 | |
| | ONe week of boil R gluteal. | BACTRIM |
| | I&D thru existing port produced blood, little pus. | Return tonight for bandage check |
| | Boil, subacute.  ↲ Brown MD | 6/2/06 B Tate 1A noted & Scott 6-2-06 |
| 6-15-06 5¹⁰ Am | Nurse Note c/o states, "I need to see the Dr about this foot. The cream he gave me has made it worse" ① foot is raw appearing c̄ skin coming off toes. Serous drainage noted toes appear red & swollen BP 120/70 P-76 R-16 T 96.³ Wt 153 A) R/o infected toes | P) DSC today due to immuno-compromised condition and drainage  K Kalua |

Printed on Recycled Paper

DOC-0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Hibbler    First Name: Andrew    S/4    ID#: B45991

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | MD Note | |
| 6/15/06 7:15 am | HIV on ART, with one month of left foot problem. The toes are oozing pus, painfully. Lamisil & tolnaftate have failed. He's hammer toes. Boots are not to blame. Good circulation. No neuropathy or diabetes. Toes (L) superinfection. \[signature\] | Doxycycline dec (6-22-06) See me ↑ week May wear shower shoes one week note simpson |

ILLINOIS DEPARTMENT OF CORRECTIONS

### Offender Outpatient Progress Notes

### Western Illinois Correctional Center

**Offender Information:**

Last Name: _Hibbler_    First Name: _Anterion_    ID#: _B45991_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6-22-06 4pm | MD SICK CALL  WT___ BP___ T___ P___ | |
| 9 6/28/06 | Rescheduled non-emergency appt. due to lock-down DSheaff  MD SICK CALL | |
| 8⁴⁰ am | WT 154 BP 132/72 T 98 P 82 R 16 | CTmp |
| 9 | ① foot. the 5th digit is numb c̄ cracked skin & bleeding. the Doxycline dissolved the deeper infection that was so painful. Cellulitis c̄ foot (toes 4 & 5). HIV/AIDS  ↑ CBrown MD | Cipro ✓ A&D OINT ✓  7-5-06 See me ∓ week.  Noted CBryden 6-28-06 920 am - Noted SScott LPN |

DOC-0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

Offender Information:

| Last Name | First Name | M/I | ID#: |
|---|---|---|---|
| *Hibbler* | *Antwon* | | *B45991* |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-5-06 1125A | **MD SICK CALL** WT 154 BP 121/66 T 96° P 68 R 14 | C/Dugone |
| | L 5th toe. Still numb but less bleeding. the nail is dislodged from matrix, whence the bleeding. Infection 5th toe, resolving. ___ MD | 7-5-06 12:30pm Noted C/mp 3 - |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

Offender Information:

| Hibbler | Antwon | M | ID#: B45991 |
|---------|--------|---|-------------|
| Last Name | First Name | | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 7-11-06 915A | Medical Records Note: <br><br> Offender recieved copies of progress notes re "foot" per request. Auth form and money voucher signed for $1.35 at this time. | Thank OR |
| 7/14/06 450 | NURSE NOTE <br><br> S - % 3-5th digits on L foot getting worse. Little toe is numb, pain increasing in other toes. <br><br> O - Wt 155# T-95.9 BP- 122/82 P-72 R-18 3rd-5th digits on L foot swollen. All three toes open on top of toes et weeping. Stiles Lamisil oint makes it worse. <br><br> A - R/O infection in toes | P - IM placed on DSC for today's date. Will be called back to HCU this AM for Dr to see. <br><br> G Blunt LPN |

DOC 0084 (Eff. 8/3002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

Offender Information:

| Last Name | First Name | MI | ID#: 645991 |
|-----------|-----------|-----|-------------|
| Hill | Antwon | | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 7/14/06 8 am | MD NOTE. the (L) toes 3,4,5. Initiated by tolnaftate failure, unaffected by cipro, lamisil, doxycycline. toes are swollen + cracked, bleeding skin. Cellulitis | given (?) Rocephin 1 gram IM Silvadene daily. 7-21-06 See Me + Week. Showers shoes + Week meas. noted. |
| 7-15-06 1:30 P | NURSE NTE Silvadene applied to toes ————— S Scott LPN | |
| 7-16-06 1:30 pm | NURSE NTE Silvadene drsg. applied to (L) toes 3,4,5. Remain ↑'l, puffy + open. No active drainage noted. Tender to touch | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

| Last Name | First Name | M/I | ID# |
|---|---|---|---|
| Hibbler | Anthony | | B45991 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-17-06 1⁰⁵p | NURSE _TE<br>Silvadene to toes<br>Improvement noted<br>⊗ States 5th toe still<br>numb | ↓ Scott LPN |
| 7/18/6 1²⁵p | NURSE _TE<br>Silvadene drsg to 3-4-5 Ⓛ toes.<br>4th toe shows open areas. Repeat to<br>5th toe remains numb. Very tender<br>to touch. Wearing shower shoe as<br>ordered | ↓ mgr |
| 7-19-06 9AM | NURSE _TE    Medical Records Note:<br>Offender recieved copy of progress note<br>7-14-06 per request. Authorization form<br>and money voucher for $25 signed at<br>this time. | ↓ Jfor arce RHC |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Illinois Department of Corrections

