IN THE
United States District Court
Central District of Illinois

Antwon S. Hibbler )
Plaintiff, )
)
v. )  Case No. 06-CV-3184
)
Warden, Roger Zimmerman et al. )
Defendant )

FILED
DEC 14 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## PROOF/CERTIFICATE OF SERVICE

TO: United States District Clerk of The Central District.

TO: Lisa Madigan Attorney General

PLEASE TAKE NOTICE that on December 12, 2006, I have placed the documents listed below in the institutional mail at Western Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Supplemental Complaint

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 12/12/06

/s/ Antwon S. Hibbler
NAME: Antwon S. Hibbler
IDOC#: 345991
Western Correctional Center
BOX 196
Mount Sterling, IL 62353

Revised Jan 2002