

**E-FILED**
Friday, 22 December, 2006 04:13:39 PM
Clerk, U.S. District Court, ILCD

**ROD R. BLAGOJEVICH**
Governor

**ROGER E. WALKER JR.**
Director

Western Illinois Correctional Center / R.R. #4, Box 196/ Mt. Sterling, IL 62353/ Telephone: (217)773-4441 / TDD: (800)526-0844

December 20, 2006

U.S. District Court
Central District of Illinois
John M Waters, Clerk
600 E Monroe, Room 151
Springfield, IL 62701

**FILED**
DEC 2 1 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE:   Hibbler v. Zimmerman, et al.
      Case No. 06-3184

To the Clerk of the Court:

    Enclosed please find complaints and waiver forms regarding the above-captioned civil action for the below-named individuals. I am unable to effectuate service because these individuals are unidentifiable.

C/O Swenney
C/O Woodward

Sincerely

*Kathleen Eveland*
Kathleen Eveland, Litigation Coordinator Backup
Western Illinois Correctional Center

cc:   File