To: The Clerk Of Courts

United States Central District Of Illinois

FILED
JAN 23 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

My name is Antwon S. Hibbler

I'm writting in responce to a wavier of notice of two defendants in a 1983 civil action. It was said that the defendants couldn't be identified and I'd like to make clear as to whom those defendants are. On my original complaint case #06 CV 3184 I misspelled c/o Sweetin name on the complaint it's spelled Swenney which is incorrect the proper spelling is Sweetin. In regards to c/o Woodward, I was unaware that there was two Woodwards' but the Woodward my complaint is against is J. Woodward. Hopefully this can fix the misunderstanding. Please let me know if this is good enough or what procedures I need to take to properly correct this situation. Thank You.

Respectfully Written
Antwon S. Hibbler #B45991
RR#4 Box 196
Mt. Sterling Illinois
62353