E-FILED
Friday, 09 February, 2007  02:45:56 PM
Clerk, U.S. District Court, ILCD

In The
United States District Court
Central District Of Illinois

FILED
FEB 0 7 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Antwon S. Hibbler | Case no. 06-cv-3184 |
| | Honorable Judge: Harold A. Baker |
| vs. | File Date: January 31, 2007 |
| | Plaintiff Demands A Jury Trial |
| Warden-Roger Zimmerman | |
| Lieutenant - J. Ashby | |
| Sargent - Bunn | |
| C/o Sweetin | |
| C/o Whitaker | |
| C/o J. Jennings | |
| C/o J. Woodward | |
| C/o Ward | |
| Medical Director- Lowell Brown | |
| Health Care Administrative- Debra Fuqua | |
| In their individual and official capacities | |
| Defendants | |

The Plaintiff's Amended Complaint

Now comes the pro-se plaintiff, Antwon S. Hibbler, and hereby ask this Honorable Court for permission to Amend his original complaint with the following facts:

i) Thereon, Antwon S. Hibbler the pro-se plaintiff filed to this Honorable Court his original complaint, thereafter this Honorable Court passed down its ruling on November 22, 2006 said ruling cited as follows:

a) Defendants- Bunn, Sweetin, Whitaker, Woodward, and Ward were Deliberately Indifference to plaintiff's serious medical needs by intentionally interfering with doctor's order that plaintiff wear shower shoes (8th Amendment);

b) Defendants- Bunn, Sweetin, Whitaker, Woodward, and Ward retaliated against the plaintiff for filing an emergency grievance seeking treatment for his feet (1st Amendment)

c) Defendants- Jennings, Ashby, and Zimmerman retaliated against the plaintiff for filing grievances (1st Amendment) and/or violated the plaintiff's right to equal protection (14th Amendment) by punishing the plaintiff for filing a frivolous lawsuit;

d) The defendants retaliated against the plaintiff for filing grievances by intercepting and interfering with his legal mail and grievances.

2) Thereafter, other constitutional violation has occurred in which the plaintiff now seeks to amend his original complaint with the following facts, hereby asking permission to amend his original complaint.

3) This motion is not made in bad faith, nor for the purpose of delay rather to seek permission to amend his original complaint, the defendant's has not been served, nor has answered yet.

### Parties

4) Plaintiff, Antwon S. Hibbler, is an inmate at the Illinois Department of Correction and incarcerated at the Western Illinois Correctional Center at all times relevant to this complaint.

5) Defendant, Roger Zimmerman, at all times relevant to this complaint was employed by the Illinois Department of Correction as the Warden of Western Illinois Correctional Center, and was acting under the color of law.

6) Defendant, Lieutenant J. Ashby, at all times relevant to this complaint was employed by the Illinois Department of Correction as the Lieutenant/adjustment Committee chairman of Western Illinois Correctional Center, and was acting under the color of law.

7) Defendant, Sgt. Bunn, at all times relevant to this complaint was employed by the Illinois Department of Correction as a Sargent at Western Illinois Correctional Center, and was acting under the color of law.

8) Defendant, Sweitin, at all times relevant to this complaint was employed by the Illinois Department of Correction as a Correctional Officer, at Western Illinois Correctional Center, and was acting under the color of law.

9) Defendant, Whitaker, at all times relevant to this complaint was employed by the Illinois Department of Correction as a correctional officer, at Western Illinois Correctional Center, and was acting under the color of law.

10) Defendant, J. Jennings, at all times relevant to this complaint was employed by the Illinois Department of Correction as a Correctional Officer/ Internal Affairs at Western Illinois Correctional Center, and was acting under the color of law.

11) Defendant, J. Woodward, at all times relevant to this complaint was employed by the Illinois Department of Correction as a correctional officer at Western Illinois Correctional Center, and was acting under the color of law.

12) Defendant, Ward, at all times relevant to this complaint was employed by the Illinois Department of Correction as a Correctional Officer, at Western Illinois Correctional Center, and was acting under the color of law.

13) Defendant, Lowell Brown, at all times relevant to this complaint was employed by the Illinois Department of Correction as the Medical Director at Western Illinois Correctional Center, and was acting under the color of law.

14) Defendant, Debra Fuqua, at all times relevant to this complaint was employed by the Illinois Department of Correction as the Health Care Administrative at Western Illinois Correctional Center, and was acting under the color of law.

### Jurisdiction

15) This court has jurisdiction over this matter as the claims involves violations of plaintiff's federal Constitutional Rights pursuant to "28 U.S.C. 1331 and 1343".

### Venue

16) Venue is appropriate because the allegations raised in this complaint occurred at Western Illinois Correctional Center, which is located in the Central District of Illinois per "28 U.S.C. 1391(b)."

### Facts

17) On or about May 28, 2006, plaintiff attended the health care unit regarding the swelling and uncontrolable itching of his feet, while there the doctor prescribed an ointment explaining that it would help clear the condition up.

18) For several days after the use of the ointment prescribed plaintiff's condition worsen. Plaintiff's toes the became more swelling, painful, toes were raw, itching, burning, and had a look characteristic of his skin being burned off.

19) Plaintiff sought to get back to healthcare to see the doctor immediately, however his attemps appeared ineffective while his foot condition became unbearably worse. At the same time it was difficult to walk in the State-issued boots.

20) On June 13, 2006 plaintiff filed an "emergency grievance" seeking undelayed health care to pursuant to established grievance procedure to remedy his foot condition. On June 21, 2006 defendant Zimmerman approved of the grievance.

21) As a direct result of defendant Zimmerman granting the emergency grievance plaintiff was called to healthcare the next day to see the doctor. Thereafter, plaintiff was given more ointment and medicine to take by mouth.

22) As a direct result of the plaintiff receiving healthcare per emergency grievance the doctor prescribed that plaintiff wear his rubber shower shoes rather than boots for a period of one-week. Plaintiffs received a typed prescription which served as authorization to wear shower shoes outside his housing unit and was instructed by the institutional doctor to carry the prescription with him for verification.

23) Immediately when plaintiff began wearing the rubber shower shoes outside the unit officers would intercept plaintiff, and question him regarding why he wasn't wearing his assigned boots, even though each shift commander was provided with a copy of the very same prescription plaintiff would then produce the prescription and explain his condition brevity. Despite the prescription and obvious physical condition of

plaintiff feet various defendants such as Sgt. Bunn, C/o Whitaker, C/o Woodward, and C/o Ward would regularly provoke plaintiff, by accusing plaintiff of manipulating the doctor, questioning plaintiff as to why he thought he was "so special" over other inmates and even requiring plaintiff to remove his socks to verify his medical condition, and would actually threaten plaintiff with segregation if he didn't keep the prescription on him at all times.

