# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# AT URBANA
# VIDEO WRIT

| CASE NAME:<br><br>HIBBLER v. ZIMMERMAN, et al. | CASE NO.<br><br>06-3184 | Beginning Date of Trial:<br><br>3/27/07 | Type of Trial:<br><br>Rule 16<br><br>Length of Trial:<br>1 hour |
|---|---|---|---|

TO: THE WARDEN OF Western Illinois Correctional Center, Mt. Sterling, IL

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility, to appear in the above proceeding before the HONORABLE HAROLD A. BAKER, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

## PERSONS TO APPEAR BY VIDEO
## ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Antwon S. Hibbler | B-45991 | Illinois River Correctional Center | 3/27/07 | 1:30 p.m. |
| Michael J. Lanzdorf (Attorney for Defendants) | N/A | Concordia | 3/27/07 | 1:30 p.m. |
| Judge Harold A. Baker | N/A | U.S. Courthouse Urbana, IL | 3/27/07 | 1:30 p.m. |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated:    March 21, 2007

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:    s/ C. Cathcart
        DEPUTY CLERK