E-FILED
Wednesday, 21 March, 2007 03:14:01 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANTWON S. HIBBLER,**  Plaintiff | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| vs | |
| **ROGER ZIMMERMAN, et al.,**  Defendants | **CASE NO. 06-3184** |

**TO: THE WARDEN of** Western Illinois Correctional Center at Mt. Sterling, Illinois

### GREETINGS

**WE COMMAND** that you produce the body of **ANTWON S. HIBBLER**, Register No. **B-45991**, who is in your custody at Western Illinois Correctional Center, before the United States District Court at Illinois River Correctional Center, Canton, Illinois, by making that person personally available at a video telephone at the institution to participate in a hearing before the court by **VIDEO TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants on **March 27, 2007, at 1:30 p.m.** This video telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: March 21, 2007

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:  s/ C. Cathcart
      Deputy Clerk