FILED
APR 25 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

In the
U.S. District Court
Central District

HIBBLER
v.                     CASE NO. 06-CV-3184
ZIMMERMAN ET AL.

## MOTION FOR ORDER COMPELLING DISCLOSURE OR DISCOVERY

NOW COMES THE PLAINTIFF, ANTWON HIBBLER, B45991, PRO SE, AND MOVES TO APPLY FOR AN APPLICATION FOR AN ORDER PURSUANT TO RULE 37. (FED. RULES OF CIVIL PROC., WESTS 2007).

IN SUPPORT HE STATES THE DEFENDANT(S) FAIL TO ANSWER AN INTERROGATORY, AND A REQUEST FOR DOCUMENTS-PRODUCTION SUBMITTED UNDER RULES 33, AND 34. (EXHIBIT A)

4-14-2007  /s/ Antwon S. Hibbler

IN THE
United States District Court
Central District

Antwon S. Hibbler
      v.                                    Case No. 06-CV-3184
Roger Zimmerman Et. Al

---

**Interrogatories To Defendants And Request For Production Of Documents**

---

To: Roger Zimmerman - Warden
Western Illinois Correctional Center
RR 4 Box 196
Mt. Sterling, Illinois 62353

Pursuant to Rules 33(and) 34, Fed. R. Civ. P., You are directed to answer each of the interrogatories in writing under oath and produce each Document within 30 days.

-1-

PLAINTIFF'S
EXHIBIT
A

- 2 -

① State the full name, alias names, age, and addresses of person or persons answering these interrogatories or providing the documents including your date of birth, naturalization, and state your residence and your employer's, and your employers' addresses, for the last ten years.

(2) State the duties of defendant, Debra Fuqua, Medical Administrator, at Western Illinois C.C. If those duties are set forth in any job description or other documents, produce the documents.

(3) State the duties of defendant, Roger Zimmerman, Warden, for Administration at Western Illinois C.C., insofar as they pertain to providing Medical care to prisoners. If those duties are set forth in any job description or other document, produce the documents.

- 4 -

④ State the names, titles, and duties of all staff members at Western Illinois CC, who have responsibility for evaluating requests for specialized treatment or evaluation. If those duties are set forth in any job description or other document, produce the document.

⑤ State the names, titles, and duties of all staff members at Western Illinois CC., who have responsibility for ensuring that inmates requests for medical attention are responded to. If those duties are set forth in any job description(s) or other document, produce the document(s).

— 5 —

⑥ State the procedure in effect during May through September, 2006 at Western Illinois CC., for conducting sick call, including the procedure by which inmates sign up for requesting sick call. If the procedure is different for segregation-inmates than for general-population inmates, state both procedures. If those procedures are set forth in any policy, directive, or other document, produce the document.

⑦ State the names, titles, and duties of all staff members at Western Illinois CC., who has the responsibility for responding to, investesting or deciding —

— 6 —

inmate grievances. If those duties are set forth in any job description, policy, directive, or other document, produce the document.

(8) State the procedure in effect during May through September 2006 at Western Illinois CC., for responding to, investigating and deciding inmate grievances. If the procedure for handling grievances based on Medical complaints is different from the procedure for handling other kinds of grievances state both procedures. If "emergency" grievances procedures are handled differently and are set forth in any document, produce the document.

-7-

(9) State the name, age, present or last known address, telephone number and employer and Employers', address of all persons who:

A. Witnessed, or claimed to have witnessed the occurrences described in the complaint; or were involved;

B. Were present, or claim to have been present, at the scene of the occurrences described in the complaint immediately before the occurrences;

C. Were present, or claimed to have been present, at the scene of the occurrences described in the complaint at the time of the occurrences; and

— 8 —

D. Were present, or claim to have been present, at the scene of the occurrence described in the complaint immediately after the occurrence

(10) State:

A. The name and address of all persons or entities who treated or examined plaintiff and the dates thereof;

B. The nature of the injury;

C. A description of how the injury occurred;

D. The date and location of the injury.

- 9 -

(11) With respect to any photographs of the occurrences or injury complained of, or any objects or persons involved therein, state:

A. The date of the photographs;

B. The subject matter of the photographs;

C. The name, address of employer and employers address of photographer;

E. The number of photographs taken; and

F. The name and address of the person in possession of the photographs

— 10 —

(12) Describe any lawsuits in which any of the defendants were a defendant, stating the following with respect to each:

A. Name of court - county and state;

B. Title of action;

C. Court number;

D. Approximate date the lawsuit was filed including federal courts;

E. Nature of litigation;

F. Disposition of case.

(13) With respect to expert witnesses state:

A. The name, address and name and address of the employer of each witness you expect to call at trial;

-11-

B. The subject matter on which the expert is expected to testify

C. The substance of the facts to which the expert is expected to testify

D. The substance of the opinions to which the expert is expected to testify

E. A summary of the grounds for each opinion; and

F. The name and address, and the name and address of the employer, of each expert retained or especially employed in anticipation of litigation or preparation for trial and who is not expected to be called as a witness at trial.

