Date : April / 12 / 2007

FILED
APR 25 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

From : Antwon Hibbler
Western Illinois C.C.
RR 4 Box 196
Mt Sterling, IL. 62353

To : The Honorable Judge Baker

Subject : Prisoner is Having His Legal-Mail Intercepted By Prison Staff
Re: Hibbler v. Zimmerman, Case#06-CV-3184

Dear Judge Baker :

For the past two months prison staff have opened and refused to send out my legal-mail to this court. I have resorted to attempting to send this correspondence with another inmates name. If you get this, please, advise me as to remedy this violation of court access.

I subscribe myself as your well-wisher.
4-12-07   /s/ Antwon S. Hibbler

c.c.