E-FILED
Friday, 27 April, 2007  03:15:58 PM
Clerk, U.S. District Court, ILCD



In The
United States District Court
Central District of Illinois

FILED
FEB 0 7 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Antwon S. Hibbler                )  Case no. 06-CV-3184
                                 )  Honorable Judge: Harold A. Baker
            vs.                  )  File Date: January 31, 2007
                                 )
                                 )      Plaintiff Demands
Warden-Roger Zimmerman           )      A Jury Trial
Lieutenant - J. Ashby            )
Sargent - Bunn                   )
C/O Sweetin                      )
C/O Whitaker                     )
C/O J. Jennings                  )
C/O J. Woodward                  )
C/O Ward                         )
Medical Director-Lowell Brown    )
Health Care Administrative-Debra Fuqua  )
In their individual and official capacities)
                    Defendants   )

## The Plaintiff's Amended Complaint

Now comes the pro-se plaintiff, Antwon S. Hibbler, and hereby ask this Honorable Court for permission to Amend his original complaint with the following facts:

i) Thereon, Antwon S. Hibbler the pro-se plaintiff filed to this Honorable Court his original complaint, thereafter this Honorable Court passed down its ruling on November 22, 2006 said ruling cited as follows:

a) Defendants- Bunn, Sweetin, Whitaker, Woodward, and Ward were Deliberately Indifference to plaintiff's serious medical needs by intentionally interfering with doctor's order that plaintiff wear shower shoes (8th Amendment);

b) Defendants- Bunn, Sweetin, Whitaker, Woodward, and Ward retaliated against the plaintiff for filing an emergency grievance seeking treatment for his feet (1st Amendment)

c) Defendants- Jennings, Ashby, and Zimmerman retaliated against the plaintiff for filing grievances (1st Amendment) and/or violated the plaintiffs right to equal protection (14th Amendment) by punishing the plaintiff for filing a frivolous lawsuit;

d) The defendants retaliated against the plaintiff for filing grievances by intercepting and interfering with his legal mail and grievances.

2) Thereafter, other constitutional violation has occurred in which the plaintiff now seeks to Amend his original complaint with the following facts, hereby asking permission to Amend his original complaint.

3) This motion is not made in bad faith, nor for the purpose of delay rather to seek permission to Amend his original complaint, the defendants has not been served, nor has answered yet.

### Parties

4) Plaintiff, Antwon S. Hibbler, is an inmate at the Illinois Department OF Correction and incarcerated at the Western Illinois Correctional Center at all times relevant to this complaint.

5) Defendant, Roger Zimmerman, at all times relevant to this complaint was employed by the Illinois Department of Correction as the Warden of Western Illinois Correctional Center, and was acting under the color of law.

6) Defendant, Lieutenant J. Ashby, at all times relevant to this complaint was employed by the Illinois Department of Correction as the Lieutenant/adjustment Committee chairman of Western Illinois Correctional Center, and was acting under the color of law.

7) Defendant, Sgt. Bunn, at all times relevant to this complaint was employed by the Illinois Department of Correction as a Sargent at Western Illinois Correctional Center, and was acting under the color of law.

8) Defendant, Sweetin, at all times relevant to this complaint was employed by the Illinois Department of Correction as a Correctional Officer, at Western Illinois Correctional Center, and was acting under the color of law.

9) Defendant, Whitaker, at all times relevant to this complaint was employed by the Illinois Department of Correction as a correctional officer, at Western Illinois Correctional Center, and was acting under the color of law.

10) Defendant, J. Jennings, at all times relevant to this complaint was employed by the Illinois Department of Correction as a Correctional Officer/ Internal Affairs at Western Illinois Correctional Center, and was acting under the color of law.

11) Defendant, J. Woodward, at all times relevant to this complaint was employed by the Illinois Department of Correction as a correctional officer at Western Illinois Correctional Center, and was acting under the color of law.

12) Defendant, Ward, at all times relevant to this Complaint was employed by the Illinois Department of Correction as a Correctional Officer, at Western Illinois Correctional Center, and was acting under the color of law.

13) Defendant, Lowell Brown, at all times relevant to this complaint was employed by the Illinois Department of Correction as the Medical Director at Western Illinois Correctional Center, and was acting under the color of law.

14) Defendant, Debra Fugua, at all times relevant to this complaint was employed by the Illinois Department of Correction as the Health Care Administrative at Western Illinois Correctional Center, and was acting under the color of law.

## Jurisdiction

15) This court has jurisdiction over this matter as the claims involves violations of plaintiff's federal Constitutional Rights pursuant to "28 U.S.C. 1331 and 1343".

## Venue

16) Venue is appropriate because the allegations raised in this complaint occurred at Western Illinois Correctional Center, which is located in the Central District of Illinois per "28 U.S.C. 1391(b)".

## Facts

17) On or about May 28, 2006, plaintiff attended the health care unit regarding the swelling and uncontrollable itching of his feet, while there the doctor prescribed an ointment explaining that it would help clear the condition up.

18) For several days after the use of the ointment prescribed plaintiff's condition worsen. Plaintiff's toes the became more swolling, painful, toes were raw, itching, burning, and had a look characteristic of his skin being burned off.

19) Plaintiff, sought to get back to healthcare to see the doctor immediately, however his attemps appeared ineffective while his foot condition became unbearably worse. At the same time it was difficult to walk in the State-issued boots.

20) On June 13, 2006 plaintiff filed an "emergency grievance" Seeking undelayed health care to pursuant to established grievance procedure to remedy his foot condition. On June 21, 2006 defendant Zimmerman approved of the grievance.

21) As a direct result of defendant Zimmerman granting the emergency grievance plaintiff was called to healthcare the next day to see the doctor. Thereafter, plaintiff was given more ointment and medicine to take by mouth.

22) As a direct result of the plaintiff receiving healthcare per emergency grievance the doctor prescribed that plaintiff wear his rubber shower shoes rather than boots for a period of one-week. Plaintiffs received a typed prescription which served as authorization to wear shower shoes outside his housing unit and was instructed by the institutional doctor to carry the prescription with him for verification.

23) Immediately when plaintiff began wearing the rubber shower shoes outside the unit officers would intercept plaintiff, and question him regarding why he wasn't wearing his assigned boots, even though each shift commander was provided with a copy of the very same prescription plaintiff would then produce the prescription and explain his condition brevity. Despite the prescription and obvious physical condition of

plaintiff feet various defendants such as Sgt. Bunn, C/o Whitaker, C/o Woodward, and C/o Ward would regularly provoke plaintiff, by accusing plaintiff of manipulating the doctor, questioning plaintiff as to why he thought he was "so special" over other inmates and even requiring plaintiff to remove his socks to verify his medical condition, and would actually threaten plaintiff with segregation if he didn't keep the prescription on him at all times.

