**E-FILED**
Wednesday, 02 May, 2007　04:36:19 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| ANTWON S. HIBBLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 06-3184 |
| | ) | |
| ROGER ZIMMERMAN, Warden, | ) | |
| LIEUTENANT ASHBY, SGT. BUNN, | ) | |
| C/O SWENNEY, C/O WHITAKER, | ) | |
| C/O JENNINGS, C/O WOODWARD, | ) | |
| C/O WARD, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S**
**MOTION FOR ORDER COMPELLING DISCLOSURE OR DISCOVERY**

NOW COME the Defendants, FORREST ASHBY, JOSEPH JENNINGS, STEVE SWEETIN, JAMES WARD, RANDALL WHITAKER, JOSEPH WOODWARD, and ROGER ZIMMERMAN, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby file their Response to Plaintiff's Response to Plaintiff's Motion for Order Compelling Disclosure or Discovery ("Motion to Compel").　In support thereof, Defendants state as follows:

1.　　On April 25, 2007, Plaintiff filed a Motion to Compel.　(Ct. Doc. # 33.)

2.　　The undersigned never received any discovery requests from Plaintiff prior to the filing of said motion.

3.　　Although Federal Rule of Civil Procedure 37 permits the court to compel discovery, the party seeking such discovery must complete several steps before court intervention is appropriate.　The party seeking discovery must first direct his request to the opposing party.　Fed. R. Civ. P. 34(a).　When the opposing party is represented by an attorney the service shall be made upon the attorney unless service upon the party is

ordered by the court.  Fed. R. Civ. P. 5(b).  If the opposing party fails to provide the materials, the parties must then meet and confer and attempt to resolve their differences. Fed. R. Civ. P. 37(a)(2)(a).  If the party is still unable to obtain discovery he may file a motion to compel discovery with the court pursuant to Fed. R. Civ. P. 37(a).

4.     Defendants should not be ordered to comply with discovery requests that the undersigned had not previously received.  In light of the foregoing, Plaintiff's Motion to Compel should be denied.

5.     Plaintiff attached interrogatories and requests for production of documents to his Motion to Compel.  Although the undersigned had not previously received discovery requests from Plaintiff, the undersigned elects to treat the requests attached to Plaintiff's Motion to Compel as Plaintiff's first request for production of documents pursuant to Fed. R. Civ. P. 34 and first request for interrogatories pursuant to Fed. R. Civ. P. 33.

WHEREFORE, for the above and foregoing reasons, Defendants request that the Court deny Plaintiff's Motion to Compel.

Respectfully submitted,

FORREST ASHBY, JOSEPH JENNINGS, STEVE SWEETIN, JAMES WARD, RANDALL WHITAKER, JOSEPH WOODWARD, and ROGER ZIMMERMAN,

Defendants,

LISA MADIGAN, Attorney General, State of Illinois,

Attorney for the Defendants,

By  s/ Michael J. Lanzdorf
    Michael J. Lanzdorf,  #6286675
    Assistant Attorney General
    500 South Second Street
    Springfield, IL   62706
    Phone: (217) 782-9056
    Fax: (217) 782 -8767
    E-Mail: mlanzdorf@atg.state.il.us

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| ANTWON S. HIBBLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 06-3184 |
| | ) | |
| ROGER ZIMMERMAN, Warden, | ) | |
| LIEUTENANT ASHBY, SGT. BUNN, | ) | |
| C/O SWENNEY, C/O WHITAKER, | ) | |
| C/O JENNINGS, C/O WOODWARD, | ) | |
| C/O WARD, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2007, I electronically filed Defendants' Response to Plaintiff's Motion for Order Compelling Disclosure or Discovery, with the Clerk of the Court using the CM/ECF system, and I hereby certify that on the same date, I mailed by United States Postal Service, the document to the following non-registered participant:

Antwon S. Hibbler, #B-45991
Western Illinois Correctional Center
R. R. #4, Box 196
Mt. Sterling, IL  62353

Respectfully submitted,

s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us