# WEXFORD HEALTH SOURCES, INC.



May 8, 2007

John M. Waters
Clerk USDC
US Courthouse
600 E Monroe Street
Springfield IL 62701

**Subject:**   **Antwon Hibbler v. Roger Zimmerman, et. al.**
              **USDC Central Disctirct of Illinois 06 cv 3184**

Dear Mr. Waters:

I return herewith the Summons/Complaint addressed to Debra Fuqua as she was never employed by Wexford Health Sources, Inc. Additionally, I provide you with an executed Waiver of Service of Summons on behalf of Dr. Lowell Brown only.

Please contact me at 412 937 8590 if you have any questions or need additional information. Thank you for your professional courtesies.

Very truly yours,

Joe Ebbitt
Manager, Risk Management


Enclosures

Foster Plaza 2 ▲ 425 Holiday Drive ▲ Pittsburgh, PA 15220
412.937.8590 ▲ Fax 412.937.8599 ▲ www.wexfordhealth.com
I:\groups\HR\JOE\Herrera Ignacio Wood ltr.doc