E-FILED
Friday, 18 May, 2007  03:07:27 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ANTWON S. HIBBLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| -vs- | ) | No. 06-3184 |
| | ) | |
| ROGER ZIMMERMAN, Warden, | ) | |
| LIEUTENANT ASHBY, SGT. BUNN, | ) | |
| C/O SWENNEY, C/O WHITAKER, | ) | |
| C/O JENNINGS, C/O WOODWARD, | ) | |
| C/O WARD, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

NOW COME the Defendants, FORREST ASHBY, JOSEPH JENNINGS, STEVE SWEETIN, JAMES WARD, RANDALL WHITAKER, JOSEPH WOODWARD, and ROGER ZIMMERMAN, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and move pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time of 30 days, up to and including June 18, 2007, in which to respond to Plaintiff's First Request for Production of Documents and Plaintiff's First Set of Interrogatories to Defendants (collectively, "Discovery Requests"). In support of this motion, Defendants state as follows:

1. The undersigned is the Assistant Attorney General assigned to represent the interests of Defendants in this cause.

2. On April 25, 2007, Plaintiff filed a Motion to Compel. (Ct. Doc. # 33.) Although the undersigned had not previously received discovery requests from Plaintiff, the undersigned elected to treat the requests attached to Plaintiff's Motion to Compel as Plaintiff's first request for production of documents pursuant to Fed. R. Civ. P. 34 and first request for interrogatories pursuant to Fed. R. Civ. P. 33.

3. Defendants' responses to Plaintiff's Discovery Requests are due on May 18, 2007.

4. The undersigned is in the process of preparing responses to Plaintiff's Discovery Requests, but requires additional time because Defendants are still in the process of providing answers to Plaintiff's interrogatories and compiling the documents which may be responsive to Plaintiff's document requests.

5. The undersigned requests an additional 30 days in order to prepare complete responses.

6. This motion is not made for the purpose of undue delay, but is made in good faith for the purpose of preparing appropriate responses.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request an additional 30 days, up to and including June 18, 2007, within which to respond to Plaintiff's Discovery Requests.

Respectfully submitted,

FORREST ASHBY, JOSEPH JENNINGS,
STEVE SWEETIN, JAMES WARD,
RANDALL WHITAKER, JOSEPH WOODWARD,
and ROGER ZIMMERMAN,

   Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

   Attorney for Defendants,

  s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 18, 2007, I electronically filed Defendants' Motion for Enlargement, with the Clerk of the Court using the CM/ECF system, and I hereby certify that on the same date, I mailed by United States Postal Service, the document to the following non-registered participants:

    Antwon S. Hibbler, #B-45991
    Western Illinois Correctional Center
    R. R. #4, Box 196
    Mt. Sterling, IL  62353

Respectfully submitted,

 s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us