# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANTWON S. HIBBLER,**           )<br>    Plaintiff                               )<br>                                                )<br>   vs                                          )<br>                                                )<br>**ROGER ZIMMERMAN, et al.,**  )<br>    Defendants                         ) | **WRIT OF HABEAS CORPUS**<br>**AD TESTIFICANDUM**<br><br>**CASE NO. 06-3184** |

**TO: THE WARDEN of** Western Illinois Correctional Center at Mt. Sterling, IL.

   **WE COMMAND** that you produce the body of **ANTWON S. HIBBLER**, Register No. **B-45991**, who is in your custody at Western Illinois Correctional Center before the United States District Court on **Wednesday, June 20, 2007, at 9:30 a.m.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.  At the termination of said hearing you may return him to his current regular assignment.

   **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

   DATED:  June 12, 2007

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:     s/ C. Cathcart
           Deputy Clerk