E-FILED
Monday, 18 June, 2007 02:50:36 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| ANTWON S. HIBBLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 06-3184 |
| | ) |
| ROGER ZIMMERMAN, Warden, | ) |
| LIEUTENANT ASHBY, SGT. BUNN, | ) |
| C/O SWENNEY, C/O WHITAKER, | ) |
| C/O JENNINGS, C/O WOODWARD, | ) |
| C/O WARD, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ENLARGEMENT OF TIME

NOW COMES the Defendant, ROGER ZIMMERMAN, by and through his attorney, Lisa Madigan, Attorney General of the State of Illinois, and moves pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time of 30 days, up to and including July 18, 2007, in which to respond to Plaintiff's First Set of Interrogatories. In support of this motion, Defendant states as follows:

1. The undersigned is the Assistant Attorney General assigned to represent the interests of Defendants in this cause.

2. Defendants received Plaintiff's Interrogatories and Request for Production of Documents on or about April 25, 2007.

3. Defendants' responses to Plaintiff's Interrogatories and Request for Production of Documents were due on May 18, 2007. The undersigned moved for an enlargement of time of 30 days, up to and including June 18, 2007, in which to respond to Plaintiff's discovery requests.

4.    Defendants Ashby, Jennings, Sweetin, Ward, Whitaker, and Woodward responded to Plaintiff's Interrogatories and Request for Production of Documents on June 18, 2007.

5.    The undersigned is in the process of preparing responses to Plaintiff's Interrogatories on behalf of Defendant Zimmerman, but requires additional time because Defendant Zimmerman is still in the process of providing answers to Plaintiff's Interrogatories.

6.    The undersigned requests an additional 30 days in order to prepare complete responses.

7.    This motion is not made for the purpose of undue delay, but is made in good faith for the purpose of preparing appropriate responses.

WHEREFORE, for the above and foregoing reasons, Defendant Zimmerman respectfully requests an additional 30 days, up to and including July 18, 2007, within which to respond to Plaintiff's Interrogatories and Request for Production of Documents.

Respectfully submitted,

ROGER ZIMMERMAN,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendant,

　s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| ANTWON S. HIBBLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 06-3184 |
| | ) | |
| ROGER ZIMMERMAN, Warden, | ) | |
| LIEUTENANT ASHBY, SGT. BUNN, | ) | |
| C/O SWENNEY, C/O WHITAKER, | ) | |
| C/O JENNINGS, C/O WOODWARD, | ) | |
| C/O WARD, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2007, I electronically filed Defendant Zimmerman's Motion for Enlargement of Time, with the Clerk of the Court using the CM/ECF system, and I hereby certify that on the same date, I mailed by United States Postal Service, the document to the following non-registered participants:

Antwon S. Hibbler, #B-45991
Western Illinois Correctional Center
R. R. #4, Box 196
Mt. Sterling, IL  62353

Respectfully submitted,

 s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us