E-FILED
Wednesday, 20 June, 2007  07:56:28 AM
Clerk, U.S. District Court, ILCD

05415-R4171
TMP/ej

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ANTWON S. HIBBLER, B45991, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-3184-HAB-CHE |
| | ) | |
| WARDEN ROGER ZIMMERMAN, | ) | |
| LIEUTENANT ASHBY, SARGENT | ) | |
| BUNN, CORRECTIONAL OFFICER | ) | |
| SWEETIN, CORRECTIONAL OFFICER | ) | |
| WHITAKER, CORRECTIONAL OFFICER | ) | |
| JENNINGS, J. WOODWARD, | ) | |
| CORRECTIONAL OFFICER WARD, | ) | |
| LOWELL BROWN, AND DEBRA | ) | |
| FUQUA, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

NOW COMES THERESA M. POWELL, of HEYL, ROYSTER, VOELKER & ALLEN,

and hereby enters an appearance as lead counsel on behalf of the Defendant, LOWELL BROWN,

M.D., in the above-captioned matter, and hereby states that she has been admitted to practice in the

United States District Court, Central District of Illinois, and that she is a member in good standing

of the bar of this Court.

Respectfully submitted,

LOWELL BROWN, M.D., Defendant,

HEYL, ROYSTER, VOELKER & ALLEN,
Attorneys for Defendant,

BY:    /s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705

**HEYL ROYSTER**
**VOELKER**
**& ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4171
TMP/ej

Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail: tpowell@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4171
TMP/ej

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2007, I electronically filed **Entry of Appearance** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Michael J. Lanzdorf
mlanzdorf@atg.state.il.us

and I hereby certify that on June 20, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Antwon S. Hibbler, B45991
Western Illinois Correctional Center
Inmate Mail/Parcels
R. R. #4, Box 196
Mt. Sterling, IL 62353

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax:     (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822