05415-R4171
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTWON S. HIBBLER, B45991, | ) |
| Plaintiff, | ) |
| v. | ) No. 06-3184-HAB-CHE |
| WARDEN ROGER ZIMMERMAN, LIEUTENANT ASHBY, SARGENT BUNN, CORRECTIONAL OFFICER SWEETIN, CORRECTIONAL OFFICER WHITAKER, CORRECTIONAL OFFICER JENNINGS, J. WOODWARD, CORRECTIONAL OFFICER WARD, LOWELL BROWN, AND DEBRA FUQUA, | ) |
| Defendants. | ) |

**ANSWER TO AMENDED COMPLAINT**

NOW COMES the Defendant, LOWELL BROWN, M.D., by his attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for his Answer to Plaintiff's Amended Complaint, states:

1.   Defendant admits that Plaintiff is an inmate incarcerated with the Illinois Department of Corrections who has at times been housed at the Western Illinois Correctional Center.

2.   Defendant admits that Plaintiff was incarcerated at the time he filed his lawsuit.

3.   Defendant admits that he is the Medical Director at the Western Illinois Correctional Center currently.

4.   Defendant admits that he has been the Medical Director at the Western Illinois Correctional Center since January of 2004.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4171
TMP/ej

5. Defendant admits that he is a state actor to the extent any claim has been filed against him in the fulfillment of his duties as the Medical Director at the Western Illinois Correctional Center in the course of providing care to inmates who are housed at that particular facility.

6. Defendant denies that he may be sued in an official capacity.

7. Defendant has no information regarding any allegations pertaining to other Defendants to the extent he was not personally present for any particular act or omission.

8. Defendant denies that any act or omission on his part constitutes deliberate indifference to a serious medical need.

9. Defendant denies that Plaintiff suffered from a serious medical need.

10. Defendant denies that any medical condition suffered by the Plaintiff was treated with deliberate indifference.

11. Defendant denies that any act or omission on his part was motivated in any way by the filing of a grievance or a lawsuit by this particular Plaintiff or any other plaintiff.

12. Defendant denies that he was ever an employee of the Illinois Department of Corrections during the time frames referenced in this case.

13. Defendant admits that jurisdiction and venue are proper.

14. Defendant asserts that the care and treatment provided to the Plaintiff by this Defendant was appropriate and reasonable.

15. Defendant denies that Plaintiff has suffered any injury as a result of any act or omission on the part of Defendant Brown.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4171
TMP/ej

16. Defendant denies that Plaintiff is entitled to any of the relief requested. Defendant denies that Plaintiff has appropriately exhausted his administrative remedies and demands strict proof thereof.

17. Defendant denies that Plaintiff is entitled to any compensatory or punitive damages.

18. Defendant denies that Plaintiff is entitled to any injunctive relief.

19. Moreover, Defendant denies that Plaintiff's prayer for injunctive relief is appropriate as it lacks specificity and the necessary elements and information in order to obtain such relief.

WHEREFORE, Defendant, LOWELL BROWN, M.D., prays that this Court will enter judgment in his favor and against the Plaintiff, plus costs of suit.

**DEFENDANT DEMANDS TRIAL BY JURY.**

**AFFIRMATIVE DEFENSES**

NOW COMES the Defendant, LOWELL BROWN, M.D., by his attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for his Affirmative Defenses to Plaintiff's Amended Complaint, states:

1. To the extent Plaintiff has failed to exhaust his administrative remedies as it pertains to allegations made against Dr. Brown, Defendant is entitled to judgment as a matter of law.

2. To the extent any act or omission occurred more than two (2) years prior to the filing of this lawsuit, Defendant is entitled to judgment as a matter of law as such claims would be barred by the statute of limitations.

3. To the extent Plaintiff is complaining of any act or omission on the part of someone other than himself, Defendant is entitled to judgment as he lacks the sufficient personal involvement in such allegations.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

3

05415-R4171
TMP/ej

      4.    Defendant is entitled to qualified immunity as he relied upon his medical judgment in caring for and treating the Plaintiff at all times.

      WHEREFORE, Defendant, LOWELL BROWN, M.D., prays that this Court will enter judgment in his favor and against the Plaintiff with respect to these affirmative defenses.

      Respectfully submitted,

      LOWELL BROWN, M.D., Defendant,

      HEYL, ROYSTER, VOELKER & ALLEN,
      Attorneys for Defendant,

BY:  /s/Theresa M. Powell
      Theresa M. Powell, #6230402
      HEYL, ROYSTER, VOELKER & ALLEN
      Suite 575, National City Center
      P. O. Box 1687
      Springfield, IL 62705
      Phone: (217) 522-8822
      Fax:  (217) 523-3902
      E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4171
TMP/ej

# CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2007, I electronically filed **Answer to Amended Complaint** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

> Michael J. Lanzdorf
> mlanzdorf@atg.state.il.us

and I hereby certify that on June 22, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

> Antwon S. Hibbler, B45991
> Western Illinois Correctional Center
> Inmate Mail/Parcels
> R. R. #4, Box 196
> Mt. Sterling, IL 62353

>                                           /s/Theresa M. Powell
>                                           Theresa M. Powell, #6230402
>                                           HEYL, ROYSTER, VOELKER & ALLEN
>                                           Suite 575, National City Center
>                                           P. O. Box 1687
>                                           Springfield, IL  62705
>                                           Phone: (217) 522-8822
>                                           Fax:    (217) 523-3902
>                                           E-mail: tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822