E-FILED
Monday, 09 July, 2007  01:01:52 PM
Clerk, U.S. District Court, ILCD

05415-R4171
TMP/ej

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ANTWON S. HIBBLER, B45991, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-3184-HAB-CHE |
| | ) | |
| WARDEN ROGER ZIMMERMAN, | ) | |
| LIEUTENANT ASHBY, SARGENT | ) | |
| BUNN, CORRECTIONAL OFFICER | ) | |
| SWEETIN, CORRECTIONAL OFFICER | ) | |
| WHITAKER, CORRECTIONAL OFFICER | ) | |
| JENNINGS, J. WOODWARD, | ) | |
| CORRECTIONAL OFFICER WARD, | ) | |
| LOWELL BROWN, AND DEBRA | ) | |
| FUQUA, | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION FOR HIPAA QUALIFIED PROTECTIVE ORDER

NOW COMES the Defendant, LOWELL BROWN, M.D., by his attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and moves the Court for the entry of a HIPAA Qualified Protective Order.  In support thereof, Defendants state as follows:

1.      Plaintiff has filed this cause of action in which the medical condition and  treatment of Plaintiff, ANTWON HIBBLER, is in issue.

2.      Pursuant to 45 C.F.R. 164.512 of the Health Insurance Portability and Accountability Act (HIPAA) an HIPAA Qualified Protective Order is necessary to allow the parties to this litigation to obtain and use protected health information pursuant to HIPAA for the purpose of this litigation while preventing unauthorized disclosure of said protected health information.

3.      That the attached HIPAA Qualified Protective Order (Exhibit A) should be entered to protect the protected health information from authorized disclosure while still permitting its use solely for purposes of this litigation.

**HEYL ROYSTER**
**VOELKER**
**& ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4171
TMP/ej

WHEREFORE, the Defendant, LOWELL BROWN, M.D., respectfully moves the Court to enter the attached HIPAA Qualified Protective Order (Exhibit A) and for such other relief as the Court deems necessary.

Respectfully submitted,

LOWELL BROWN, M.D., Defendant,

HEYL, ROYSTER, VOELKER & ALLEN,
Attorneys for Defendant,

BY:    /s/Theresa M. Powell
       Theresa M. Powell, #6230402
       HEYL, ROYSTER, VOELKER & ALLEN
       Suite 575, National City Center
       P. O. Box 1687
       Springfield, IL 62705
       Phone: (217) 522-8822
       Fax:    (217) 523-3902
       E-mail:tpowell@hrva.com

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-R4171
TMP/ej

## CERTIFICATE OF SERVICE

     I hereby certify that on July 9, 2007, I electronically filed **Motion for HIPAA Qualified Protective Order** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

     Michael J. Lanzdorf
     mlanzdorf@atg.state.il.us

and I hereby certify that on July 9, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

     Antwon S. Hibbler, B45991
     Western Illinois Correctional Center
     Inmate Mail/Parcels
     R. R. #4, Box 196
     Mt. Sterling, IL 62353

                     /s/Theresa M. Powell
                     Theresa M. Powell, #6230402
                     HEYL, ROYSTER, VOELKER & ALLEN
                     Suite 575, National City Center
                     P. O. Box 1687
                     Springfield, IL  62705
                     Phone: (217) 522-8822
                     Fax:    (217) 523-3902
                     E-mail:tpowell@hrva.com

**HEYL ROYSTER**
**VOELKER & ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

**E-FILED**
Monday, 09 July, 2007  01:02:02 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ANTWON S. HIBBLER, B45991, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-3184-HAB-CHE |
| | ) | |
| WARDEN ROGER ZIMMERMAN, | ) | |
| LIEUTENANT ASHBY, SARGENT | ) | |
| BUNN, CORRECTIONAL OFFICER | ) | |
| SWEETIN, CORRECTIONAL OFFICER | ) | |
| WHITAKER, CORRECTIONAL OFFICER | ) | |
| JENNINGS, J. WOODWARD, | ) | |
| CORRECTIONAL OFFICER WARD, | ) | |
| LOWELL BROWN, AND DEBRA | ) | |
| FUQUA, | ) | |
| | ) | |
| Defendants. | ) | |

## HIPAA QUALIFIED PROTECTIVE ORDER

THIS CAUSE COMES ON TO BE HEARD on the Motion of the Defendant for a HIPAA

Qualified Protective Order, the Court finds that good cause exists for the entry of a HIPAA Qualified

Protective Order to prevent the unauthorized disclosure and direct the use of protected health

information during the course of this litigation.  Accordingly, IT IS HEREBY ORDERED:

1.    The Court orders that the Plaintiff's medical records shall be released to the attorneys

of record in this litigation upon request of said attorneys.  Those attorneys are Theresa M. Powell and

Michael J. Lanzdorf.

2.    This Order applies to any records produced by a covered entity as defined by 45

C.F.R. 160.103 which has received a request or subpoena for protected health information.

**EXHIBIT A**

3.      During the course of this litigation, it may be necessary for the parties or their attorneys to disclose protected health information of the Plaintiff, as that term is defined under the Health Insurance Portability and Accountability Act (HIPAA) and the Federal Regulations enacted pursuant to said Act.

(a)      All protected health information disclosed by any of Plaintiff's healthcare providers shall be used for the sole purpose of preparing for or conducting this litigation, including, but not limited to investigation, consultation, discovery, depositions, trial preparation, trial, appeal, resolution, mediation, or uses incidental to the proceeding in the case and shall not be disclosed or revealed to anyone not authorized by this Protective Order.

(b)      Protective health information pursuant to this HIPAA Qualified Order may include information related to sexually transmitted disease, genetic testing, HIV, behavioral or mental health services, and treatment for alcohol and drug abuse.

(c)      Protected health information may be disclosed without further notice by any covered entity or healthcare provider, party or parties' attorney, to:

(1)      the parties themselves, parties' attorneys, experts, consultants, any witness or other person retained or called by the parties, treating physicians, other healthcare providers, insurance carriers, or other entities from whom damages, compensation, or indemnity is sought and any entity performing, monitoring, or adjustment activities on behalf of such insurance carrier or other entity and/or their employees, agents, or third-party administrators for any of the parties involved in litigation; in any proceeding for health oversight activities as permitted under 45 C.F.R. 164.512, court reporters, copy services, other similar vendors to the parties and their attorneys, as well as the professional and support staff of all of the above.

(2)      The parties, and each entity governed by this Order shall either (a) destroy, or (b) return to the entity who originally produced it, all protected health information, including all copies made, provided, however, that said protected health information may be retained in the files of the entities listed in paragraph (1) above and may be destroyed pursuant to their regular file retention policies so long as the protected health information is maintained in a secure environment.

2

Entered this _____ day of _____, 2007.

_____
Judge