IN THE
United States District Court
Of The Central District
Springfield Division

**FILED**

JUL 16 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Antwon S. Hibbler
    Plaintiff            Case No. 06-CV-3184

    -vs-

Roger Zimmerman Etal
    Defendant(s)

Motion For Order Compelling Disclosure Of Discovery

Now comes the plaintiff Antwon S. Hibbler B45991 pro-se, and moves to apply for an Application for an order pursuant to rule 37(A) Fed. R. Civ. P (west 2007)

In support he states the defendant(s) failed/objected to interrogatories and

request for Production Of Documents Numbers: 1, 9, 10, 11, 12, 15, 16, 19, 20 and 21. Plaintiff is not satisfied with the objection and/or answer for this information is valid to plaintiff's discovery and without it discovery is incomplete.

Wherefore plaintiff prays this Court will order the defendant(s) to Produce the requested documents and information as it all has relevance to Plaintiff's Complaint.

Respectfully Submitted
Antwon S. Whitaker

July 3, 2007