IN The United States District Court
Central District OF Illinois
Springfield Division

FILED
JUL 16 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Antwon S. Hibbler 345991 )
    Plaintiff,              )  Case No. 06-3184-HAB-CHE
                            )
         v.                 )
                            )
Warden-Roger Zimmerman (et al) )
    Defendant(s).           )

Response To Amended Complaint
For Lowell Brown, M.D.

Now comes the Plaintiff, Antwon S. Hibbler pro-se And for his Response To Amended Complaint For Lowell Brown M.D.; states as follows:

(1) Plaintiff is in agreement with paragraph(s) 1 through 5.

(2) Plaintiff believes that Dr. Brown may be sued in his official capacity.

-1-

(3) Plaintiff contends that Dr. Brown's acts and omissions constituted deliberate indifference to plaintiff serious medical needs.

(4) Plaintiff did suffer from a serious medical need as plaintiff's medical records would show.

(5) Plaintiff medical need was treated with deliberate indifference as plaintiff relies on his current condition and medical records.

(6) Plaintiff is unaware of the agency the defendant is employed by except IDOC.

(7) Plaintiff did not receive appropriate medical treatment by the defendant Dr. Brown as the treatments only made the condition worse.

(8) Plaintiff has suffered injury as a result of acts and omissions of the Defendant Dr. Brown (see medical records.)

(9) Plaintiff is entitled to all relief requested and all plaintiff's administrative remedies have been exhausted concerning this issue.

(10) Plaintiff is entitled to all compensatory damages and punitive damages.

(11) Plaintiff is entitled to injunctive relief that is requested it does not lack specificity and the necessary elements and information is present to grant such relief.

Wherefore, Plaintiff prays this Court will enter judgment in his favor and against the Defendant, plus costs of suit.

-3-

Respectfully Submitted
Antwun S. Hibbler
July 3, 2007