IN THE United States District Court
Central District OF ILLINOIS
Springfield Division

**FILED**
JUL 16 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Antwon S. Hibbler B45991 )
Plaintiff, )
) Case No. 06-3184-Hab-ChE
-vs- )
)
Warden-Roger Zimmerman (etal) )
Defendant(s) )

### Plaintiff's Response To Defendant's Lowell Brown Affirmative Defenses

Now Comes the Plaintiff, Antwon S. Hibbler and his Response To Defendant Lowell Brown Affirmative Defenses in support thereof Plaintiff states as follows:

(1) Plaintiff denies that this defense is appropriate because all his administrative remedies regarding Dr. Brown has been exhausted (SEE exhibts 1 through 3).

-1-

(2) The acts or omission within this complaint did not occur more than 2 years ago prior to filing this lawsuit and therefore not barred by the statute of limitation.

(3) The plaintiff has no acts or omission in this matter and has/is taken the proper steps to resolve this issue in which the defendant Dr. Brown failed to provide plaintiff with accurate medical treatment to plaintiff's serious medical needs.

(4) Defendant Lowell Brown is not entitled to qualified immunity as he caused injury to plaintiff and continued to prescribed medical treatment that were unsuccessful and worsen plaintiff's condition.

Wherefore, Plaintiff prays this court will enter judgment in his favor against the defendant.

-2-

Respectfully submitted

July 3, 2007  /s/ Antwon S. Wilder

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE

06-9385

RE: DEFENDANT Dr. Brown

| | | |
|---|---|---|
| Date: June 13, 2006 | Offender: (Please Print) Antwon Hibbler | ID#: B45991 |
| Present Facility: WICC | Facility where grievance issue occurred: WICC | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: ___/___/___ Date of Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On or about the 19th of May 2006 the grievant began getting blisters on his left foot two toes. The blisters appeared only a few days after the grievant was seen by Dr. Lowel Brown for athlete foot and was giving Tolate 1% foot cream. While on lock-down the grievant complained to several nurses about nombness and pain also swelling in the (Little Toe) no treatment was provided. After spending 3-4 days on lock-down in pain the grievant went to see Dr. Brown again. After explaining to Dr. Brown about the constant pain and nombness along with the swelling

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Antwon Hibbler    B45991    6/13/06
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: [RECEIVED JUN 22 2006 WESTERN ILLINOIS C.C. GRIEVANCE OFFICER]

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name    Counselor's Signature    Date of Response

**EMERGENCY REVIEW**

Date Received: 6/15/06    Is this determined to be of an emergency nature?
- [x] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

R. Zimmer    6/22/06
Chief Administrative Officer's Signature    Date

ILLINOIS DEPARTMENT OF CORRECTIONS

Distribution: Master File; Offender    Page 1    DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

Exhibit 1

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

### Grievance Officer's Report

Date Received: June 22, 2006   Date of Review: July 6, 2006   Grievance # (optional): 06-0389

Offender: Hibbler, Antwon   ID#: B45991

Nature of Grievance: Medical/Treatment

**Facts Reviewed:** Emergency Grievance-Offender Hibbler states he has seen Dr. Brown for blisters on his feet and treatment for athlete's foot. He claims the treatment has not helped and he continues to have pain, swelling, and numbness. He wants photos taken of his foot, seen by a foot specialist, Dr. Brown relieved of his duties, paid $200,000.00 for pain, suffering, and lack of medical treatment, and $200,000.00 for violation of 8th amendment right.

Nurse Boyle, DON states offender has seen Dr. Brown on 5/22/06, 5/30/06, 6/15/06, and 6/28/06 about foot problem with treatment at each visit. Foot improved as of 6/28/06. Doctor will see him again in 1 week.

**Recommendation:** Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be denied.

Sue Redshaw
Print Grievance Officer's Name

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: 7-10-06    ☒ I concur   ☐ I do not concur   ☐ Remand

Comments:

Chief Administrative Officer's Signature    7-10-06   Date

### Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Antwon Hibbler    B45991    7-14-06
Offender's Signature   ID#   Date

CC: HCUA

Distribution: Master File; Offender; AW Programs   Page 1   DOC 0047 (Rev. 3/2005)

Printed on Recycled Paper



**Illinois Department of Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

January 23, 2007

Antwan Hibbler
Register No. B45991
Western Illinois Correctional Center

Dear Mr. Hibbler:

This is in response to your grievance received on July 21, 2006, regarding medical care (06-0389), which was alleged to have occurred at Western Illinois Correctional Center. This office has determined the issue will be addressed without a formal hearing.

In your grievance you write that you did not receive appropriate medical care for blisters on your feet and a type of infection on your foot. Your request to see a specialist, for Dr. Brown to be relieved of duties, and to be paid $400,000 for pain and suffering and alleged violations of your constitutional rights.

The Grievance Officer's report 06-0389 and subsequent recommendation dated July 6, 2006 and approval by the Chief Administrative Officer on July 10, 2006 have been reviewed

This office conducted a review of grievant's medical files. Evidence of that review is on file. Treatment documented for the affliction noted was reviewed over a 90 day period where grievant was 30 times for treatment of the condition. Further request for treatment of feet are not noted after September 14, 2006.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Brian Fairchild
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

*exhibit 3*

cc: Warden Roger Zimmerman, Western Illinois Correctional Center
    Antwan Hibbler, Register No. B45991