E-FILED
Tuesday, 17 July, 2007 09:46:37 AM
Clerk, U.S. District Court, ILCD

IN THE
United States District Court
Central District of Illinois

Antwon S. Hibbler
Plaintiff,

v.

Roger Zimmerman et al
Defendant

Case No. 06-CV-3184

FILED
JUL 16 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk Of The Court
600 East Monroe St.
Springfield, Illinois
62701

TO: Theresa Powell
PO Box 1687
Springfield IL
62705

PLEASE TAKE NOTICE that on July 3, 2007, I have placed the documents listed below in the institutional mail at Western IL Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Answer To Amended Complaint / Response To Affirmative Defenses Motion For Order Compelling Disclosure Of Discovery.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: July 3, 2007

/s/ Antwon S. Hibbler
NAME: Antwon S. Hibbler
IDOC#: B45991
Western IL Correctional Center RR#4
BOX 196
Mt. Sterling, IL 62353

Revised Jan 2002