E-FILED
Wednesday, 25 July, 2007 09:51:04 AM
Clerk, U.S. District Court, ILCD

05415-R4171
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTWON S. HIBBLER, B45991, | ) |
| Plaintiff, | ) |
| v. | ) No. 06-3184-HAB-CHE |
| WARDEN ROGER ZIMMERMAN, LIEUTENANT ASHBY, SARGENT BUNN, CORRECTIONAL OFFICER SWEETIN, CORRECTIONAL OFFICER WHITAKER, CORRECTIONAL OFFICER JENNINGS, J. WOODWARD, CORRECTIONAL OFFICER WARD, LOWELL BROWN, AND DEBRA FUQUA, | ) |
| Defendants. | ) |

## RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY

NOW COMES the Defendant, LOWELL BROWN, M.D., by his attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for his Response to Plaintiff's Motion to Compel, states:

1. The Plaintiff has filed a Motion for Order Compelling Disclosure of Discovery.

2. The Plaintiff claims that Defendant filed objections to Interrogatories and Request for Production of Documents with which he is not satisfied.

3. Plaintiff fails to attach copies of the discovery materials to which he seeks responses.

4. Undersigned counsel is unable to determine which discovery materials are at issue as it appears this motion may not involve undersigned counsel.

WHEREFORE, Defendant, LOWELL BROWN, M.D., prays that Plaintiff's motion is denied.

Respectfully submitted,

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4171
TMP/ej

          LOWELL BROWN, M.D., Defendant,

          HEYL, ROYSTER, VOELKER & ALLEN,
          Attorneys for Defendant,

BY: /s/Theresa M. Powell
    Theresa M. Powell, #6230402
    HEYL, ROYSTER, VOELKER & ALLEN
    Suite 575, National City Center
    P. O. Box 1687
    Springfield, IL  62705
    Phone: (217) 522-8822
    Fax:    (217) 523-3902
    E-mail: tpowell@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4171
TMP/ej

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2007, I electronically filed **Response to Plaintiff's Motion to Compel Discovery** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

> Michael J. Lanzdorf
> mlanzdorf@atg.state.il.us

and I hereby certify that on July 25, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

> Antwon S. Hibbler, B45991
> Western Illinois Correctional Center
> Inmate Mail/Parcels
> R. R. #4, Box 196
> Mt. Sterling, IL 62353

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail: tpowell@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822