*Copy for my file. At the court*

In The United States District Court
For The Central District Of Illinois
Springfield Division

FILED
JUL 26 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Antwon S. Hibbler, )
    Plaintiff, ) Case No. 06-3184
 )
-vs- )
 )
Roger Zimmerman, Warden (etal) )
    Defendants. )

Plaintiff's Response To
Defendant Fuqua's Affirmative Defences
To Amended Complaint

Now comes the Plaintiff, Antwon S. Hibbler (pro-se) And hereby answers the Defendant: Debra Fuqua Affirmative Defences. Plaintiff states as follows:

(1) Defendant, Debra Fuqua, did not act in good-faith in the performances of her official duties without violating plaintiff constitutional rights and is in no way protected from liability by Qualified Immunity.

-1-

(2) Plaintiff has shown physical injury therefore this Complaint is not barred by PLRA – Prison Litigation Reform Act. Plaintiff strongly relies on his medical records to support his claim as well as his Complaint.

(3) Plaintiff is in no way challeging the disciplinary findings by Prison Officials however he is displaying retalitory behavior against officials. Therefore this complaint is not barred by Heck v. Humphrey 512 U.S. 477 (1994).

(4) Plaintiff has not failed to exhaust his administrative remedies as official's have intervene with those remedies leaving plaintiff without any remedies to exhaust. Therefore this Complaint is protect by: Lewis v. Washington 300 F. 3d 829, 833 (7th Cir. 2002);

Wherefore, Plaintiff prays the Court will deny defendant Fuqua Affirmative Defenses.

Respectfully Summitted
Antwon S. Wheeler

-2-