Copy for my file at the Court.

In The United States District Court
Central District Of Illinois
Springfield, Division

**FILED**
JUL 2 6 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Antwon S. Hibbler
  Plaintiff,

CASE NO. 06-3184-HAB-CHE

-vs-

Roger Zimmerman Warden (ETAL)
  Defendants.

## Answer To Hipaa Qualified Protective Order

Now comes the Plaintiff, Antwon S. Hibbler (pro-se) and moves the Court to deny entry of a Hipaa Qualified Protective Order in part.

In support thereof, Plaintiff states as follows:

(1) Plaintiff has filed a cause of action in which his medical condition pertaining his feet were improperly treated, causing them to swell, blister, skin fall-off and to go numb.

—1—

(2) Plaintiff contends that Defendant(s) Zimmerman, Ashby, Bunn, Sweetin, Whitaker, Jennings, Woodward, and Ward have no legal right to excess the Plaintiff's Medical records as it poses a threat to his safety and security at the institution. Futhermore the claim against those named defendants deal with Retaliation and Deliberate Indifference.

(3) Plaintiff further contends that the Court should only allow relevant medical records be released to defendant's Brown Attorney.

(4) Plaintiff does not wish to give up his Federal Constitutional Right to confidentiality of his medical history. However, plaintiff do agree to release all information pretaining to his foot condition, Mental, and Substance Abuse.

Wherefore, the Plaintiff prays this Court will deny full excess to his medical History.

Respectfully Submitted
Antwon S. Nibbler

-2-