IN THE
United States District Court
For the Central District of Illinois
Springfield Division

Antwon S. Hibbler
Plaintiff,

v.

Roger Zimmerman ET AL
Defendants.

Case No. 06-CV-3184

FILED
JUL 2 6 2007

PROOF/CERTIFICATE OF SERVICE

TO: United States District Clerk

600 East Monroe street
Springfield Illinois
62701

TO:

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

PLEASE TAKE NOTICE that on July 23, 2007, I have placed the documents listed below in the institutional mail at Western IL Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Answer To Affirmative Defenses To Amended Complaint, Answer To Hipaa Protective Order

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: July 23, 2007

/s/ Antwon S. Hibbler
NAME: Antwon S. Hibbler
IDOC#: B45991
Western IL Correctional Center RR#4
P.O. BOX 196
Mt Sterling, IL 62353

Revised Jan 2002