*Copy for my file*

IN THE

United States District Court
Of Illinois Central District
Springfield, Division

**FILED**
JUL 27 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINO

Antwon S. Hibbler, B45991 )
Plaintiff, )
)
v. ) Case No. 06-3184-Hab-Che
)
Roger Zimmerman Et Al )
Defendants. )

## PROOF/CERTIFICATE OF SERVICE

TO: U.S. District Clerk Office
600 East Monroe St Rm-151
Springfield Illinois
62701

TO: Theresa Powell
Suite 575
National City Center
PO Box 1687
Springfield IL 62705

*Sent To Office Already*

PLEASE TAKE NOTICE that on **July 24**, 20**07**, I have placed the documents listed below in the institutional mail at **Western IL** Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: **Response To Interrogatories and Production of Documents,**

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 7/24/07

/s/ Antwon S. Hibbler
NAME: Antwon S. Hibbler
IDOC#: B45991
_____ Correctional Center R R #4
■ BOX 196
Mt. Sterling, IL 62353

Revised Jan 2002

*Copy for my file*

05415-R4171
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Antwon S. Hibbler, B45991

)
)
        Plaintiff, )
)
    v. )    No. 06-3184-HAB-CHE
)
WARDEN ROGER ZIMMERMAN, )
LIEUTENANT ASHBY, SARGENT )
BUNN, CORRECTIONAL OFFICER )
SWEETIN, CORRECTIONAL OFFICER )
WHITAKER, CORRECTIONAL OFFICER )
JENNINGS, J. WOODWARD, )
CORRECTIONAL OFFICER WARD, )
LOWELL BROWN, AND DEBRA )
FUQUA, )
)
        Defendants. )

## REQUEST FOR PRODUCTION OF DOCUMENTS

NOW COMES the Defendant, LOWELL BROWN, M.D., by his attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and pursuant to Federal Rule 34, directs Plaintiff, ANTWON HIBBLER, to produce for inspection, copying, reproduction, and photographing at the law offices of HEYL, ROYSTER, VOELKER & ALLEN, Suite 575, National City Center, One North Old State Capitol Plaza, Springfield, Illinois 62701, within thirty (30) days after service of this Request to Produce, or at such other time and place as may be agreed upon by the attorneys for the parties, the following documents, objects or tangible things:

1. All statements (whether signed or unsigned, written or recorded) of persons having knowledge of the occurrence alleged in the Complaint, the damages claimed, or any other matters alleged in the Complaint. *Plaintiff directs Defendant to the foresaid documents Attached to his complaint.*

2. All other documents containing facts or opinions of persons having knowledge of the occurrence alleged in the Complaint, the damages claimed, or any other matters alleged in the

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4171
TMP/ej

Complaint including, but not limited to, notes or memoranda of conversations, untranscribed tapes, court reporter notes, and correspondence with such persons. There Are No Conversations on tape (And) Plaintiff directs Defendant to attached reports on the Complaint.

3. All reports, bills, records, or other documents, medical or otherwise, which indicate the nature and extent of the injuries and damages claimed. Plaintiff does not posses Any of the bills Further Plaintiff directs Defendant to the Complaint.

4. All objects, photographs, videotapes, slides, motion pictures, diagrams, models, samples, drawings, or other things of a tangible nature relating to the matters alleged in the Complaint. Plaintiff does not have any of the said or requested Documents Nor do he knows if Any of them exsit. Futhermore Plaintiff directs Defendant to the Complaint And Attached documents.

5. All notes, diaries, or other documents prepared by anyone other than your attorneys pertaining to the incident complained of or the damages claimed. There Are No diAries or Notes. As to the other requested documents see Attached reports on the Complaint.

6. All reports, notes, books, articles, tests, texts, or other authorities relating to matters alleged in the Complaint. I have no knowledge of notes, books, or articles. The other documents were Attached to the Complaint.

7. Execute and return the attached Authorization for Release of Offender Mental Health or Substance Abuse Treatment Information and Authorization for Release of Offender medical Health Information forms.

8. Please execute the attached Authorization(s) for the medical providers identified within your IDOC medical records and/or within your Complaint, including attachments or exhibits. (If you are aware of additional providers not identified herein, please so note said provider on the included blank Authorization, sign, and return with the other Authorizations.)

