**E-FILED**
Tuesday, 07 August, 2007  02:16:54 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ANTWON S. HIBBLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 06-3184 |
| | ) | |
| ROGER ZIMMERMAN, Warden, | ) | |
| LIEUTENANT ASHBY, SGT. BUNN, | ) | |
| C/O SWENNEY, C/O WHITAKER, | ) | |
| C/O JENNINGS, C/O WOODWARD, | ) | |
| C/O WARD, | ) | |
| | ) | |
| Defendants. | ) | |

### SUGGESTION OF DEATH

NOW COME the Defendants, FORREST ASHBY, DEBORAH FUQUA, JOSEPH JENNINGS, STEVE SWEETIN, JAMES WARD, RANDALL WHITAKER, JOSEPH WOODWARD, and ROGER ZIMMERMAN, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and suggest upon the record, pursuant to Federal Rule of Civil Procedure 25(a)(1), the death of Sgt. Martin Bunn, a Defendant during the pendency of this action.

Respectfully submitted,

FORREST ASHBY, et al.,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendants,

Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
Phone: (217) 782-9056
Fax: (217) 782-8767
E-Mail: mlanzdorf@atg.state.il.us

By:   s/ Michael J. Lanzdorf
      MICHAEL J. LANZDORF
      Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

ANTWON S. HIBBLER,                    )
                                      )
            Plaintiff,                )
                                      )
      -vs-                            )          No. 06-3184
                                      )
ROGER ZIMMERMAN, Warden,              )
LIEUTENANT ASHBY, SGT. BUNN,          )
C/O SWENNEY, C/O WHITAKER,            )
C/O JENNINGS, C/O WOODWARD,           )
C/O WARD,                             )
                                      )
            Defendants.               )

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2007, I electronically filed Defendants'

Suggestion of Death, with the Clerk of the Court using the CM/ECF system, and I

hereby certify that on the same date, I mailed by United States Postal Service, the

document to the following non-registered participant:

Antwon S. Hibbler, #B-45991
Western Illinois Correctional Center
R. R. #4, Box 196
Mt. Sterling, IL  62353

Respectfully submitted,

   s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us