05415-R4171
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTWON S. HIBBLER, B45991, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-3184-HAB-CHE |
| ) | |
| WARDEN ROGER ZIMMERMAN, ) | |
| LIEUTENANT ASHBY, SARGENT ) | |
| BUNN, CORRECTIONAL OFFICER ) | |
| SWEETIN, CORRECTIONAL OFFICER ) | |
| WHITAKER, CORRECTIONAL OFFICER ) | |
| JENNINGS, J. WOODWARD, ) | |
| CORRECTIONAL OFFICER WARD, ) | |
| LOWELL BROWN, AND DEBRA ) | |
| FUQUA, ) | |
| ) | |
| Defendants. ) | |

**REPLY TO PLAINTIFF'S ANSWER TO
HIPAA QUALIFIED PROTECTIVE ORDER**

NOW COMES the Defendant, LOWELL BROWN, M.D., by his attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for his Reply to Plaintiff's objection to the Motion for HIPAA Qualified Protective Order, states:

1. By filing this cause of action, Plaintiff has placed the contents of his medical records at issue. Accordingly, he has waived any rights to confidentiality with respect to those records as they may provide relevant information in defending this lawsuit.

2. Undersigned counsel does not wish to read more documents than is necessary and does not request more records than are relevant to this suit.

3. That said, in addition to seeking those records which address the dates specifically set forth in Plaintiff's Complaint, Defendant would seek to obtain Plaintiff's medical records for up to one (1) year prior to his arrival at the Western Illinois Correctional Center as those records may

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4171
TMP/ej

contain information relevant to this case. If it is determined that no additional information before that date is necessary, Defendant will not seek to obtain any additional records. Defendant also seeks the Plaintiff's medical records up to the present time as his present status may be relevant to the claims at issue.

4. It should be noted that once Defendant has a copy of Plaintiff's medical records, these records may be used in pursing the defense of this case and as attachments to pleadings which may be filed with the Court and therefore will become matters of public record.

5. The Plaintiff alleges that he does not wish to give up his federal constitutional right of confidentiality. Defendant is not aware of any such constitutional right. The Plaintiff waived his right of confidentiality once he filed this lawsuit.

6. As it appears that Plaintiff is not objecting to Dr. Brown obtaining Plaintiff's medical records, but is mainly objecting to Co-Defendants receiving the records, Defendant makes no response as to Co-Defendants' position on this matter.

7. However, Plaintiff has not specified exactly why he does not want the Co-Defendants to have access to his medical records, nor does he indicate how or why this may pose a threat to his safety and security.

WHEREFORE, Defendant, LOWELL BROWN, M.D., prays that this Court will enter an Order allowing undersigned counsel to obtain the relevant medical records as indicated in this Motion and as sought by Defendant's original protective order.

It should also be noted that authorizations have been sent to Mr. Hibbler requesting his signature on the authorizations so that same may be sent to the Department of Corrections to obtain these records. Undersigned counsel believes the authorizations specifically request records from 2006

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-R4171
TMP/ej

to the present. Undersigned counsel believes this is a reasonable request based upon the Plaintiff's

allegations in the Complaint.

           Respectfully submitted,

           LOWELL BROWN, M.D., Defendant,

           HEYL, ROYSTER, VOELKER & ALLEN,
           Attorneys for Defendant,

BY: /s/Theresa M. Powell
   Theresa M. Powell, #6230402
   HEYL, ROYSTER, VOELKER & ALLEN
   Suite 575, National City Center
   P. O. Box 1687
   Springfield, IL 62705
   Phone: (217) 522-8822
   Fax: (217) 523-3902
   E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER &ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

3

05415-R4171
TMP/ej

# CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2007, I electronically filed **Reply to Plaintiff's Answer to HIPAA Qualified Protective Order** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Michael J. Lanzdorf
mlanzdorf@atg.state.il.us

and I hereby certify that on August 8, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Antwon S. Hibbler, B45991
Western Illinois Correctional Center
Inmate Mail/Parcels
R. R. #4, Box 196
Mt. Sterling, IL 62353

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail: tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822