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

| Offender Information: | | | |
|---|---|---|---|
| Hibbler | Artura | | ID#: B45991 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-19-06 1:15pm | Nurse Note: dressing D/C c̄ Silvadene to (L) tarsals Ø open / Ø draining Areas Ø C/o at this time ——— *[signature]* | |
| 7-20-06 2PM | NURSE NOTE Drsg D/c L foot. Silvadene to | |
| 7/21/6 8:20a | MD SICK CALL WT 152 BP 124/84 T 96 P 26-16 | |
| *[R symbol]* | the 3 toes (L) are still hurting/numb. Not draining, but crusty. Can walk. HIV on ART Dactylitis. *[signature]* 7/21/05 B. ___ LPN *[signature]* | Continue current regimen. See me ↑ week 7/21/06 7:30PM Shower shoes ↑ W. *[signature]* Net of ___ 7/21/06 *[signature]* |

Printed on Recycled Paper

DOC 0084 (Eff. 6/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

Offender Information:

Hobble    Antwon    B45991
Last Name    First Name    M    IDif:

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/22/06 1:00ᵖ | NURSE NOTE Silvadine applied to toes | [signature] |
| 7/23/6 1:30ᵖ | Nurse note 5th toe is numb. all toe nails have capilary refills sluggish. No open area noted. All toes are dark in color on top. Silvadine applied to toes as ordered | Snyder |
| 7/24/6 1:15ᵖ | Nurse note Silvadene to toes. θ open area's. Toes are dark in color | S Scott Lpn |
| 7-25-06 1:15 pm | NURSE NTE Silvadene crm applied to toes. θ open areas noted. Wrapped c̄ kerlex. | B Oser RN |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

| Offender Information: | | |
|---|---|---|
| Hibbler, | Antwon | ID#: B45991 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/26/06 10³⁰A | **MD NOTE** Here for HL clinic. See flow sheet | HexR |
| 7-26-6 1²⁵pm | Nurse Note. S/o Sivadene applied to toes & dry gauze applied & Conform. Tolerated well.— | JW |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

* Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

Offender Information:

Last Name: **Hibbler**   First Name: **Atwon**   MI: ___   ID#: **B45991**

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/27/06 1½ᵖ | NURSE NTE Silvadene applied to 4 toes. 3 open area's — S. Scatt LPN | |
| 7-28-06 100p | NURSE NTE Here for Silvadene trt. feet are healed. 3 4 open areas, but C/o still very sore. Silvadene not applied. He does have white goo between toes. but is fearful of AFC. Per MD order of 7/21 was to see MD today re sch to 7/31. Shower shoe permit extended | to 7/31 when sees MD. S Moore LPN |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

Illinois Department of Corrections

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

| Offender Information: | | | |
|---|---|---|---|
| Hibbler | Antwon | | ID# B45991 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-31-06 | **MD NOTE** | |
| 7³⁰ am | #154.  956. 74-18  122/74 | ( Thompson R. |
| | the L toes 3,4,5. there is a combo of neuropathy & infection, helped by silvadene & shower shoes. Pain is symptom #1. the skin is intact. toe 5 is numb. | menadone Shower shoes next 2 months. Silvadene for toes q.o.d next 2 weeks. scheduled |
| | Dacytylitis c HIV on ART Horowitz | noted C Thompson R.    Noted HIV 8/1/06 |
| 8-1-06 | NURSE NOTE | |
| 12³⁰ p | Silvadene applied to L toes.  ∅ open areas noted | V. Cox RN |
| 8-3-06 | NURSE NOTE | |
| 1³⁰ pm | Silvadene drsg applied to L toes. ∅ open areas noted | V.W |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