24) As plaintiff's condition did not get better and he was prescribed an extended period of one-week to wear his shoes. Immediately the various defendants named in (paragraph 23) and other unknown defendants continued in their actions with plaintiff, but appeared to provoke plaintiff more. Plaintiff would often be forced to miss line movement to chowhall to eat because he would be busy explaining himself to staff. Plaintiff would then be questioned in the chowhall for an extensive time regarding his prescription which causes him to not be able to eat all his meals. On several occassions despite his prescription defendant Sweetin ordered plaintiff to wear his boots anyways, while telling him that he was not fooling anyone. C/o Whitaker would regularly pat-search plaintiff everytime he left the unit and entered while other inmates similarly situated were never repeatedly searched.

25) During the occassions when plaintiff was forced to wear his boots he had extremely difficulties walking and was in terrible pain the entire time.

26) As a direct result of the defendant's provocations, plaintiff began wearing his boots more often against his doctor's advise and prescription in an effort to avoid being harassed. All the while plaintiff remained in pain.

27) Plaintiff then began filing a series of grievances as a direct result of the various defendants actions toward him. Many of the grievances were sent directly to defendant Zimmerman as "emergency" but the grievances were

never answered. Plaintiff also sent grievances to his correctional counsel and to the institutional grievance officer, but those grievances were never answered neither. All during the pending of plaintiff's grievances the various defendants continued to act out toward the plaintiff in the manner described.

28) On July 25, 2006 plaintiff placed (4) envelopes in the unit control room each marked as "Legal Mail" with their destinations addressed to: U.S Department of Justice, FBI, Attorney General, and Attorney at Law Kevin Peters. Through the letters plaintiff sought counsel assistances and representation regarding the action herein described and some help from higher authority. However, when the plaintiff awoke in the middle of the subsequant morning he discovered all his envelopes were under his door and torn open unauthorized by unknown defendant's and never processed to the mailroom with the other mail. Plaintiff then filed a grievance over the matter but it was never answered.

29) On July 27, 2006 upon returning from 9AM-12PM school chow plaintiff found his cell in a wrecked state, indicating that it was searched. Plaintiff asked defendant Whitaker about why his cell was in a disaray wherethen, defendant Whitaker responded "Don't like being fucked with huh keep filing grievances and I'll get worse". Plaintiff later learned from other inmates that two unknown defendant's from Internal Affairs searched plaintiff cell. After which, neither defendant left plaintiff a shakedown receipt documenting what, if anything was confiscated.

30) Then on July 28, 2006 plaintiff received a judicial order in the mail in response to state Petition For Relief OF Judgement filed under 735 ILCS 5-2-1401 (west 2006). Said petition was a 12page prefabricated form challenging the constitutionality of Mandatory Supervised Release. The form is available in the institutional law library and contains

a lengthy discombobulated argument, which had techincal grammer and punctuation errors. Dispite the aforementioned plaintiff and others similary situated inmates were advised by the single law clerk to file the document.

31) The aforestated judicial order denied plaintiffs 5-2-1401 Petition deeming it "Frivolous and patently without Merit".

32) Then, on July 31, 2006 plaintiff was served with a disciplinary report Charging him with 212-Frivolous Lawsuit in violation of Illinois Administrative Code. The report alleged that prison officials were made aware that plaintiff filed a 5-2-1401 Petition and that the court found it was frivolous and without merit. Defendant "J. Jennings of Internal Affairs" wrote the report, and it was marked major.

33) On August 8, 2006 plaintiff attended a hearing before the institutional adjustment committee comprised on defendant Lientenant·J. Ashby and Richard Davis (who is not a defendant in this complcint) After the reading of the charges plaintiff tried to defend himself with the aforestated facts identified in this complaint explaining retaliatory history as described and informed committee members that other inmates similary situated as plaintiff had their Petition rejected, but was not subject to any disciplinary action, plaintiff also mentioned that the form was still available in the law-library for other inmates. Despite, and in response to plaintiffs defense, defendant Lientenant J. Ashby of the adjustment committee advised plaintiff he should save his crying for his grievance process because it don't matter and that he had already spoke with prison officials about the matter and plaintiffs guilt and was intent on slamming plaintiff. Defendant Ashby of the adjustment Committee grabbed his coat in the middle of the hearing left R. Davis (who is not a defendant in this complaint) alone and made the following comment to plaintiff on his way out Lientenatt Ashby of the adjustment committee stated, "You'll think twice before you write another staff up

you can bet that, defendant Lieutenant Ashby of the adjustment committee never returned to the hearing but left instruction for R. Davis of the adjustment committee to contact C/o Jennings of Internal Affairs who was the author of the report, R. Davis of the adjustment committee spoke a few short words to defendant Jennings of Internal Affairs then hung up with no further comment.

34) Throughout the events described in this complaint, plaintiff met with his unit counselor to report the events that occurred and to learn of the status of his grievances complaints. Plaintiff's counselor was repeatedly unfamiliar with any grievance sent to her by plaintiff and suggested that they were intercepted by other staff members.

35) As a direct and proximate result of the defendants actions herein described, plaintiff fears further reprisals from staff members and no longer files grievances or complain to any staff member about any problem he has. Plaintiff now fears for his health, safety, and, overall well-being as a direct and proximate result of the defendants actions.

36) As a direct and proximate result of the defendant's actions herein described "no administrative remedy is available to the plaintiff."

37) It is upon information and belief that prison officials here at Western Illinois Correctional Center regularly open "Legal Mail" without the inmate being present, and thereafter try to prevent inmates from pursuing complaints of staff misconduct.

38) It is upon information and belief that the grievance procedure at Western Illinois Correctional Center is so ineffective and untimely as to permit, tolerate, and approve of staff misconduct leaving an inmate without administrative remedy.

39) It is upon information and belief that Western Illinois Correctional Center maintains an inadequate law-library and undermines an inmate ability to learn law related matters with practical effects of hindering inmates from pursuing claims of staff misconduct.

40) On or about May 19, 2006, plaintiff attended the healthcare regarding uncontrolable itching of his feet. At that appointment plaintiff made the defendant Lowell Brown aware of the situation and the defendant prescribed Athlete Foot Cream ( Tolnaftate 1%) and told plaintiff this would clear up the condition.

41) After several days of using the prescribed ointment, the plaintiff's foot condition worsen. plaintiff toes started to itch more, became swollen, burning, raw on top of the toes as if the skin had been burned off, pain, and it became difficult to walk.

42) While on lock-down plaintiff complained to several nurses and correctional officers about the pain, swelling, rawness and what appeared to be blisters on toes, but the plaintiff was repeatly told he could not get any medical attention until lock-down was over.

43) On May 22, 2006 after spending 3-4 days on lock-down in unbearable pain the plaintiff went to see the defendant Dr. Lowell Brown. At that appointment, the defendant Dr. Lowell Brown was made aware of the reaction (Tolnafate 1%) Foot Cream had on plaintiff and the defendant stopped (Tolnafate 1%) and prescribed plaintiff with another athlete Foot Cream (Lamisil).

44) On May 28, 2006 6 days after being prescribed the Lamisil Foot Cream, plaintiff toes began to swell more, the pain had increased and plaintiff toes were still burning, itching, and the skin had came completely off the toes. On this day plaintiff was seen by nurse Tatum and she ordered the stop of Lamisil and schedule plaintiff to see the defendant Dr. Lowell Brown in 2 days.