-12-

(14) Have any of the defendants discussed the occurrence alleged in the complaint with anyone? If so, state the name of that/those individual(s), their current or last known address and telephone number and the dates of the conversations.

(15) As to each named defendant, state all instances in which they have engaged in excessive force or harrassment against any inmate. Include against whom excessive force or harrassment was used, the date of the use of excessive force or harrassment, housing unit in which inmate(s) was housed at the time and what resulted from it.

(16) Produce any and all grievances, complaints, or other documents received by the defendants or their agents at Western Illinois CC., concerning mistreatment of inmates by defendant(s) and any memoranda, investigative files, or other documents created in response to such documents, since May '06 - Sept '06.

(17) Produce any and all policies, directives, or instructions to staff concerning the use of plaintiff's shower shoes.

(18) Produce any and all policies, directives, or instructions to staff concerning the use of force by Western Illinois CC. staff, and or harrassment of inmates.

(19) Produce any and all sickcall request sheets from the period April 2006 (through) December 2006.

(20) Produce any and all logs, lists, or other documentation reflecting grievances filed by inmates from June 2006.

(21) Produce plaintiff's complete medical records from April 2006 to the date of your response, and/or to date.

(22) Produce any and all documents created by any Western Illinois CC staff member in response to any grievances filed by plaintiff in concerning his medical treatment / medical care.

-15-

(23) Produce any and/or all documents created by any staff member from April 2006 to date concerning plaintiff's medical care and not included in items 20, 21, or 22 of this request.

3/01/2007 /s/ Antwon D. Nibbler

# CERTIFICATION AFFIDAVIT

I, ANTWON HIBBLER, AFFIRM AND DECLARE UNDER PENALTY OF PERJURY THE FOLLOWING INFORMATION IN SUPPORT OF MY MOTION FOR ORDER COMPELLING DISCLOSURE OR DISCOVERY.

1. IN GOOD FAITH ATTEMPTED TO CONFER WITH PARTIES LISTED AS DEFENDANTS IN AN EFFORT TO SECURE THE DISCOVERY, INFORMATION OR MATERIAL WITHOUT COURT ACTION.

2. I DID THE ABOVE BY PLACING THE DOCUMENTS INTO THE INSTITUTIONAL MAIL PROPERLY ADDRESSED TO ALL PERSONS AFFECTED THEREBY FOR MAILING THROUGH U.S. POSTAL SERVICE AND ALL PARTIES HAVE FAILED TO ANSWER AFTER 30 DAYS.

I SWEAR THAT PURSUANT TO 28 USC 1746 & 1621 THE ABOVE IS TRUE.

4-14-07  /s/ Antwon S. Hibbler

IN THE
U.S. DISTRICT COURT
CENTRAL DISTRICT

HIBBLER
Plaintiff,

v.                                    Case No. 06 cv 3184

ROGER ZIMMERMAN ET AL
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK J. WATERS
U.S. DISTRICT COURT
U.S. Courthouse
600 E. MONROE - Rm 151
Sprfld., IL. 62701

TO:
ATTORNEY General
500 So 2nd St.
Springfld, IL 62706

PLEASE TAKE NOTICE that on 4-14-, 2007, I have placed the documents listed below in the institutional mail at WESTERN Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: MOTION FOR ORDER FOR PLAINTIFFS INTERROGATORIES / ~~[illegible]~~

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 4-14-07

/s/ Antwon S. Hibbler
NAME: Antwon S. Hibbler
IDOC#: B45991
WESTERN Correctional Center RR4
BOX 196
MT. STERLING, IL 62353

Revised Jan 2002

IN THE

U.S. DISTRICT COURT
CENTRAL DISTRICT

HIBBLER
Plaintiff,

v.  Case No.: 06 CV 3184

ZIMMERMAN ET AL,
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: Court Clerk - Waters

600 E. Monroe - Rm 151

Sprfld., IL. 62701

TO:

AG Lisa Madigan

500 2nd St,

Sprfld, IL 62701

PLEASE TAKE NOTICE that on 4-19, 20 07, I have placed the documents listed below in the institutional mail at WESTER Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Motion For Order Compelling Disclosure or Discovery

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 4-19-07

/s/ Antwon S. Hibbler

ANTWON S. HIBBLER   B45991
WESTERN CORRECTIONAL CENTER
BOX 196
MOUNT STERLING, IL 62353

Revised Jan 2002