24) As plaintiff's condition did not get better and he was prescribed an extended period of one-week to wear his shoeser + shoes. Immediately the various defendants named in (paragraph 23) and other unknown defendants continued in their actions with plaintiff, but appeared to provoke plaintiff more. Plaintiff would often be forced to miss line movement to chowhall to eat because he would be busy explaining himself to staff. Plaintiff would then be questioned in the chowhall for an extensive time regarding his prescription which causes him to not be able to eat all his meals. On several occassions despite his prescription defendant Sweatin ordered plaintiff to wear his boots anyways, while telling him that he was not fooling anyone. C/o Whitaker would regularly pat-search plaintiff everytime he left the unit and entered while other inmates similarly situated were never repeatedly searched.

25) During the occassions when plaintiff was forced to wear his boots he had extremely difficulties walking and was in terrible pain the entire time.

26) As a direct result of the defendant's provocations, plaintiff began wearing his boots more often against his doctor's advise and prescription in an effort to avoid being harassed. All the while plaintiff remained in pain.

27) Plaintiff then began filing a series of grievances as a direct result of the various defendants actions toward him. Many of the grievances were sent directly to defendant Zimmerman as "emergency" but the grievances were

never answered, Plaintiff also sent grievances to his correctional counsel and to the institutional grievance officer, but those grievances were never answered neither. All during the pending of plaintiff's grievances the various defendant's continued to act out toward the plaintiff in the manner described.

28) On July 25, 2006 plaintiff placed (4) envelopes in the unit control room each marked as "Legal Mail" with their destinations addressed to: U.S. Department of Justice, F.B.I., Attorney General, and Attorney at Law Kevin Peters. Through the letters plaintiff sought counsel assistances and representation regarding the action herein described and some help from higher authority. However, when the plaintiff awoke in the middle of the subsequent morning he discovered all his envelopes were under his door and torn open unauthorized by unknown defendant's and never processed to the mailroom with the other mail. Plaintiff then filed a grievance over the matter but it was never answered.

29) On July 27, 2006 upon returning from 9am-12pm school chow plaintiff found his cell in a wrecked state, indicating that it was searched. Plaintiff asked defendant Whitaker about why his cell was in a disaray wherethen, defendant Whitaker responded "Don't like being fucked with huh keep filing grievances and I'll get worse". Plaintiff later learned from other inmates that two unknown defendant's from Internal Affairs searched plaintiff cell. After which, neither defendant left plaintiff a shakedown receipt documenting what, if anything was confiscated.

30) Then on July 28, 2006 plaintiff received a judicial order in the mail in response to state Petition For Relief OF Judgement filed under 735 ILcs 5-2-1401 (west 2006). Said petition was a 12page prefabricated form challenging the constitutionality of Mandatory Supervised Release. The form is available in the institutional law library and contains

a lengthy discombobulated argument, which had techincal grammer and punctuation errors. Dispite the aforementioned plaintiff and others similary situated inmates were advised by the single law clerk to file the document.

31) The aforestated judicial order denied plaintiffs 5-2-1401 Petition deeming it "Frivolous and patently without Merit".

32) Then, on July 31, 2006 plaintiff was served with a disciplinary report Charging him with 212-Frivolous Lawsuit in violation of Illinois Administrative Code. The report alleged that prison officials were made aware that plaintiff filed a 5-2-1401 Petition and that the court found it was Frivolous and without merit. Defendant "J. Jennings of Internal Affairs" wrote the report, and it was marked major.

33) On August 8, 2006 plaintiff attended a hearing before the institutional adjustment committee comprised on defendant Lientenant · J. Ashby and Richard Davis (who is not a defendant in this complaint) After the reading of the charges plaintiff tried to defend himself with the aforestated facts identified in this complaint explaining retaliatory history as described and informed committee members that other inmates similary situated as plaintiff had their Petition rejected, but was not subject to any disciplinary action. plaintiff also mentioned that the form was still available in the law-library for other inmates. Despite, and in response to plaintiffs defense, defendant Lientenant J. Ashby of the adjustment committee advised plaintiff he should save his crying for his grievance process because it don't matter and that he had already spoke with prison officials about the matter and plaintiffs guilt and was intent on slamming plaintiff. Defendant Ashby of the adjustment committee grabbed his coat in the middle of the hearing left R. Davis (who is not a defendant in this complaint) alone and made the following comment to plaintiff on his way out Lientenant Ashby of the adjustment committee stated, "You'll think twice before you write another staff up

you can bet that, defendant Lieutenant Ashby of the adjustment committee never returned to the hearing but left instruction for R. Davis of the adjustment committee to contact C/o Jennings of Internal Affairs who was the author of the report. R. Davis of the adjustment committee spoke a few short words to defendant Jennings of Internal Affairs then hung up with no further comment.

34) Throughout the events described in this complaint, plaintiff met with his unit counselor to report the events that occurred and to learn of the status of his grievances complaints. Plaintiff's counselor was repeatedly unfamiliar with any grievance sent to her by plaintiff and suggested that they were intercepted by other staff members.

35) As a direct and proximate result of the defendants actions herein described, plaintiff fears further reprisals from staff members and no longer files grievances or complain to any staff member about any problem he has. Plaintiff now fears for his health, safety, and, overall well-being as a direct and proximate result of the defendants actions.

36) As a direct and proximate result of the defendant's actions herein described "no administrative remedy is available to the plaintiff."

37) It is upon information and belief that prison officials here at Western Illinois Correctional Center regularly open "legal mail" without the inmate being present, and thereafter try to prevent inmates from pursuing complaints of staff misconduct.

38) It is upon information and belief that the grievance procedure at Western Illinois Correctional Center is so ineffective and untimely as to permit, tolerate, and approve of staff misconduct leaving an inmate without administrative remedy.

39) It is upon information and belief that Western Illinois Correctional Center maintains an inadequate law-library and undermines an inmate ability to learn law related matters with practical effects of hindering inmates from pursuing claims of staff misconduct.

40) On or about May 19, 2006, plaintiff attended the healthcare regarding uncontrolable itching of his feet. At that appointment plaintiff made the defendant Lowell Brown aware of the situation and the defendant prescribed Athlete Foot Cream (Tolnaftate 1%) and told plaintiff this would clear up the condition.

41) After several days of using the prescribed ointment, the plaintiff's foot condition worsen. plaintiff toes started to itch more, became swollen, burning, raw on top of the toes as if the skin had been burned off, pain, and it became difficult to walk.

42) While on lock-down plaintiff complained to several nurses and correctional officers about the pain, swelling, rawness and what appeared to be blisters on toes, but the plaintiff was repeatly told he could not get any medical attention until lock-down was over.

43) On May 22, 2006 after spending 3-4 days on lock-down in unbearable pain the plaintiff went to see the defendant Dr. Lowell Brown. At that appointment, the defendant Dr. Lowell Brown was made aware of the reaction (Tolnafate 1%) Foot cream had on plaintiff and the defendant stopped (Tolnafate 1%) and prescribed plaintiff with another athlete foot cream (Lamisil).

44) On May 28, 2006 6 days after being prescribed the Lamisil Foot cream, plaintiff toes began to swell more, the pain had increased and plaintiff toes were still burning, itching, and the skin had came completely off the toes. On this day plaintiff was seen by nurse Tatum and she ordered the stop of Lamisil and schedule plaintiff to see the defendant Dr. Lowell Brown in 2 days.