You are further requested to furnish at the time and place stated, an affidavit stating that the production is complete in accordance with the request, and if not complete, to list those items not produced, state the grounds for objection to their production, giving the name and address of the person having custody of such items.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-R4171
TMP/ej

                    LOWELL BROWN, M.D., Defendant,

BY: *Theresa Powell*
HEYL, ROYSTER, VOELKER & ALLEN
Theresa M. Powell

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

3

Copy for my file

05415-R4171
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ANTWON S. HIBBLER, B45991,       )
                                 )
           Plaintiff,            )
                                 )
v.                               )   No. 06-3184-HAB-CHE
                                 )
WARDEN ROGER ZIMMERMAN,          )
LIEUTENANT ASHBY, SARGENT        )
BUNN, CORRECTIONAL OFFICER       )
SWEETIN, CORRECTIONAL OFFICER    )
WHITAKER, CORRECTIONAL OFFICER   )
JENNINGS, J. WOODWARD,           )
CORRECTIONAL OFFICER WARD,       )
LOWELL BROWN, AND DEBRA          )
FUQUA,                           )
                                 )
           Defendants.           )

## INTERROGATORIES PROPOUNDED BY DR. BROWN

THE PLAINTIFF, ANTWON HIBBLER, is hereby notified to answer the following Interrogatories separately and fully in writing, under oath and within thirty (30) days from date of service of these Interrogatories, all in accordance with the Federal Rule of Civil Procedure 33; these Interrogatories may be answered on these Interrogatories in the space provided and, if necessary, the reverse side hereof:

1. Identify the specific date on which you believe Lowell Brown, M.D. was deliberately indifferent. *May 22, 2006 (through) present date.*

   a. For each date referenced identify the complaint voiced by the patient and the care or response which you feel constituted deliberate indifference. *Each treatment after the matter got worse.*

   b. For each method of treatment or lack of treatment you find constitutes deliberate indifference, please indicate if known what you or your witnesses will assert the proper treatment should have been. *My witnesses and I would assert that an outside specialist would've been proper after non-of the treatments were successful, and the matter got worse.*

HEYLROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4171
TMP/ej

    c.    State the damages or injuries you claim to have sustained as a result of the alleged deliberate indifference.

ANSWER: The skin peeled completly off my toes, they went numb and were badly infected. Also the itching and burning increased.

2.    Have you filed any other lawsuits for your own personal injuries. If so, state the name of the Defendant or Defendants involved, the court and caption of that filing, the year filed, the title and docket number of the case.

ANSWER: Plaintiff (objects to interrogatory #2) because there is no relevance in this information to this complaint at hand.

HEYLROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-R4171
TMP/ej

3. Pursuant to the Federal Rules of Civil Procedure, provide the name and address of each witness who will offer testimony and state: NAMES listed below

  a. The subject matter of which the witness is expected to testify; That plaintiffs toes worsen.

  b. The conclusions and/or opinions of the witness and the basis therefore including reports of the witness, if any; see medical records attached to the complaint.

  c. The qualifications of each witness including a curriculum vitae and/or resume if any; RN's, LPN's

  d. The identity of any written reports of the witness regarding this occurrence; and SEE medical Reports attached to the complaint

  e. For each witness indicate whether or not you intend to call this person to testify at trial.

ANSWER: (1) Rose Kathleen Ashcraft, RN
(2) Cindy Thompson, RN
(3) Susette Ring, LPN
(4) Teresa Conner LPN
(5) Carolyn Sue Scott, LPN
(6) Gladys Brink LPN
(7) Julie Havens-Jones, RN
(8) Brenda Tatum, LPN
(9) Sue Moore, LPN
(10) Jim Lowe, LPN
(11) Beth Oeser, RN
(12) Joyce Lynn Fox, RN
(13) Steve Paul Conlee, RN

(Address for All witnesses RR#4 Box 196 Mt Sterling Illinois 62353)

LOWELL BROWN, M.D., Defendant,

BY: _Theresa Powell_
HEYL, ROYSTER, VOELKER & ALLEN
Theresa M. Powell

**HEYL ROYSTER VOELKER & ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

3

05415-R4171
TMP/ej

STATE OF ILLINOIS   )
                    ) SS.
COUNTY OF Brown     )

I, ANTWON HIBBLER, being first duly sworn, state that I have read the foregoing Answer to Interrogatories and that the Answers contained therein are true and correct to the best of my information, knowledge, and belief.

_____
ANTWON HIBBLER

SUBSCRIBED AND SWORN to before me this 20 day of July, 2007.

_____
NOTARY PUBLIC



"OFFICIAL SEAL"
MICHELE OLSON
COMMISSION EXPIRES 04/22/10

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822