**Offender Information:**

| | | |
|---|---|---|
| Hibbler | Antwon | ID#: B45991 |
| Last Name | First Name | M/I |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-4-06 930A | Medical Records Note: | |
| | Offender recieved copy of progress notes from 7-14-06 to 8-3-06 per request. Authorization form and money voucher for #1.45 signed at this time | Frank STR |
| 8/4/6 | nurse note | |
| @1% | Silvadene applied to (4) toes. ⊖ open areas | S Scott LPN |
| 8/5/06 | NURSE NOTE | |
| @1% | Silvadene to toes ⊖ open areas | S Scott LPN |
| 8/1/06 10% | NURSE NOTE Silvadene Applied to toes. Area well healed | S Scott LPN |

Illinois Department of Corrections

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

Offender Information:

Hibbler                    Antwon                    ID#: B4589
Last Name                First Name          M

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/9/ 1²⁰p | NURSE NOTE<br><br>Drsg applied to ① foot<br>Ƹ silvadene ɛ∳ gauze ——— | *(signature)* |
| 8-10-04 1³⁰ᵃᵐ | MD SICK CALL<br>WT 191 BP 124/81 T 976 P 80 R<br><br>the toes. Skin now restored, intact.<br>the 5th toe remains numb. Pain in<br>3 & 4 is reduced. Activities are not<br>impacted.<br>Dacrylitis   ℄(Brown) *(signature)* | DC Silvadene.<br><br>See me 7 month; *(signature)* 9/17/06<br><br>Note 8/10/06 *(signature)* |

DOC 0084 (Eff. 8/2002
(Replaces DC 7147)

Printed on Recycled Paper



**MEMORANDUM**

DATE:     July 14, 2006

TO:        Offender Hibbler B45991  2D12

FROM:    Lowell Brown, MD
            Medical Director

SUBJECT:  Shower Shoes

For medical reasons, Offender Hibbler may wear shower shoes for one week.   The ending date is July 21, 2006

*Renewed X 1 WK.*
*Ends . 7/28/06*

Lowell Brown, MD
Medical Director

LB:sjz

*Renewed through*
*7/31/06 Sr Moore RN*

cc:  A/W Phillips
     D. Fuqua, HCUA
     Shift Commander
     Housing R2
     Medical Records
     File



MEMORANDUM

DATE:    July 31, 2006

TO:    Offender Hibbler B45991  2D12

FROM:    Lowell Brown, MD
Medical Director

SUBJECT:  Shower Shoes

For medical purposes, Offender Hibbler may wear shower shoes for 2 months.
The ending date is September 30, 2006.

Lowell Brown, MD
Medical Director

LB:sjz

cc: D. Fuqua, HCUA
Shift Commander
Housing R2
Medical Records
File

To: Health Care Administrative                    June 10, 2004

          Debra Fugua

My name is Antwon S Hibbler #845991. I've been
seeing Dr. Brown about a constant foot
problem that is getting worse. Everything
he has tried has either made the problem
worse or simply didn't work at all I've
asked Dr. Brown to send me to an outside
hospital to see a foot doctor but Dr Brown
insists on treating the problem his self
I'm asking you to step in because at
the rate things are going I may loose
my toes if I don't have someone
else look at them to try to determain
what has cause the blisters, swelling, numbress,
pain and my skin is gone on top leaving
them raw. Please respond to my letter
soon.            Respectfully written
                    Antwon S. Hibbler
                              #845991

To: Health Care Administrative          July, 15, 2006

Debra Enggo

---

This is Antwon S. Hibbler #B45991. I wrote you a letter about one month ago concerning the treatment I was getting for my toes and as of the above date you have yet to respond. My situation hasn't changed none of Dr Brown's treatments have been successful and my toes are still in the same condition They are swoll, painful, leaking puss, very numb, and still raw on the top. This has been going on for 2 months now and the situation hasn't gotten better. I've asked Dr. Brown to send me to a foot doctor and I also asked you to step in on the problem but I have yet to get an reply and my situation isn't better. Can you please find time to put me on your Call line Please I don't want to lose my toes.

Respectfully Written

Antwon Hibbler
#B45991

To Health Care Unit Administrative    8·5~06
Debra Fugua

I apologize for constantly writing you
but this is the third letter about
a serious medical issue. Dr Brown
has refused to send me to an
outside hospital for the problem
concerning my toes. The only
improvement is the skin is sort of
growing back over the open
toes but I still have pain in
them, the numbness hasn't went away
nor has the swelling to this
point. My toes are now being treated
with Silvadene which is only to
help the rawness of the toes
not the pain, swelling, or numbness.
It's understandable you're busy
but I've had this foot
problem since early May. For the
third time will you please allow
me to go to an outside doctor
to see what the problem is and
possibly get an answer instead
of being experimented on. Please
Respond. Respectfully Written; Antwon Webber