45) On May 30, 2006, plaintiff went to see the defendant Dr. Brown but, wasn't given any treatment despite the pain, swelling, burning, itching, and rawness of his toes. The defendant only stated: He'll have the shoe department contact him.

46) On June 10, 2006, plaintiff wrote defendant Debra Fugua a letter about the situation and sought to be seen by an outside Foot Doctor because the defendant Dr. Brown previous treatments had no effect and plaintiff foot condition had gotten worser; also in that letter the plaintiff made the defendant Debra Fugua aware that the plaintiff was in great pain.

47) While awaiting a response from the defendant Debra Fugua plaintiff could no longer stand the pain and filed an emergency grievance to seek undelayed healthcare in pursuant to establish grievance procedure to remedy his foot condition and to be sent outside to see a foot specialist.

48) On June 15, 2006, 2 days after filling the emergency grievance plaintiff went to sickcall due to the fact it had became difficult to not only put on the stateboots but walk in them as well. The pain had rapidly increased and was spreading to the other toes, the swelling was increasing in the other toes, and there was blood and puss on top of the toes because all the skin was gone. However, plaintiff seen the defendant Dr. Brown and asked to be sent to an outside hospital but that request was denied and the defendant Dr. Brown prescribed plaintiff with a pill to take by mouth (Doxycycline 100mg).

49) On June 22, 2006 Warden-Roger Zimmerman deemed plaintiff's grievance an emergency though plaintiff still had to suffer 6 days before going to the health care unit.

50) On June 28, 2006, plaintiff, went to see Dr. Brown as a direct result of the granting of his emergency grievance. At this time plaintiff made the defendant Dr. Brown aware that his current treatment was not helping and the defendant stated: He would try another treatment and prescribed plaintiff with another pill to take by mouth. (Cipro)

51) On July 5, 2006, plaintiff returned to see the defendant Dr. Brown with very little improvement with his foot condition. The pain still was unbearable, the toes became infected, numb, the skin hadn't healed, puss and blood was leaking from the top of the toes, and the itching and burning hadn't stopped. Plaintiff also asked the defendant Dr. Brown again to send him to an outside hospital but that request was denied and the defendant stated: "It would be a waste of time to send you outside and the State's budget is low and I'd be wasting their money for something so small." The defendant then stated: "I can handle this myself somehow."

52) On July 14, 2006, plaintiff returned to Sickcall because his toes were still in bad shape and skin had start coming off other toes. Based on the nature of the plaintiff toes, plaintiff was schedule to see the defendant Dr. Brown that morning. At that appointment the plaintiff plead with the defendant to send him to see a foot specialist but again that request was denied and the defendant ordered that plaintiff be treated with ① Rocaflin Igram which was a shot in the butt, and ② Silvadene Daily also the plaintiff was giving a perscription to wear his rubber shower-shoes instead of the State issued boots. Yet nothing was giving for the pain, swelling, or numbness and to this very date of filing this complaint the plaintiff has not been seen by a foot specialist nor has his toes gotten better.

33) On July 15, 2006, plaintiff sent defendant-Debra Fugua another letter through the institutional mail informing her that my toes condition had not been properly treated and that I'd like to be sent to an outside doctor because none of Dr. Brown's treatments had cured the situation.

54) On August 5, 2006 plaintiff foot condition continued to worsen and plaintiff sent another letter by way of institutional mail requesting to seek outside medical treatment but all three letters sent to the defendant-Debra Fugua has not been answered even to the date of filing this complaint.

55) As of Dec. 2, 2006 plaintiff toes are still itching uncontrollably, burning, swollen, and red / black on top of toes and numb as well; nor has the defendant Debra Fugua answered plaintiff's letters.

56) On July 10, 2006, plaintiff grievance was denied by the institutional grievance officer Sue Redshaw so was all plaintiff's relief requested in that grievance.

57) On July 14, 2006 plaintiff appealed his grievance to establish his grievance procedure and exhust his remedies, but the administrative Review Board in which the plaintiff appealed to has failed to answer plaintiff grievance even to this date of filing this complaint which leaves plaintiff with no available administrative remedy to exhust.

"Claims For Relief"

58) The actions of the defendants as described above following the filing of plaintiff's emergency grievance violates plaintiff's constitutional Rights to be free from retaliation guaranteed under the First, Fourteenth, and Eighth Amendments of the U.S. Constitution.

59) The actions of the defendant's in intercepting plaintiff's legal mail and grievances as described above violates plaintiff's constitutional rights to access courts guaranteed under the first, and fourtenth amendment of the U.S. Constitution.

60) The actions of the named defendant's in interfering with plaintiff's ability to exhaust his administrative remedies as described above constitutes a violation of plaintiff's right to access the courts as guaranteed under the first, and fourtenth Amendments of the U.S. Constitution.

61) The actions of defendant Lieetenant J. Ashby of the adjustment committee in forming a fixed anticipatory judgement prior to hearing and finding plaintiff guilty based on prison officials will constituted a violation of plaintiff's right to Due Process guaranteed to him by the fourtenth Amendment of the U.S. Constitution.

62) The actions of defendant Lieutenant J. Ashby of the adjustment committee in leaving in the middle of the hearing denied plaintiff due process as guaranteed to him by the fourtenth Amendment of the U.S. Constitution.

63) The actions of the defendants in treating plaintiff in the manner described above while other inmates similary situated as plaintiff are not treated the same constitutes a violation of plaintiff's rights to equal protection guaranteed to him by the 14th Amendment of the US. Constitution.

64) The actions of the defendant Zimmerman in failing to take actions to curb or prevent the misconduct of his staff administration directed at the plaintiff, constituted an official policy, and violates plaintiff's constitutional rights under the first, eighth, and fourtenth amendments of the U.S. Constitution.

65) Based on the actions of the defendant's described above following plaintiff's foot Condition is a constitutional violation of Cruel And Unusual Punishment; Denial of Accurate Medical Care (8th Amendment) Deliberate Indifference, Purposeful Pain and Suffering (8th Amendment) of the U.S. Constitution.

66) The actions of the defendants in failing to obtain specialized Medical treatment for plaintiff's toes after none of the treatments were successful constituted Cruel and Unusual Punishment, Deliberate Indifferences which violates plaintiff's 8th Amendment Rights guaranteed to him by the U.S. Constitions.

67) The actions of defendant Lowell Brown in failing to adequately treat plaintiff's medical needs and causing plaintiff more pain and suffering violates plaintiff's right to be free from Cruel and Unusual Punishment (8th Amendment); Deliberate Indifference (8th Amendment of the U.S. Constitution)

68) The actions of the defendant - Debra Fugua in ignoring plaintiff's plea for treatment of pain, was Cruel and Unusual Punishment and Deliberate Indifference which caused plaintiff substantial risk of harm in violation of plaintiff's (8th Amendment Rights) of the U.S. Constitution.