45) On May 30, 2006, plaintiff went to see the defendant Dr. Brown but, wasn't given any treatment despite the pain, swelling, burning, itching, and rawness of his toes. The defendant only stated: He'll have the shoe department contact him.

46) On June 10, 2006, plaintiff wrote defendant Debra Fugua a letter about the situation and sought to be seen by an outside Foot Doctor because the defendant Dr. Brown previous treatments had no effect and plaintiff foot condition had gotten worser; also in that letter the plaintiff made the defendant Debra Fugua aware that the plaintiff was in great pain.

47) While awaiting a response from the defendant Debra Fugua plaintiff could no longer stand the pain and filed an emergency grievance to seek undelayed healthcare in pursuant to establish grievance procedure to remedy his foot condition and to be sent outside to see a foot specialist.

48) On June 15, 2006, 2 days after filling the emergency grievance plaintiff went to sickcall due to the fact it had became difficult to not only put on the stateboots but walk in them as well. The pain had rapidly increased and was spreading to the other toes, the swelling was increasing in the other toes, and there was blood and puss on top of the toes because all the skin was gone. However, plaintiff seen the defendant Dr. Brown and asked to be sent to an outside hospital but that request was denied and the defendant Dr. Brown prescribed plaintiff with a pill to take by mouth (Doxycycline 100mg).

49) On June 22, 2006 Warden - Roger Zimmerman deemed plaintiff's grievance an emergency though plaintiff still had to suffer 6 days before going to the health care unit.

50) On June 28, 2006, plaintiff, went to see Dr. Brown as a direct result of the granting of his emergency grievance. At this time plaintiff made the defendant Dr. Brown aware that his current treatment was not helping and the defendant stated: He would try another treatment and prescribed plaintiff with another pill to take by mouth. (Cipro)

51) On July 5, 2006, plaintiff returned to see the defendant Dr. Brown with very little improvement with his foot condition. The pain still was unbearable, the toes became infected, numb, the skin hadn't heeled, puss and blood was leaking from the top of the toes, and the itching and burning hadn't stopped. Plaintiff also asked the defendant Dr. Brown again to send him to an outside hospital but that request was denied and the defendant stated: "It would be a waste of time to send you outside and the state's budget is low and I'd be wasting their money for something so small." The defendant then stated: "I can handle this myself somehow."

52) On July 14, 2006, plaintiff returned to sickcall because his toes were still in bad shape and skin had start coming off other toes. Based on the nature of the plaintiff toes, plaintiff was schedule to see the defendant Dr. Brown that morning. At that appointment the plaintiff plead with the defendant to send him to see a foot specialist but again that request was denied and the defendant ordered that plaintiff be treated with ① Rocceflin Igram which was a shot in the butt, and ② Silvadene Daily also the plaintiff was giving a perscription to wear his rubber shower-shoes instead of the state issued boots. Yet nothing was giving for the pain, swelling, or numbness and to this very date of filing this complaint the plaintiff has not been seen by a foot specialist nor has his toes gotten better.

53) On July 15, 2006, plaintiff sent defendant-Debra Fugua another letter through the institutional mail informing her that my toes condition had not been properly treated and that I'd like to be sent to an outside doctor because none of Dr. Brown's treatments had cured the situation.

54) On August 5, 2006 plaintiff foot condition continued to worsen and plaintiff sent another letter by way of institutional mail requesting to seek outside medical treatment but all three letters sent to the defendant-Debra Fugua has not been answered even to the date of filing this complaint.

55) As of Dec. 2, 2006 plaintiff toes are still itching uncontrollably, burning, swollen, and red/black on top of toes and numb as well; nor has the defendant Debra Fugua answered plaintiff's letters.

56) On July 10, 2006, plaintiff grievance was denied by the institutional grievance officer Sue Redshaw so was all plaintiff's relief requested in that grievance.

57) On July 14, 2006 plaintiff appealed his grievance to establish his grievance procedure and exhust his remedies, but the Administrative Review Board in which the plaintiff appealed to has failed to answer plaintiff grievance even to this date of filing this complaint which leaves plaintiff with no available administrative remedy to exhust.

## "Claims For Relief"

58) The actions of the defendants as described above following the filing of plaintiff's emergency grievance violates plaintiff's constitutional Rights to be free from retaliation guaranteed under the First, Fourteenth, and Eighth Amendments of the U.S. Constitution.

59) The actions of the defendant's in intercepting plaintiff's legal mail and grievances as described above violates plaintiff's constitutional rights to access courts guaranteed under the first, and fourtenth amendment of the U.S. Constitution.

60) The actions of the named defendant's in interfering with plaintiff's ability to exhaust his administrative remedies as described above constitutes a violation of plaintiff's right to access the courts as guaranteed under the first, and fourtenth Amendments of the U.S. Constitution.

61) The actions of defendant Lieutenant J. Ashby of the adjustment committee in forming a fixed anticipatory judgement prior to hearing and finding plaintiff guilty based on prison officials will constituted a violation of plaintiff's right to Due Process guaranteed to him by the fourtenth Amendment of the U.S. Constitution.

62) The actions of defendant Lieutenant J. Ashby of the adjustment committee in leaving in the middle of the hearing denied plaintiff due process as guaranteed to him by the fourtenth Amendment of the U.S. Constitution.

63) The actions of the defendants in treating plaintiff in the manner described above while other inmates similary situated as plaintiff are not treated the same constitutes a violation of plaintiff's rights to equal protection guaranteed to him by the 14th Amendment of the US. Constitution.

64) The actions of the defendant Zimmerman in failing to take actions to curb or prevent the misconduct of his staff administration directed at the plaintiff, constituted an official policy, and violates plaintiff's constitutional rights under the first, eighth, and fourtenth amendments of the U.S. Constitution.

65) Based on the actions of the defendants described above following plaintiff's foot Condition is a constitutional violation of Cruel And Unusual Punishment; Denial of Accurate Medical Care (8th Amendment) Deliberate Indifference, Purposeful Pain and Suffering (8th Amendment) of the U.S. Constitution.

66) The actions of the defendants in failing to obtain specialized Medical treatment for plaintiff's toes after none of the treatments were Successful constituted Cruel and Unusual Punishment, Deliberate Indifferences which violates plaintiff's 8th Amendment Rights guaranteed to him by the U.S. Constitutions.

67) The actions of defendant Lowell Brown in failing to adequately treat plaintiff's medical needs and causing plaintiff more pain and suffering violates plaintiff's right to be free from Cruel and Unusual Punishment (8th Amendment); Deliberate Indifference (8th Amendment of the U.S. Constitution)

68) The actions of the defendant - Debra Fuqua in ignoring plaintiff's plea for treatment of pain, was Cruel and Unusual Punishment and Deliberate Indifference which caused plaintiff substantial risk of harm in violation of plaintiff's (8th Amendment Rights) of the U.S.Constitution.