69) The actions of the defendant - Lowell Brown in ignoring plaintiff plea for outside treatment of his toes after several of the defendant's treatments not only failed but made the condition worsen was Cruel and Unusual Punishment and Deliberate Indifference in violation of plaintiff's (8th Amendment Rights) guaranteed to him by the U.s. Constitution.

70) The actions of the defendant's in not sending plaintiff to get outside help while in great pain and unsucceful treatments was Cruel And Unusual Punishment Deliberate Indifference which violates plaintiff's (8th Amend rights of the Us. Constitution.)

Relief Requested

71) Plaintiff seeks compensatory and punitive damages in excess of 200.000 dollars against each defendant, jointly and severally.

72) Plaintiff seeks an injunction enjoying the named defendants be removed from their duties to prevent other inmates from having to be harassed and go through suffering and pain.

Signed Before Me
this 31 day of January 2007

Michele Olson
_____
Notary Public



"OFFICIAL SEAL"
MICHELE OLSON
COMMISSION EXPIRES 04/22/10

Antwon S. Hibbler
Antwon S. Hibbler
ID# B45991
Address: RR#4 Box 196
Mt.Sterling Illinois
62353

Verification

I, Antwon S. Hobbler, hereby verify that the allegations stated herein are true and correct, based on knowledge and belief under the penalty of perjury.

Signed Before Me
this 31 day of January 2007

*Michele Olson*
Notary Public


"OFFICIAL SEAL"
MICHELE OLSON
NOTARY PUBLIC STATE OF ILLINOIS
COMMISSION EXPIRES 04/22/___

*Antwon S. Hobbler*

Wherefore, this Pro-se plaintiff Antwon S. Hibbler hereby ask this Honorable Court, to grant his Amended Complaint.


CC. Antwon S Hibbler
Filed: January 31, 2007


Respectfully Summitted,
Antwon S. Hibbler

06-0389
2018

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: June 13, 2006 | Offender: (Please Print) Antwon Hibbler | ID#: B45991 |
|---|---|---|
| Present Facility: WICC | Facility where grievance issue occurred: WICC | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify):

- [ ] Disciplinary Report: _____ / _____ / _____
  Date of Report                Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Brief Summary of Grievance: On or about the 19th of May 2006 the grievant began getting blisters on his left foot two toes. The blisters appeared only a few days after the grievant was seen by Dr. Lowel Brown for athlete foot and was giving Tolate 1% foot cream. While on lock-down the grievant complained to several nurses about nombness and pain also swelling in the (Little Toe) no treatment was provided. After spending 3-4 days on lock-down in pain the grievant went to see Dr. Brown again. After exsplaining to Dr. Brown about the constant pain and nombness along with the swelling

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Antwon Hibbler | B45991 | 6113 06 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: _____

RECEIVED
JUN 22 2006
WESTERN ILLINOIS C.C.
GRIEVANCE OFFICER

Response: _____

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

| Print Counselor's Name | Counselor's Signature | Date of Response _____ / _____ / _____ |
|---|---|---|

---

**EMERGENCY REVIEW**

Date Received: 6/21/06

Is this determined to be of an emergency nature?
- [x] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| R. Z_____ | 6/22/06 |
|---|---|
| Chief Administrative Officer's Signature | Date |

ILLINOIS DEPARTMENT OF CORRECTIONS

Dr. Brown stated he didn't believe it was the foot cream that caused the blisters and told the grievant the swelling, nombness, and pain would go away on it's own and this Dr. Brown gave the grievant more athlete foot cream named Lamisil and said it should help with my problem. Instead the blisters got worse and the swelling increased so did the pain. The grievant returned a third time to see Dr. Brown and wasn't giving anything for the pain, nombness, swelling, or the infection that has set up in my toes. Dr. Brown only advise was it "maybe" the boots. No other test were ran to see why this was happening to my foot. Two Jane Doe nurses stated it was there belief that it was the cream and not the boots. As of June 14, 2006 nothing has been done and the situation has gotten worse.

                    —End Of Report—

  Relief Requested:
I would like photos taken of my foot
I would like to be seen by a foot specialist
I would like Dr. Brown relieved of his duty as a Doctor until an investigation is done or Complete.
I would also like to be granted pay in the sum of 200,000 dollars for pain, suffing, lack of proper medical treatment, and an additional 200,000 for violation of my 8th Amend right. Lastly I pray no action are taken against me for this grievance.

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

**Date Received:** June 22, 2006          **Date of Review:** July 6, 2006          **Grievance #** (optional): 06-0389

**Offender:** Hibbler, Antwon                                                    **ID#:** B45991

**Nature of Grievance:** Medical/Treatment

**Facts Reviewed:** Emergency Grievance-Offender Hibbler states he has seen Dr. Brown for blisters on his feet and treatment for athlete's foot. He claims the treatment has not helped and he continues to have pain, swelling, and numbness. He wants photos taken of his foot, seen by a foot specialist, Dr. Brown relieved of his duties, paid $200,000.00 for pain, suffering, and lack of medical treatment, and $200,000.00 for violation of 8th amendment right.

Nurse Boyle, DON states offender has seen Dr. Brown on 5/22/06, 5/30/06, 6/15/06, and 6/28/06 about foot problem with treatment at each visit. Foot improved as of 6/28/06. Doctor will see him again in 1 week.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be denied.

_____                                    _____
Sue Redshaw                                                      Grievance Officer's Signature
Print Grievance Officer's Name
**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 7-10-06        ☒ I concur        ☐ I do not concur        ☐ Remand

**Comments:**

_____                                    7-10-06
Chief Administrative Officer's Signature                              Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____        B45991        7-14-06
Offender's Signature                      ID#              Date

CC: HULA

Distribution:   Master File; Offender; AW Programs          Page 1                    DOC 0047 (Rev. 3/2005)
Printed on Recycled Paper

Date: 10/26/06

NKA
2012

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _Hibbler, Antwon_    Reg. # _B45991_    Date: _9/14/06_

Problem _T. Pedis_

ORDER: (Physician's Signature After Last Order) _____

_Tolnaftate Creme for R foot daily x FM_

DEA/Illinois Lic. # _____    Physician (Print) _____

☐ May Substitute _____    M.D.
☐ May Not Substitute _____    A Scott LPN    Date: _9/14/06_
Noted by: _____

DCA 7000
IL 426-1417

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

NKA
2012

Patient _Hibbler, Antwon_    Reg. # _B45991_    Date: _7-31-06_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_Silvadene to toes 3,4,5 (L) q ad x 2W - Scheduled_

DEA/Illinois Lic. # _____    Physician (Print) _____

☐ May Substitute _____    M.D.
☐ May Not Substitute _____    M.D.



ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
|---|

**Date Received:** June 22, 2006          **Date of Review:** July 6, 2006          **Grievance #** (optional): 06-0389

**Offender:** Hibbler, Antwon                                                        **ID#:** B45991

**Nature of Grievance:** Medical/Treatment

**Facts Reviewed:** Emergency Grievance-Offender Hibbler states he has seen Dr. Brown for blisters on his feet and treatment for athlete's foot. He claims the treatment has not helped and he continues to have pain, swelling, and numbness. He wants photos taken of his foot, seen by a foot specialist, Dr. Brown relieved of his duties, paid $200,000.00 for pain, suffering, and lack of medical treatment, and $200,000.00 for violation of 8th amendment right.