69) The actions of the defendant - Lowell Brown in ignoring plaintiff plea for outside treatment of his toes after several of the defendant's treatments not only failed but made the condition worsen was Cruel and Unusual Punishment and Deliberate Indifference in violation of plaintiff's (8th Amendment Rights) guaranteed to him by the U.S. Constitution.

70) The actions of the defendants in not sending plaintiff to get outside help while in great pain and unsucceful treatments was Cruel And Unusual Punishment Deliberate Indifference which violates plaintiff's (8th Amend rights of the U.S.Constitution.)

Relief Requested

71) Plaintiff seeks compensatory and punitive damages in excess of 200.000 dollars against each defendant, jointly and severally.

72) Plaintiff seeks an injunction enjoying the named defendants be removed from their duties to prevent other inmates from having to be harassed and go through suffering and pain.

Signed Before Me
this 31 day of January 2007

Michele Olson
_____
Notary Public



"OFFICIAL SEAL"
MICHELE OLSON
NOTARY PUBLIC STATE OF ILLINOIS
COMMISSION EXPIRES 04/22/10

Antwon S. Hibbler
Antwon S. Hibbler
ID# B45991
Address: RR#4 Box 196
Mt. Sterling Illinois
62353

Verification

I, Antwon S. Hobbler, hereby verify that the allegations stated herein are true and correct, based on knowledge and belief under the penalty of perjury.

Signed Before Me
this 31 day of January 2007
Michelle Olson
Notary Public



"OFFICIAL SEAL"
MICHELE OLSON
NOTARY PUBLIC, STATE OF ILLINOIS
COMMISSION EXPIRES 04/22/__

Antwon S. Hobbler

Wherefore, this Pro-se plaintiff Antwon S. Hibbler hereby ask this Honorable Court, to grant his Amended Complaint.

Cc. Antwon S Hibbler
Filed: January 31, 2007

Respectfully Summitted,
Antwon S. Hibbler

06-9389
2018

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: June 13, 2006 | Offender: (Please Print) Antwon Hibbler | ID#: B45991 |
|---|---|---|
| Present Facility: WICC | Facility where grievance issue occurred: WICC | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify): _____

☐ Disciplinary Report: ____/____/____
       Date of Report       Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

  **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer,** only if EMERGENCY grievance.
  **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On or about the 19th of May 2006 the grievant began getting blisters on his left foot two toes. The blisters appeared only a few days after the grievant was seen by Dr. Lowel Brown for athlete foot and was giving Tolate 1% foot cream. While on lock-down the grievant complained to several nurses about numbness and pain also swelling in the (Little Toe) no treatment was provided. After spending 3-4 days on lock-down ~~started~~ in pain the grievant went to see Dr. Brown again. After exsplaining to Dr. Brown about the constant pain and numbness along with the swelling

☒ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Antwon Hibbler | B45991 | 6/13/06 |
|---|---|---|
| Offender's Signature | ID# | Date |

*(Continue on reverse side if necessary)*

---

### Counselor's Response (if applicable)

Date Received: ___

Response: ___

☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**RECEIVED** JUN 22 2006 WESTERN ILLINOIS C.C. GRIEVANCE OFFICER

| Print Counselor's Name | Counselor's Signature | Date of Response ___/___/___ |
|---|---|---|

---

### EMERGENCY REVIEW

Date Received: 6/18/06

Is this determined to be of an emergency nature?
☒ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| R. Zimmer | 6/22/06 |
|---|---|
| Chief Administrative Officer's Signature | Date |

ILLINOIS DEPARTMENT OF CORRECTIONS

Dr. Brown stated he didn't believe it was the foot cream that caused the blisters and told the grievant the swelling, numbness, and pain would go away on it's own and this Dr. Brown gave the grievant more athlete foot cream named Lamisil and said it should help with my problem. Instead the blisters got worse and the swelling increased so did the pain. The grievant returned a third time to see Dr. Brown and wasn't giving anything for the pain, numbness, swelling, or the infection that has set up in my toes. Dr. Brown only advise was it "maybe" the boots. No other test were ran to see why this was happening to my foot. Two Jane Doe nurses stated it was there belief that it was the cream and not the boots. As of June 14, 2006 nothing has been done and the situation has gotten worse.

–End Of Report–

Relief Requested:
I would like photos taken of my foot
I would like to be seen by a foot specialist
I would like Dr. Brown relieved of his duty as a Doctor until an investigation is done or complete.
I would also like to be granted pay in the sum of 200,000 dollars for pain, suffering, lack of proper medical treatment. and an additional 200,000 for violation of my 8th Amend right. Lastly I pray no action are taken against me for this grievance.

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
| --- |

**Date Received:** June 22, 2006          **Date of Review:** July 6, 2006          **Grievance #** (optional): 06-0389

**Offender:** Hibbler, Antwon                                                              **ID#:** B45991

**Nature of Grievance:** Medical/Treatment

**Facts Reviewed:** Emergency Grievance-Offender Hibbler states he has seen Dr. Brown for blisters on his feet and treatment for athlete's foot. He claims the treatment has not helped and he continues to have pain, swelling, and numbness. He wants photos taken of his foot, seen by a foot specialist, Dr. Brown relieved of his duties, paid $200,000.00 for pain, suffering, and lack of medical treatment, and $200,000.00 for violation of 8th amendment right.

Nurse Boyle, DON states offender has seen Dr. Brown on 5/22/06, 5/30/06, 6/15/06, and 6/28/06 about foot problem with treatment at each visit. Foot improved as of 6/28/06. Doctor will see him again in 1 week.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be denied.

_____                                    _____
        Sue Redshaw                                          *Sue Redshaw*
    Print Grievance Officer's Name                              Grievance Officer's Signature
**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
| --- |

**Date Received:** 7-10-06        ☑ I concur        ☐ I do not concur        ☐ Remand

**Comments:**

_____                                              7-10-06
    Chief Administrative Officer's Signature                                      Date

| Offender's Appeal To The Director |
| --- |

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

*Antwon Hibbler*                          B45991                7-14-06
    Offender's Signature                              ID#                      Date

CC: HUM

~~Print~~ ~~Jx~~ Date: 10/26/06

*NKA*
*2012*

**State of Illinois**                    **PRESCRIPTION ORDER**
**Dept. of Corrections**                 **Chart Copy (Not a prescription)**

Patient _Hibbler, Antwon_ ___ Reg. # _B45991_ ___ Date: _9/14/06_

Problem ___ T. Pedis ___

ORDER: (Physician's Signature After Last Order) ___

Tolnaftate Creme for R foot daily x PRN

DEA/Illinois Lic. # ___  Physician (Print) ___
☐ May Substitute ___  M.D.
☐ May Not Substitute ___ S Scatt LPN  M.D.
DCA 7000    Noted by: ___  Date: _9/14/06_
IL 426-1417

---

**State of Illinois**                    **PRESCRIPTION ORDER**        *NKA*
**Dept. of Corrections**                 **Chart Copy (Not a prescription)**   *2012*

Patient ___ _Hibbler, Antwon_ ___ Reg. # ___ _B45991_ ___ Date: _7-31-06_

Problem ___

ORDER: (Physician's Signature After Last Order) ___

S. vapeve to tves 3,4,5 (L) q-ad x 2W — Scheduled

DEA/Illinois Lic. # ___  Physician (Print) ___
☐ May Substitute ___  M.D.
☐ May Not Substitute ___  M.D.