Nurse Boyle, DON states offender has seen Dr. Brown on 5/22/06, 5/30/06, 6/15/06, and 6/28/06 about foot problem with treatment at each visit. Foot improved as of 6/28/06. Doctor will see him again in 1 week.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be denied.

| Sue Redshaw | *Sue Redshaw* |
|---|---|
| Print Grievance Officer's Name | Grievance Officer's Signature |

**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 7-10-06      ☑ I concur      ☐ I do not concur      ☐ Remand

**Comments:**

| *[signature]* | 7-10-06 |
|---|---|
| Chief Administrative Officer's Signature | Date |

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

| *Antwon Hibbler* | B45991 | 7-14-06 |
|---|---|---|
| Offender's Signature | ID# | Date |

CC: HUIA

Date: 10/26/06

NKA
2012

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _Hibbler, Antwon_ Reg. # _B45991_ Date: _9/14/06_

Problem _T. Pedis_

ORDER: (Physician's Signature After Last Order) _____

_Tolnaftate creme for R foot daily x 7m_

DEA/Illinois Lic. # _____ Physician (Print) _____
☐ May Substitute _____ M.D.
☐ May Not Substitute _____ M.D.
DCA 7000   Noted by: _A. Scott LPN_ Date: _9/14/06_
IL 426-1417

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

NKA
2012

Patient _Hibbler, Antwon_ Reg. # _B45991_ Date: _7-31-06_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_Silvadene to toes 3,4,5 (L) q ad x 2w - Scheduled_

DEA/Illinois Lic. # _____ Physician (Print) _____
☐ May Substitute _____ M.D.
☐ May Not Substitute _____ M.D.

**\*BEGIN USING FROM BOTTOM UP**

2D12
NKA

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _Hibbler, Antwon_    Reg. # _B45991_    Date: _7/26/06_

Problem _____

ORDER: (Physician's Signature After Last Order) _VIRACePT 1250 mg bid x 3m_
_Videx EC 400mg daily x 3m_      _Zerit 40mg bid x 3m_

DEA/Illinois Lic. # _____ Physician (Print) _____ M.D.
☐ May Substitute    _J Brown MD_                                M.D.
☐ May Not Substitute
Noted by: _TMoore LPN_                          Date: _7-26-06_

DCA 7000
IL 426-1417

---

2D12
nka

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _Hibbler Antwon_    Reg. # _B45991_    Date: _7/21/06_

Problem _____

ORDER: (Physician's Signature After Last Order) _____
_Silvadene daily to toes 3, 4, 5 (L) ↑Week_

DEA/Illinois Lic. # _____ Physician (Print) _____ M.D.
☐ May Substitute    _J Brown MD_                                M.D.
☐ May Not Substitute
Noted by: _B. Carter LPN_                      Date: _7/21/06_

DCA 7000
IL 426-1417

---

2D12
NKA

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _Hibbler, Antwon_    Reg. # _B45991_    Date: _7-14-06_

Problem _affected toes_

ORDER: (Physician's Signature After Last Order) _____
_Rocephin one gram IM now    - given_
_Silvadene for toes daily x ↑Week   - Scheduled._

DEA/Illinois Lic. # _____ Physician (Print) _____ M.D.
☐ May Substitute                                               M.D.
☐ May Not Substitute    _J Brown MD_
Noted by: _L Thompson_              Date: _7-14-06_

DCA 7000
IL 426-1417

**\*BEGIN USING FROM BOTTOM UP**

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _____ Reg. # _____ Date: _____

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_____

_____

_____

_____

DEA/Illinois Lic. # _____ Physician (Print) _____
- ☐ May Substitute _____ M.D.
- ☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417                    Noted by: _____ Date: _____

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _____ Reg. # _____ Date: _____

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_____

_____

_____

DEA/Illinois Lic. # _____ Physician (Print) _____
- ☐ May Substitute _____ M.D.
- ☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417                    Noted by: _____ Date: _____

---

*NKA*

*2D12*

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient *Hubler Artvox* Reg. # *BUS991* Date: *6-28-06*

Problem *Cellulitis (L) foot*

ORDER: (Physician's Signature After Last Order) *A + P OINT for L foot daily x 7 m*
*(3 pkts weekly)*

*Cipro 500mg bid x 6 d*

DEA/Illinois Lic. # _____ Physician (Print) _____
- ☐ May Substitute _____ M.D.
- ☐ May Not Substitute *N Brown m*   *Scott Spw*  M.D. *6/28/06*

DCA 7000
IL 426-1417                    Noted by: _____ Date: *6/28/06*

*BEGIN USING FROM BOTTOM UP

*Prof. only* *Do not send* NKA - ) B-4

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _Hibbler  Artwan_  Reg. # _645991_  Date: _6-17-05_

Problem _Asthma  mild_

ORDER: (Physician's Signature After Last Order) _____

Albuterol MDI ÷ Puff TID PRN  ) X 4 months

QVAR 80 MDI ÷ Puff daily  ) D/C 10-31-05

DEA/Illinois Lic. # _____  Physician (Print) _____  M.D.

☐ May Substitute
☐ May Not Substitute _Dr. L. Benmore mill cntr_  M.D.

Noted by: _____  Date: _6/17/05_

DCA 7000
IL 426-1417

---

NKA  *#B 054*

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _Hibbler  Antwon_  Reg. # _B45991_  Date: _6-8-05_

Problem _Athlete's foot_

ORDER: (Physician's Signature After Last Order) _____

Tolnaftate Cr. apply to feet daily X 3W  6-29-05

DEA/Illinois Lic. # _____  Physician (Print) _L. Brown_

☐ May Substitute
☐ May Not Substitute _L Brown MD_  M.D.

Noted by: _J Goleashpu_  Date: _6-8-05_

DCA 7000
IL 426-1417

**BEGIN USING FROM BOTTOM UP**

2D12
NKA

| State of Illinois | **PRESCRIPTION ORDER** |
| Dept. of Corrections | **Chart Copy (Not a prescription)** |

Patient _Hibbler, Antwon_ Reg. # _B45991_ Date: _6-15-06_

Problem _toe infection_

ORDER: (Physician's Signature After Last Order)

_Doxycycline 100mg bid x 7d_

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____ M.D.
☐ May Not Substitute _1 Brown MD_ M.D.

DCA 7000
IL 426-1417  Noted by: _C Wayne_ Date: _6-15-06_

---

NKA   2D33

| State of Illinois | **PRESCRIPTION ORDER** |
| Dept. of Corrections | **Chart Copy (Not a prescription)** |

Patient _Hibbler, Antwon_ Reg. # _B 45991_ Date: _6/2/06_

Problem _Boil_

ORDER: (Physician's Signature After Last Order)

_BACTRIM DS bid x 7d._

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____ M.D.
☐ May Not Substitute _1 Brown MD_ M.D.