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

**Date Received:** June 22, 2006      **Date of Review:** July 6, 2006      **Grievance #** (optional) 06-0389

**Offender:** Hibbler, Antwon                            **ID#:** B45991

**Nature of Grievance:** Medical/Treatment

**Facts Reviewed:** Emergency Grievance-Offender Hibbler states he has seen Dr. Brown for blisters on his feet and treatment for athlete's foot. He claims the treatment has not helped and he continues to have pain, swelling, and numbness. He wants photos taken of his foot, seen by a foot specialist, Dr. Brown relieved of his duties, paid $200,000.00 for pain, suffering, and lack of medical treatment, and $200,000.00 for violation of 8th amendment right.

Nurse Boyle, DON states offender has seen Dr. Brown on 5/22/06, 5/30/06, 6/15/06, and 6/28/06 about foot problem with treatment at each visit. Foot improved as of 6/28/06. Doctor will see him again in 1 week.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be denied.

_____
Sue Redshaw
Print Grievance Officer's Name

_____
Grievance Officer's Signature

**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 7-10-06    ☑ I concur    ☐ I do not concur    ☐ Remand

**Comments:**

_____
Chief Administrative Officer's Signature

7-10-06
Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

_____
Offender's Signature

B45991
ID#

7-14-06
Date

cc: HUH

Printed on Recycled Paper

Date: _10/26/06_

NKA
2012

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _Hibbler, Antwon_    Reg. # _B45991_    Date: _9/14/06_

Problem _T. Pedis_

ORDER: (Physician's Signature After Last Order) _____

_Tolnaftate Creme for R foot daily x 7 m_

DEA/Illinois Lic. # _____    Physician (Print) _____

☐ May Substitute _____    M.D.
☐ May Not Substitute _____    M.D.

DCA 7000
IL 426-1417    Noted by: _A Scott LPN_ Date: _9/14/06_

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

NKA
2012

Patient _Hibbler, Antwon_ Reg. # _B45991_ Date: _7-31-06_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_Silvadene to toes 3,4,5 (L) q ad x 2w - Scheduled_

DEA/Illinois Lic. # _____    Physician (Print) _____

☐ May Substitute _____    M.D.
☐ May Not Substitute _____    M.D.

**\*BEGIN USING FROM BOTTOM UP**

2D12
NKA

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _Hibbler, Antwon_   Reg. # _B45991_   Date: _7/26/06_

Problem _____

ORDER: (Physician's Signature After Last Order) _VIRACEPT 1250 mg bid x 3m_
_Videx EC 400mg daily x 3m_    _Zerit 40mg bid x 3m_

DEA/Illinois Lic. # _____ Physician (Print) _____ M.D.
☐ May Substitute _J Brown MD_    M.D.
☐ May Not Substitute
Noted by: _TMorleLPN_    Date: _7-26-06_

DCA 7000
IL 426-1417

---

2D12
NKA

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _Hibbler Antwon_   Reg. # _B45991_   Date: _7/21/06_

Problem _____

ORDER: (Physician's Signature After Last Order) _____
_Silvadene daily to toes 3,4,5 (L) ÷ Week_

DEA/Illinois Lic. # _____ Physician (Print) _____ M.D.
☐ May Substitute _J Brown MD_    M.D.
☐ May Not Substitute
Noted by: _B. Carter LPN_    Date: _7/21/06_

DCA 7000
IL 426-1417

---

2D12
NKA

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _Hibbler, Antwon_   Reg. # _B45991_   Date: _7-14-06_

Problem _affected toes_

ORDER: (Physician's Signature After Last Order) _____
_Rocephin one gram IM now — given_
_Silvadene for toes daily x ÷ Week — Scheduled._

DEA/Illinois Lic. # _____ Physician (Print) _____ M.D.
☐ May Substitute _A Brown MD_    M.D.
☐ May Not Substitute
Noted by: _L Thomas_    Date: _7-14-06_

DCA 7000
IL 426-1417

**\*BEGIN USING FROM BOTTOM UP**

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _____ Reg. # _____ Date: _____

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_____

_____

_____

_____

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____ M.D.

☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417                Noted by: _____ Date: _____

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _____ Reg. # _____ Date: _____

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_____

_____

_____

_____

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____ M.D.

☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417                Noted by: _____ Date: _____

---

*NKP*                                                    2 D 12

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient *Hubler Artwox*     Reg. # *BUS991*    Date: *6-28-06*

Problem *Cellulitis ① foot*

ORDER: (Physician's Signature After Last Order) *A+P OINT for L foot daily × 7 m*
*(3pkts weekly)*

*Cipro 500mg bid × 6 d*

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____ M.D.

☐ May Not Substitute *N Brown m* *A Scatt Lpw*    M.D. *6/28/06*

DCA 7000
IL 426-1417                Noted by: _____ Date: *6 28 06*

**\*BEGIN USING FROM BOTTOM UP**

*Prosthesis*
*Do not send*          ~~NKA~~          )B-14

**State of Illinois**                        **PRESCRIPTION ORDER**
**Dept. of Corrections**                 **Chart Copy (Not a prescription)**

Patient _Hibbler  Artwon_   Reg. # _645991_   Date: _6-17-05_

Problem _Asthma mild_

ORDER: (Physician's Signature After Last Order) _____

_Albuterol MDI  1 Puff TID PRN_          X 4 months

_QVAR 80 MDI  1 Puff daily_          D/C 10-31-05

DEA/Illinois Lic. # _____   Physician (Print) _____ M.D.
☐ May Substitute          _Dr. L. Benjmore mill cnt_   M.D.
☐ May Not Substitute      
DCA 7000          Noted by: _A Underg_          Date: _6/11/05_
IL 426-1417

---

NKA  #13  1 B54

**State of Illinois**                        **PRESCRIPTION ORDER**
**Dept. of Corrections**                 **Chart Copy (Not a prescription)**

Patient _Hibbler  Antwon_   Reg. # _B45991_   Date: _6-8-05_

Problem _Athlete's foot_

ORDER: (Physician's Signature After Last Order) _____ 05

_To NAFTATE Cr. apply to feet daily X 3W  6-29-05_

DEA/Illinois Lic. # _____   Physician (Print) _L. BROWN_
☐ May Substitute          _L Brown MD_   M.D.
☐ May Not Substitute      
DCA 7000          Noted by: _T Golenikou_          Date: _6-8-05_
IL 426-1417

**BEGIN USING FROM BOTTOM UP**

2D12
NKA

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _Hibbler, Antwon_ Reg. # _B45991_ Date: _6-15-06_