DCA 7000
IL 426-1417  Noted by: _S Scott LPN_ Date: _6/2/06_

---

NKA   2D33

| State of Illinois | **PRESCRIPTION ORDER** |
| Dept. of Corrections | **Chart Copy (Not a prescription)** |

Patient _Hibbler Antwon_ Reg. # _B45991_ Date: _5/22/06_

Problem _T. Pedis_

ORDER: (Physician's Signature After Last Order)

_LAMISIL Cr for toes daily x 1m_

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____ M.D.
☐ May Not Substitute _1 Brown MD_ M.D.

DCA 7000
IL 426-1417  Noted by: _S Scott LPN_ Date: _5/22/06_

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

| Offender Information: | | |
|---|---|---|
| Hibbler | Antwon | ID#: B45991 |
| Last Name | First Name | S/I |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/22/6 9:00 Am | **MD SICK CALL** <br> WT 154 BP 112/60 T 95.9 P 72 R 16 | Chapmt — |
| ℞ | Toes. Have become infected with T. Pedis again, but got worse after 2 applications of tolnaftate. <br><br> HIV on ART <br><br> T. Pedis <br><br> ⟋ Brown mD | DC tolnaftate <br> Lamisil G. <br><br> noted Chapm RN 10 Am 5/22/06 <br><br> Noted <br> S Scott LPN 5/22/06 |
| 5/27/06 9:15p | NURSE NOTE <br> S- ℅ 4th & 5th toes on (L) foot getting worse. Stutes he can't wear his boots. <br><br> O- T 95.9 BP- 114/72 P- 76 R-16 <br> 4th & 5th digits on (L) foot entirely open on top of both- Serous drng present. Swelling noted to both toes. <br> A- R/o tinea pedis | P- $2.00 copay waived. <br> Drops applied to both toes. TAO issued to apply lightly BID. <br> Return to HCU as needed- J Bush LPN |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Hibbler    First Name: Antwon    MI: ___    ID#: B 45 991

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/28/06 1:20 pm | Nurse note: S/O) c/o toes swelling, painful, having drainage. States painful to wear his state boots " I have to wear them to school. My boots are the problem." Ⓛ foot- toes 4 & 5 are red, swollen, weeping, skin peeling. Toes 2 and 3 are shiny on top. Ⓡ foot toes 4 & 5 are also shiny and starting to break down. a) T. Pedis | P)-Instructed to keep feet clean and dry. Open to air as much as possible. - 2x2's issued to place between toes, - Stop Lamisil, AFC and TAO until sees DR. Brown 5/30/06 — B. _____ LPN |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC-0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

| Offender Information: | | |
|---|---|---|
| *Hibbler,* | *Antwon* | ID#: *B45991* |
| Last Name | First Name | M/I |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/30/06 2:40 p | **MD SICK CALL** WT 154 BP 114/72 T 97² P 72 R 18 | Dyer |
| Ⓐ | the foots seem to be incompatible with his toes. Cannot afford GYM shoes. Mal-fitting footware. noted B Bowers N | Have shoe dept call me! |
| 6-1-06 5:05 am Ⓐ | Nurse Note S/o States " I need to see the Dr about this boil" Large draining area on Ⓡ buttock. Lg amt of yellow drainage noted. BP 122/76 P-72 R-16 T-97' WT 154 A) R/o boil | P) Keflex DSC 6-2-06. Supply of gauzes. Inst to keep clean dry. WAP to AM K. Kahn |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Hebbler    First Name: Antwon    MI:    IDN: B45991

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 6·2·06 10⁴⁰A | MD SICK CALL<br>WT 54 2BP 113/80 T 98 P 92 | |
| | One week of boil R gluteal. | BACTRIM |
| | I & D thru existing port produced | Return tonight |
| | blood, little pus. | for bandage check |
| | Boil, subacute. | |
| | 2 Brown | 6/2/06<br>B Tate 1 A<br>Noted<br>S Scott 6P<br>6·2·06 |
| 6·15·06 5¹⁰Am | Nurse Note<br>S/o States "I need to see the Dr about | P) DSC today |
| | this foot. The cream he gave me | due to immuno- |
| | has made it worse" O foot is | compised condition |
| | raw appearing c̄ skin coming | and drainage |
| | off toes. Serous drainage noted | |
| | toes appear red & swollen. | |
| | BP 120/70 P-76 R-16 T 96³ Wt 153 | K Kalum |
| | A) R/o infected toes. | |

DOC 0084 (Eff. 9/2002)<br>(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

**Offender Information:**

Last Name: Hibbler    First Name: Antwan    MI: ___    ID#: B45-99 1

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/15/06 7:15 pm | MONO!! HIV on ART, with one month of left foot problem. The toes are oozing pus, painfully. Lamisil & tolnaftate have failed. Has hammertoes. Boots are not to blame. Good circulation. No neuropathy or diabetes. Toes (L) superinfection. L (Brown) MD | Doxycycline dec (6-2__-06) See me 1 week May wear shower shoes one week note 2 mp mo B |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Distribution: Offender's Medical Record

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Hebbler                    Antwon                    ID#: B45991
Last Name                  First Name           M.I.

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6-22-06 4pm | MD SICK CALL  WT___ BP___ T___ P___  Rescheduled non-emergency appt. due to Lock-down | [signature] |
| 6/28/06 8:40 am | MD SICK CALL  WT 154 BP 132/72 T 96² P 82 R 16 | [illegible] |
| | ① foot - the 5th digit is numb c cracked skin & bleeding. the Doxycycline dissolved the deeper infection that was so painful. Cellulitis L foot (toes 4 & 5). HIV/AIDS | Cipro  A+D oint  See me ¬ week.  7-5-06 |
| | [signature] MD | [signature] 6-28-06 920 am Noted SScott LPN |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

| Offender Information: | | |
|---|---|---|
| _Hibbler_ Last Name | _Antwon_ First Name | M | ID#: _B45991_ |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-5-06 11:25 A | **MD SICK CALL** <br> WT 154 BP 122/66 T 96.8 P 68 R 14 <br><br> Ⓧ L 5th toe, still numb but less bleeding. the nail is dislodged from matrix, whence the bleeding. Infection 5th toe, resolving. <br><br> W.Brown MD | Compare <br><br><br><br><br> 7-5-06 12:30pm Noted Compz — |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 6/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