Problem _toe infection_

ORDER: (Physician's Signature After Last Order) _____

_Doxycycline 100mg bid x 7d_

DEA/Illinois Lic. # _____ Physician (Print) _____
☐ May Substitute _____ M.D.
☐ May Not Substitute _Brous M_ M.D.
DCA 7000
IL 426-1417    Noted by: _C Mayne_ Date: _6-15-06_

---

NKA    2D33

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _Hibbler, Antwon_ Reg. # _B 45991_ Date: _6/2/06_

Problem _Boil_

ORDER: (Physician's Signature After Last Order) _____

_BACTRIM DS bid x 7d._

DEA/Illinois Lic. # _____ Physician (Print) _____
☐ May Substitute _____ M.D.
☐ May Not Substitute _Brous M_ M.D.
DCA 7000
IL 426-1417    Noted by: _S Scott LPN_ Date: _6/2/06_

---

NKA    2D33

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _Hibbler Antwon_ Reg. # _B45991_ Date: _5/22/06_

Problem _T. Pedis_

ORDER: (Physician's Signature After Last Order) _____

_LAMISIL Cr for toes daily x 7 m_

DEA/Illinois Lic. # _____ Physician (Print) _____
☐ May Substitute _____ M.D.
☐ May Not Substitute _Brous M_ M.D.
DCA 7000
IL 426-1417    Noted by: _S Scott LPN_ Date: _5/22/06_

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

**Offender Information:**

| Hibbler | Antwon | | ID#: B45991 |
|---------|--------|----|-------------|
| Last Name | First Name | M/I | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 5/22/6<br>9:00 Am | **MD SICK CALL**<br>WT 154 BP 112/60 T 95.9 P 72 R 16 | ⊥ Program |
| ⨉ | Toes. Have become infected with<br>T. Pedis again, but got worse after<br>2 applications of tolnaftate.<br>HIV on ART<br>T. Pedis<br>J Brown MD | DC tolnaftate<br>Lamisil Cr<br><br><br>noted<br>C program RN<br>10 Am 5/22/06<br><br>Noted<br>A Scott LPN<br>5/22/06 |
| 5/27/06<br>9:15p | NURSE NOTE<br>S- % 4th & 5th toes on L foot getting worse<br>States he can't wear his boots.<br>O- T 95.9 BP- 114/72 P- 76 R- 16<br>4th & 5th digits on L foot entirely open<br>on top of both- Serous drng present Swelling<br>noted to both toes.<br>A- R/o tinea pedis | P- $2.00 copay waived.<br>Drsg applied to both<br>toes. TAO issued to<br>apply lightly BID.<br>Return to HCU as<br>needed- A Burk LPN |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

| Offender Information: | | | | |
|---|---|---|---|---|
| Last Name: Hibbler | First Name: Antwon | MI | ID#: B 45 991 | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/28/06 1:20 pm | Nurse note: S/O) c/o toes swelling, painful, having drainage. States painful to wear his state boots "I have to wear them to school. My boots are the problem." (L) foot - toes 4 & 5 are red, swollen, weeping, skin peeling. Toes 2 and 3 are shiny on top. (R) foot toes 4 & 5 are also shiny and starting to break down. a) T. Pedis | P)- Instructed to keep feet clean and dry. Open to air as much as possible. - 2x2's issued to place between toes. - Stop Lamisil, AFC and TAO until sees DR. Brown 5/30/06 — R. Zetu LPN |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Western Illinois Correctional Center

**Offender Information:**

Last Name: Hibbler    First Name: Antwon    ID#: B45991

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5/30/06 2:40 p | **MD SICK CALL** WT 154 BP 114/72 T 97² P 72 R 18 | C Dyer |
| (R) | the foots seem to be incompatible with his toes. Cannot afford GYM shoes. Mal-fitting footware. <br> noted B.Bowers RN | Have shoe Dept call me! |
| 6-1-06 5:05 am ✗ | Nurse Note <br> S/o states "I need to see the Dr about this boil" Large draining area on (R) buttock. Lg amt of yellow drainage noted. BP 122/76 P-72 R-16 T-97 WT 154 <br> A) R/o boil | P) $200 CO <br> DSC 6-2-06. <br> supply of gauze ×s. Inst to keep clean dry. WRP to Att <br> K Kahn |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Hebbler   First Name: Antwon   MI: ___   IDN: B45991

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6-2-06 10⁴⁰A | MD SICK CALL  Wt 154 2 BP 113/88 T 96 P 72  ONe week of boil R gluteal.  I&D thru existing port produced blood, little pus.  Boil, subacute.  _T Brown MD_ | BACTRIM  Return tonight for bandage check  6/2/06 1A  B Tate 1A  noted S Scott 6pm 6-2-06 |
| 6-15-06 5¹⁰Am | Nurse Note  S/o states "I need to see the Dr about this foot. The cream he gave me has made it worse" ⊕ foot is raw appearing c̄ skin coming off toes. Serous drainage noted. toes appear red & swollen.  BP 120/70 P-76 R-16 T 96³ Wt 153  A) R/o infected toes | P) DSC today due to immuno-compromised condition and drainage  _K Kalum_ |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

| Offender Information: | | | |
|---|---|---|---|
| Hibbler | Antwon | | ID#: B45-991 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/15/06 7:15 am | MONO#<br>HIV on ART, with one month of left foot problem. the toes are oozing pus, painfully. Lamisil & tolnaftate have failed. Has hammer toes. Boots are not to blame. Good circulation. No neuropethy or diabetes.<br>Toes ① superinfection.<br>L. Brown, MD | Doxycycline dec (6-22-06)<br>See me 1 week<br>May wear shower shoes one week<br>note Compto |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Hebbler    First Name: Antwon    ID#: B45991

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6-22-06 4pm | MD SICK CALL<br>WT___ BP___ T___ P___ | |
| | Rescheduled non-emergency<br>appt. due to lock-down | HABerg [signature] |
| 6/28/06 8⁴⁰ am | MD SICK CALL<br>WT 154 BP 132/72 T 96² P 82 R 16 | [Paper] |
| | ① foot. the 5th digit is numb<br>ē cracked skin & bleeding. the<br>Doxycline dissolved the deeper<br>infection that was so painful.<br>Cellulitis L foot (toes 4 & 5).<br>HIV/AIDS | Cipro ✓<br>A+D oint ✓<br>7-5-06<br>See me ē week. |
| | [signature] MD | Natali L Dinforke<br>6-28-06  920 am —<br>Noted<br>SScott LPN |
| | | |
| | | |
| | | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

_Hibbler_ _Antwon_ ___ ID#: _B45991_
Last Name    First Name    M

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-5-06<br>1125A | MD SICK CALL<br>WT 154 BP 122/66 T 96³ P 68 R 14 | Compe |
| Ⓐ | L 5th toe, still numb but less bleeding. the nail is dislodged from matrix, whence the bleeding. Infection 5th toe, resolving.<br><br>[signature] MD | 7-5-06 12:30pm<br>N.Ed<br>Comp. 3 — |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Western Illinois Correctional Center