**Offender Information:**

Last Name: Hibbler  First Name: Antwon  M/I:  ID#: B45991

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-11-06 915A | Medical Records Note:<br><br>Offender recieved copies of progress notes re "foot" per request. Auth form and money voucher signed for $1.35 at this time. | Thank SR |
| 7/14/06 4:50 | NURSE NOTE<br><br>S- % 3-5th digits on (L) foot getting worse. Little toe is numb, pain increasing in other toes.<br><br>O- Wt 155# T-95.8 BP- 122/82 P-72 R-18 3rd-5th digits on (L) foot swollen. All three toes open on top of toes et weeping. States Lamisil oint. makes it worse.<br><br>A- R/O infection in toes | P- IM placed on DSC for today's date. Will be called back to HCU this AM for Dr to see.<br><br>G Blint LPN |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: _Hailes_  First Name: _Antwon_  M  ID#: _B45991_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/14/06 8ᵃᵐ | MD NOTE the (L) toes 3,4,5. Initiated by tolnaftate failure, unaffected by cipro, lamisil, doxycycline. ✗ Toes are swollen + cracked, bleeding skin. Cellulitis _Croupo_ | given 1ᵍ IM Rocephin 1 gram IM Silvadene daily. ✓ 7-21-06 See me ↑ week. Shower shoes ↑ week meas noted _C. Moyers_ |
| 7-15-06 130ᵖ ✗ | NURSE NTE Silvadene applied to toes ——— _S. Scott LPN_ | |
| 7-16-06 130 pm ✗ | NURSE NTE Silvadene fraz. applied to (L) toes 3,4,5. Remain s/l puffy + open. No active drainage noted. Tender to touch _T. Vargo_ | |

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Western Illinois Correctional Center

| Offender Information: | | |
|---|---|---|
| Hibbler | Anthon | B45991 |
| Last Name | First Name  M I | ID# |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-19-06 | NURSE NTE | |
| 1⁰⁵p | Silvadene to toes Improvement noted X States 5th toe still numb | S Scott LPN |
| 7/18/6 | NURSE NTE | |
| 1²⁵p | Silvadene dsg to 3-4-5 (L) toes. 4th toe show open areas. Reports 5th toe remains numb. Very tender to touch. Wearing shower shoes as ordered | Lng |
| 7-19-06 9AM | NURSE NTE   Medical Records Note: | |
| | Offender recieved copy of progress note 7-14-06 per request. Authorization form and money voucher for $25 signed at this time. | [signature] |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

| Offender Information: | | | |
|---|---|---|---|
| Hibbler | Antuwn | | ID#: B45991 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-19-06 1:15 pm | Nurse Note: drsg Δ c̄ Silvadent to (L) tarsals. Θ open Θ draining area Θ C/o at this time —— *[signature]* | |
| 7-20-06 2 pm | NURSE NOTE Drsg Δ to L foot. Silvadene to | |
| 7/21/6 8:20 | MD SICK CALL WT 152 BP 78/T 98.6 P 76-16 | |
| *[mark]* | the 3 toes (L) are still hurting/numb. Not draining, but crusty. Can walk. HIV on ART Dactylitis. 7/21/05 *[signature]* | Continue current regimen. See me ī week Shower shoes ī W. *[signature]* 7/21/06 |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Hebbler  First Name: Antwon  ID#: B45991

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/22/06 1⁰⁰ p | NURSE NOTE  Silvadine applied to toes | [signature] |
| 7/23/06 1³⁰ p | nurse note  5th toe is numb. all toe nails have Capilary refills sluggish. No open area noted. All toes are dark in color on top. Silvadine applied to toes as ordered | Snyder |
| 7/24/06 1¹⁵ p | Nurse note  Silvadene to toes. ∅ open area's. Toes Are dark in color | S Scott Lpn |
| 7-25-06 1¹⁵ pm | NURSE NOTE  Silvadene crm applied to toes. ∅ open areas noted. Wrapped c̄ kerlex. | B Oeserx |

Printed on Recycled Paper

DOC 0084 (Eff. 6/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

| Offender Information: |
|---|
| Hibbler, Antwon    ID#: B45991 |
| Last Name    First Name    M.I. |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/26/06 10³⁰A | **MD NOTE** Here for HC clinic. See flow Sheet | CXR |
| 7-26-6 1²⁵pm | Nurse Note S/O Siva deve applied to toes & dry gauze applied & Conform. Tolerated well.— | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

Offender Information:

| | | |
|---|---|---|
| Hibbler | Atwon | ID#: B45991 |
| Last Name | First Name | S/I |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/27/06 <br> 1 15 p | NURSE ᴛE <br> Silvadene applied to <br> 4 toes. 0 open area's — S Scott LPN | |
| 7-28-06 <br> 100p <br> 4 | NURSE ᴛE <br> Here for Silvadene tx. <br> feet are healed. 0 <br> open areas, but <br> C/o still very sore. <br> Silvadene not applied. <br> He does have white goo <br> between toes but is <br> fearful of HFC. Per <br> MD order of 7/21 was <br> to see MD today <br> re-sch to 7/31. Shower <br> shoe permit extended | to 7/31 when <br> feet are healed. <br> Sees MD. <br> S Moore LPN |

DOC 0084 (Eff. 8/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

| | | |
|---|---|---|
| _Hibbler_ | _Antwon_ | ID#: _B45991_ |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-31-06 | **MD NOTE** | |
| 7³⁰ AM | #154   956-74-18   122/74   — | C Thompson R |
| | the (L) toes 3,4,5. there is a | memadose |
| | combo of neuropathy & infection, helped | Shower shoes |
| | by silvadene & shower shoes. Pain | next 2 months. |
| | is symptom #1. the skin is | Silvadene for toes |
| Y | intact. toe 5 is numb. | q.o.d next 2 weeks. |
| | Dacytylitis & HIV on ART | scheduled |
| | [signature] | [signature] Noted |
| | | [signature] C Thompson R. |
| 8-1-06 | **NURSE NOTE** | |
| 1³⁰ p | Silvadene applied to (L) | [signature] |
| Y | toes. Ø open areas noted | |
| 8-3-06 | **NURSE NOTE** | |
| 1³⁰ pm | Silvadene drsg applied to | [signature] |
| Ø | L toes. Ø open areas noted | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

| Offender Information: | | |
|---|---|---|
| Hibbler | Antwon | ID#: B45991 |
| Last Name | First Name | M.I. |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-4-06 930A | Medical Records Note: | |
| | Offender recieved copy of progress notes from 7-14-06 to 8-3-06 per request. Authorization form and money voucher for #1.45 signed at this time | J. Mouk SPR |
| 8/4/6 | nurse note | |
| Q 1:00 P | Silvadene applied to (4) toes. No open areas | S. Scott LPN |
| 8/5/06 | NURSE NOTE | |
| Q 1:00 P | Silvadene to toes no open areas | S. Scott LPN |
| 8/7/06 1:05 P | NURSE NOTE Silvadene applied to toes. Area well healed | S. Scott LPN |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

Offender Information:

Hibbler _____ Antwon _____ ID#: B4599

Last Name          First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/9/ 1²⁹p ℞ | NURSE NTE<br>Drsg applied to ℞ foot<br>Ē silvadene & gauze | *(signature)* |
| 8-10-04 1³⁰ᵃᵐ ℞ | MD SICK CALL<br>WT ___ BP ___ T 96° P 80-16<br>the toes. Skin now restored, intact.<br>the 5th toe remains numb. Pain in<br>3+4 is reduced. Activities are not<br>impacted.<br>Dactylitis *(signature)* Brown MD | DC Silvadene. ✓<br>See me 7 months ___ 9/11/06<br>Note 8/10/06 *(signature)* |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

| Last Name | First Name | MI | ID#: |
|-----------|-----------|----|----|
| Hibbeler | Antwon | | B45991 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 9-11-06 920 | MD SICK CALL WT 156 BP 124/82 T 97.2 P 76-76 | |
| | the L foot has 1) Pain in tip of 4th toe | I will speak = ORtho |
| | 2) Paresthesia of 5th. | |
| | there are no gross abnormalities, + the 5th toe has a nail. | |
| | Post infection (fostered by HCV status) | |