**Offender Information:**

Last Name: Hibbler  First Name: Antwon  M.I.  ID#: B45991

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-11-06 915A | Medical Records Note: | |
| | Offender recieved copies of progress notes re "foot" per request. Auth form and money voucher signed for $1.35 at this time. | Thank SR |
| 7/14/06 4:50 | NURSE NOTE | P - IM placed on |
| | S - % 3-5th digits on L foot getting worse. Little toe is numb, pain increasing in other toes. | DSC for today's date. Will be called back to |
| | O - Wt 155# T - 95.9 BP - 122/82 | HCU this AM |
| | P - 72 R - 18 3rd - 5th digits on L foot swollen. All three toes open on top of toes et weeping. States Lamisil oint. makes it worse. | for Dr to see. |
| | A - R/O infection in toes | G Blink LPN |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

Offender Information:

Last Name: *Hawes*    First Name: *Antwon*    M    ID#: *B45991*

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/14/06 8am | **MD NOTE** the Ⓛ toes 3,4,5. Initiated by tolnaftate failure, unaffected by cipro, lamisil, doxycycline. Toes are swollen & cracked, bleeding skin. Cellulitis _____ ↓ Crampton | *(given today)* Rocephin 1 gram IM Silvadene daily. ✓ 7-21-06 See Me ÷ Week. Shower shoes ÷ Week *meas* _____ noted C. Myers ℞ |
| 7-15-06 1³⁰p | **NURSE NTE** (Silvadene) applied to toes _____ S Scott LPN | |
| 7-16-06 1³⁰pm | **NURSE NTE** Silvadene drsg. applied to Ⓛ toes 3,4,5. Remain s/l. puffy & open. No active drainage noted. Tender to touch Klugg | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

Offender Information:

| Last Name | First Name | MI | ID# |
|-----------|-----------|----|----|
| Hiblew | Anthon | | B45991 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 7-19-06 | NURSE _TE | |
| 1⁰⁵p | Silvadene to toes Improvement noted | |
| X | States 5th toe still numb | A Scott LPN |
| 7/18/6 | NURSE _TE | |
| 1²⁵p | Silvadene day to 3-4-5 (L) toes. 4th toe skin open area. Reports 5th toe remains numb. Very tender to touch. Weary skin has so robust | ___ |
| 7-19-06 9AM | NURSE _TE    Medical Records Note: | |
| | Offender recieved copy of progress note 7-14-06 per request. Authorization form and money voucher for $25 signed at this time. | ___ |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

Offender Information:

| Last Name | First Name | MI | ID#: |
|-----------|------------|-----|------|
| Hibbler | Antwon | | B45991 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 7-19-06 1:15pm | Nurse Note: drsg ∆ c̄ Silvadene to L tarsals. ∅ open ✓ ∅ draining areas ∅ C/o at this time —— Short | |
| 7-20-06 2pm | NURSE [NO]TE Drsg ∆ to L foot. Silvadene to | |
| 7/21/6 8:20/t | MD SICK CALL WT 152 BP 78/t T 96 P 26-16 | |
| Ⓡ | the 3 toes L one still hurting/numb. Not draining, but crusty. Can walk. HIV on ART Dactylitis. 7/21/05 B ____ MPW ____ , w | Continue current regimen. See me ī week 7/21/06 NP Shower shoes ī W. NP S.C. 7/21/06 ____ |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Hebble    First Name: Antwon    ID#: B45991

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/22/06 1⁰⁰p | NURSE NOTE  Silvadine applied to toes | _[signature]_ |
| 7/23/6 1³⁰p | nurse note  5th toe is numb. all toe nails have  Capilary refills sluggish. No open  area noted. All toes are dark  in color on top, Silvadine applied  to toes as ordered | Snyder |
| 7/24/6 1¹⁵p | Nurse note  Silvadene to toes.  Ø open area's. Toes  are dark in color | S Scott Spn |
| 7-25 α 1¹⁵ pm | NURSE NTE  Silvadene crm applied to toes.  Ø open areas noted. Wrapped c̄  kerlex. | B Oeser RN |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

| Offender Information: |
|---|
| Hibbler, Antwon    M/I    ID#: B45991 |
| Last Name    First Name |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/26/06 10³⁰A | **MD NOTE** Here for HR clinic. See flow sheet _____ | VoxR |
| 7-26-6 1²⁵pm | Nurse Note. S/o Sivadene applied to toes & dry gauze applied & Conform. Tolerated well. — | ✓ |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

Offender Information:

Last Name: Hibbler   First Name: Atwon   ID#: B45991

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/27/06 1¹⁵p | NURSE NTE  Silvadene applied to 4 toes. + open area's — | S Scott LPN |
| 7-28-06 100p | NURSE NTE  Here for Silvadene tx. feet are healed. + 4 open areas, but c/o still very sore. Silvadene not applied. He does have white goo between toes but is fearful of HCC. Per MD order of 7/21 was to see MD today re-sch to 7/31. Shower Shoe permit extended | to 7/31 when sees MD.  S Moore LPN |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

| Offender Information: | | |
|---|---|---|
| Hibbler | Antwon | ID# B45991 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-31-06 | **MD NOTE** | |
| 7:30 AM | #154   956-74-18   122/74   —— | C Thompson R. |
| | the (L) toes 3, 4, 5. there is a combo of neuropathy & infection, helped by silvadene & shower shoes. Pain is symptom #1. the skin is intact. toe 5 is numb. | memo dose Shower shoes next 2 months. Silvadene for toes q.o.d next 2 weeks. scheduled |
| Y | Dacytylitis & HIV on ART [signature] | |
| | | noted C Thompson R. Noted [signature] 8/1 |
| 8-1-06 | NURSE NOTE | |
| 1:30 P Y | Silvadene applied to (L) toes. No open areas noted | [signature] |
| 8-3-06 | NURSE NOTE | |
| 1:30 PM Y | Silvadene drsg applied to L toes. No open areas noted | [signature] |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Hibbler   First Name: Antwon   M/I:   ID#: B45991

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-4-06 930A | Medical Records Note: | |
| | Offender recieved copy of progress notes from 7-14-06 to 8-3-06 per request Authorization form and money voucher for #1.45 signed at this time | Shauk SR |
| 8/4/6 | nurse note | |
| ♀ 1000 p | Silvadene applied to (4) toes. ∅ open areas | S Scott LPN |
| 8/5/06 | NURSE NOTE | |
| ♀ 100 p | Silvadene to toes ∅ open areas | S Scott LPN |
| 8/1/06 | NURSE NOTE | |
| ♀ 105 p | Silvadene applied to toes. Area well healed | S Scott LPN |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

Offender Information:

Last Name: _Hibbler_    First Name: _Antwon_    MI: ____    ID#: **B4599**

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/9/ 1²⁰p ℞ | **NURSE NOTE** Drsg applied to Ⓛ foot c̄ silvadene & gauze ——— | _[signature]_ |
| 8-10-06 1³⁰ᵖᵐ ℞ | **MD SICK CALL** WT___ BP___ T 96⁹ P 80-16 the toes. Skin now restored, intact the 5th toe remains numb. Pain in 3+4 is reduced. Activities are not impacted. Dacrylitis  L/Brown MD | DC Silvadene. ✓ See me 7 months [initials] 9/1/06 Noted 8/10/06 [signature] |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: _Hididadas_   First Name: _Antuios_   MI: ___   ID#: B45991