Mandatory PPD
Date/Time Given: _____
Site: _____ Lot: _____
Exp: _____ Manufacturer: _____
Signed: _____
Date/Time Read: _____
Results: _____
Signed: _____
_____ Clinic/ _____

FOOD HANDLER
APPROVED YES_____ NO_____

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Western Illinois Correctional Center

| Offender Information: | | |
|---|---|---|
| Hibbler / Antwon | | ID#: B45991 |
| Last Name | First Name | M/I |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9-12-06 8³⁰pm | Nurse Note<br>S/o sent from housing unit due to foot bleeding. (R) foot / shower shoe coated c̄ blood. no active bleeding noted c̄ this time. States "I was drying my foot and it just started bleeding" old blood cleaned off. open area noted between 4th & 5th toes seeping small amt of blood. BP ¹²⁸/84 P-72 R-16 T-97' Wt 155<br>A) open area between toes | P) cleaned c̄ soap & H₂O. TAO and gauze dressing applied. Dr to see tomorrow. Rt to HCU if bleeding resumes.<br><br>/K Kalisik |
| 9-12-06 10AM | nurse note<br>Inmate was seen 9-11-06 | c̄ Mays |

DOC 0084 (Eff. 6/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

Offender Information:

| Hebbler | Anderson | ID#: B45991 |
|---|---|---|
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | Mandatory PPD<br>Date/Time Given: 9/12/06 10A<br>Site: LFA      Lot: C2018AA<br>Exp: April 07 Manufacturer Aventis<br>Signed: Edy elevelsy 9/15/06 1:10m<br>Date/Time Redd:<br>Results: 0mm<br>Signed:<br>Clinic/ | |
| | FOOD HANDLER<br>APPROVED YES ✓ NO___ | |
| 9/13/6<br>5⁴⁵A | nurse note<br>S) I was over yesterday but was not allowed to see to MD I was told by the nurse I saw earlier that I would get seen by him. Do to my toe on Rt foot<br>O) wt 155 · P 74 R 16 BP 120/68 T 97⁴<br>Area between little toe & next toe is open & no active bleeding noted.<br>A) Alt in comfort area between 4th & 5th toes on Rt foot | P) $0^{00}$ copay waved due to reoccuring problem will Cleans c̄ soap & H2O TAO applied then Wrapped. Keep area dry will leave note to MDSC 9-14-6<br>S Ruger R |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/3002.
(Replaces DC 7147)

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

| Offender Information: | | | |
|---|---|---|---|
| Hibbler | Antwon | | ID#: B45991 |
| Last Name | First Name | M/2 | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/14/06 8¹⁰/₄ | MD SICK CALL<br>WT 157# BP ²⁰/82 T 96⁰ P 68-76<br><br>Feet. the ⓛ is the same, c̄ numb 5th digit. the Ⓡ has a cleft in web 4/5, with bleeding + pain.<br>+ Peds<br>c̄ Groin us | Tolnaftate Cr.<br><br>No No. 9/14/06 A. Ruge<br>Note # Gc oH bp 9/14/06 |
| | LABORATORY DRAW<br>Date 10·3·06 Time 12³⁰<br>Site R↑ M  Sticker<br>Test Chemi CBC CD4 VL  A210.3381<br>Signature Engin | |

Printed on Recycled Paper

DOC 0084 (Eff. 6/2002)
(Replaces DC 7147)



**MEMORANDUM**

DATE:      July 14, 2006

TO:        Offender Hibbler B45991  2D12

FROM:      Lowell Brown, MD
           Medical Director

SUBJECT:  Shower Shoes

For medical reasons, Offender Hibbler may wear shower shoes for one
week.  The ending date is July 21, 2006

*Renewed X 1 WK.*
*Ends . 7/28/06*

*Lowell Brown MD*
Lowell Brown, MD
Medical Director

*Renewed through*
*7/31/06 SMoore APL*

LB:sjz

cc:  A/W Phillips
     D. Fuqua, HCUA
     Shift Commander
     Housing R2
     Medical Records
     File



# MEMORANDUM

DATE:      July 31, 2006

TO:        Offender Hibbler B45991  2D12

FROM:      Lowell Brown, MD
           Medical Director

SUBJECT:   Shower Shoes

For medical purposes, Offender Hibbler may wear shower shoes for 2 months.
The ending date is September 30, 2006.


                                    Lowell Brown, MD
                                    Medical Director

LB:sjz

cc: D. Fuqua, HCUA
    Shift Commander
    Housing R2
    Medical Records
    File

To: Health care Administrative                June 10, 2004
                    Debra Fuqua

My name is Antwon S Hibbler #845991 -I've been
seening Dr. Brown about a constant foot
problem that is getting worse. Everything
he has tried has either made the problem
worse or simply didn't work at all. I've
asked Dr. Brown to send me to an outside
hospital to see a foot doctor but Dr. Brown
insists on treating the problem his self
I'm asking you to step in because at
the rate things are going I may loose
my toes if I don't have someone
else look at them to try to determain
what has cause the blistters, swelling, numbress,
pain and my skin is gone on top leaving
them raw. Please Respond to my letter
Soon.                Respectfully Written
                        Antwon S. Hibbler
                             #845991

To: Health Care Administrative                July 15, 2006
Debra Engen

This is Antwon S. Hibbler #B45991. I wrote you
a letter about one month ago concerning the
treatment I was getting for my toes and
as of the above date you have yet to respond.
My situation hasn't changed none of
Dr Brown's treatments have been successful
and my toes are still in the same condition
They are small, painful leaking puss, very numb,
and still raw on the top. This has been
going on for 2 months now and the
situation hasn't gotten better. I've asked
Dr. Brown to send me to a foot doctor and
I also asked you to step in on the
problem but I have yet to get an reply
and my situation isn't better. Can you
please find time to put me on your
call line Please I don't want to lose my toes.

                              Respectfully Written
                              Antwon Hibbler
                              # B45991

To Health Care Unit Administrative   8-5-06
Debra Fuqua

I apologize for constantly writing you
but this is the third letter about
a serious medical issue. Dr Brown
has refused to send me to an
outside hospital for the problem
concerning my toes. The only
improvement is the skin is sort of
growing back over the open
toes but I still have pain in
them, the numbness hasn't went away
nor has the swelling to this
point. My toes are now being treated
with Silvadene which is only to
help the soreness of the toes
not the pain, swelling, or numbness.
It's understandable you're busy
but I've had this foot
problem since early May. For the
third time will you please allow
me to go to an outside doctor
to see what the problem is and
possibly get an answer instead
of being experimented on. Please
Respond. Respectfully Written: Antwon Dibbler