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9-11-06 920 | MD SICK CALL WT 156 BP 124/82 T 97.2 P 76-76 | |
| | the L foot has 1) Pain in tip of 4th toe | I will speak = ORTHO |
| | 2) numbness of 5th. | |
| | there are no gross abnormalities, & the 5th toe has a nail. | |
| | Past infection (fostered by HCV status) | |
| | | Noted 9-11-06 [signature] |
| | Mandatory PPD Date/Time Given: _____ Site: _____ Lot: _____ Exp: _____ Manufacturer: _____ Signed: _____ Date/Time Read: _____ Results: _____ Signed: _____ Clinic/ _____ FOOD HANDLER APPROVED YES_____ NO_____ | |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Western Illinois Correctional Center

**Offender Information:**

Last Name: Hubbler    First Name: Antwon    M/I: ___    ID#: B45991

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9-12-06 8:30 pm | Nurse Note<br>S/o sent from housing unit due to foot bleeding. ® foot / shower shoe coated ē blood. no active bleeding noted ē this time. States "I was drying my foot and it just started bleeding" old blood cleaned off. open area noted between 4th & 5th toes seeping small amt of blood. BP 128/84 P-72 R-16 T-97' Wt 155<br>A) open area between toes | P) cleaned ē soap + H₂O. TAO and gauze dressing applied. Dr to see tomorrow Ref to HCU if bleeding resumes.<br><br>K Kalisik |
| 9-12-06 10 AM | nurse note<br>Inmate was seen 9-11-06 | Mingo |

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: Hebbler    First Name: Antwon    MI: ___    ID#: B45991

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | Mandatory PPD<br>Date/Time Given: 9/12/06 10A<br>Site: LFA    Lot: C2018AA<br>Exp: April 07    Manufacturer Aventis<br>Signed: _____<br>Date/Time Read: 9/15/06 1:10M<br>Results: 0mn<br>Signed: _____<br>Clinic/ | |
| | FOOD HANDLER<br>APPROVED YES ✓  NO___ | |
| 9/13/6<br>5:45 A | nurse note<br>S) I was over yesterday but was not allowed to see to MD I was told by the nurse I saw earlier that I would get seen by him. Do to my toe on Rt foot<br>O) wt 155  P 74  R 16  BP 120/68  T 97.4<br>Area between little toe & next toe is open & no active bleeding noted.<br>A) Alt in comfort area between 4th & 5th toes on Rt foot | P) $5°°$ copay waved due to reoccuring problem will clean c soap & H2O TAO applied then wrapped. Keep area dry will leave note for MDSC 9-14-6<br><br>S Ruger R |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)<br>(Replaces DC 7147)

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Outpatient Progress Notes**

**Western Illinois Correctional Center**

Offender Information:

Last Name: _Hibbler_    First Name: _Antwon_    M/2    ID#: _B45991_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/14/06<br>8:10a | **MD SICK CALL**<br>WT 157# BP 128/82 T 96° P 68-76<br><br>Feet. the (L) is the same, c̄ numb 5th digit. the (R) has a cleft in web 4/5, with bleeding + pain.<br>+ Peds<br>ᵧ Crowyer | Tolnaftate G.<br><br>Noted 9/14/06 AcRufe<br>Note of Ice H dp<br>9/14/06 |
| | LABORATORY DRAW<br>Date 10-3-06 Time 1239<br>Site R+ M<br>Test Chem i CBC CD4 VL   A210.3381<br>Signature Engler | |

Printed on Recycled Paper

DOC 0084 (Eff. 8/2002)
(Replaces DC 7147)



**MEMORANDUM**

DATE:     July 14, 2006

TO:       Offender Hibbler B45991  2D12

FROM:     Lowell Brown, MD
          Medical Director

SUBJECT:  Shower Shoes

For medical reasons, Offender Hibbler may wear shower shoes for one
week.  The ending date is July 21, 2006

*Renewed X 1 WK.*
*Ends . 7/28/06*

_Lowell Brown, MD_
Lowell Brown, MD
Medical Director

*Renewed through*
*7/31/06 S.Moore APN*

LB:sjz

cc:  A/W Phillips
     D. Fuqua, HCUA
     Shift Commander
     Housing R2
     Medical Records
     File



MEMORANDUM

DATE:    July 31, 2006

TO:    Offender Hibbler B45991  2D12

FROM:    Lowell Brown, MD
Medical Director

SUBJECT:  Shower Shoes

For medical purposes, Offender Hibbler may wear shower shoes for 2 months.
The ending date is September 30, 2006.

Lowell Brown, MD
Medical Director

LB:sjz

cc: D. Fuqua, HCUA
Shift Commander
Housing R2
Medical Records
File

To: Health Care Administrative    June 10, 2004
       Debra Fuqua

My name is Antwon S Hibbler #845991. I've been
seening Dr. Brown about a constant foot
problem that is getting worse. Everything
he has tried has either made the problem
worse or simply didn't work at all. I've
asked Dr. Brown to send me to an outside
hospital to see a foot doctor but Dr. Brown
insists on treating the problem h's self
I'm asking you to step in because at
the rate things are going I may loose
my toes if I don't have someone
else look at them to try to determain
what has cause the blistters, swelling, numbness,
pain and my skin is gone on top leaving
them raw. Please Respond to my letter
Soon.              Respectfully Written
                   Antwon S. Hibbler
                        #845991

To: Health Care Administrative                July 15, 2006
Debra Engra

This is Antwon S. Hibbler #B45991. I wrote you
a letter about one month ago concerning the
treatment I was getting for my toes and
as of the above date you have yet to respond.
My situation hasn't changed none of
Dr Brown's treatments have been successful
and my toes are still in the same condition
They are small, painful leaking puss, very numb,
and still raw on the top. This has been
going on for 2 months now and the
situation hasn't gotten better. I've asked
Dr. Brown to send me to a foot doctor and
I also asked you to step in on the
problem but I have yet to get an reply
and my situation isn't better. Can you
please find time to put me on your
call line Please I don't want to lose my toes.

Respectfully Written

Antwon Hibbler
# B45991

To Health Care Unit Administrative    8-5-06
Debra Fague

I apologize for constantly writing you
but this is the third letter about
a serious medical issue. Dr Brown
has refused to send me to an
outside hospital for the problem
concerning my toes. The only
improvement is the skin is sort of
growing back over the open
toes but I still have pain in
them, the numbness hasn't went away
nor has the swelling to this
point. My toes are now being treated
with Silvadene which is only to
help the redness of the toes
not the pain, swelling, or numbness.
It's understandable you're busy
but I've had this foot
problem since early May. For the
third time will you please allow
me to go to an outside doctor
to see what the problem is and
possibly get an answer instead
of being experimented on. Please
Respond. Respectfully Written: Antwon Ribbler