IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ANTWON S. HIBBLER, | ) |
| Plaintiff, | ) |
| -vs- | )   No. 06-3184 |
| ROGER ZIMMERMAN, et al., | ) |
| Defendants. | ) |

**DEFENDANTS' REPLY TO PLAINTIFF'S ANSWER TO**
**HIPAA QUALIFIED PROTECTIVE ORDER**

NOW COME the Defendants, FORREST ASHBY, DEBORAH FUQUA, JOSEPH JENNINGS, STEVE SWEETIN, JAMES WARD, RANDALL WHITAKER, JOSEPH WOODWARD, and ROGER ZIMMERMAN, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and Reply to Plaintiff's Answer to HIPAA Qualified Protective Order as follows:

1. Plaintiff brings this action against current and former prison officials and a contractual health care provider. Among other things, Plaintiff states a claim against Defendant Fuqua and Dr. Lowell Brown for deliberate indifference to his medical needs. (Apr. 27, 2007, Text Order.)

2. The undersigned represents various current and former prison officials who worked at Western Illinois Correctional Center ("Western Illinois") for the times relevant to this lawsuit. Defendant Fuqua, the former Health Care Unit Administrator at Western Illinois, is the only relevant defendant to Plaintiff's claim of deliberate indifference to his medical needs. Plaintiff fails to articulate the reason(s) he believes the possession of his medical records by Defendants Zimmerman, Ashby, Sweetin, Whitaker, Jennings, Woodward, and Ward would threaten Plaintiff's safety and security at Western Illinois. Defendants object to the notion that possession of Plaintiff's medical records by the aforementioned defendants would threaten Plaintiff's safety and security. Moreover, as parties to this lawsuit, the aforementioned defendants indeed are entitled to access Plaintiff's medical records because Plaintiff himself has placed the contents of his medical records at issue. Nevertheless, the undersigned does

not anticipate the need to share Plaintiff's medical records with any defendant other than Defendant Fuqua.

3.  Rather than taking Plaintiff's word for what medical records may be relevant to Plaintiff's claim and any potential defense, the undersigned seeks to obtain Plaintiff's medical records for the dates specified in Defendant Brown's Reply to Plaintiff's Answer to HIPAA Qualified Protective Order (Ct. Doc. #68) and the proposed HIPAA Qualified Protective Order (Ct. Doc. #55-2). Those records may contain information relevant to this case and will be used solely for the purpose of preparing for or conducting this litigation. Furthermore, portions of Plaintiff's medical records may be used as attachments with pleadings which may be filed with the Court and, therefore, would become matters of public record.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this Honorable Court enter an Order allowing undersigned counsel to obtain the relevant medical records as indicated in Defendant Brown's Reply to Plaintiff's Answer to HIPAA Qualified Protective Order (Ct. Doc. #68) and as sought by the proposed HIPAA Qualified Protective Order (Ct. Doc. #55-2).

Respectfully submitted,

FORREST ASHBY, DEBORAH FUQUA, JOSEPH JENNINGS, STEVE SWEETIN, JAMES WARD, RANDALL WHITAKER, JOSEPH WOODWARD, and ROGER ZIMMERMAN,

Defendants,

LISA MADIGAN, Attorney General, State of Illinois,

Attorney for Defendants,

Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
Phone: (217) 782-9056
Fax: (217) 782-8767
E-Mail: mlanzdorf@atg.state.il.us

By:  s/ Michael J. Lanzdorf
     MICHAEL J. LANZDORF
     Assistant Attorney General

2

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ANTWON S. HIBBLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No. 06-3184 |
| | ) |
| ROGER ZIMMERMAN, et al., | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2007, I electronically filed Defendants' Reply to Plaintiff's Answer to HIPAA Qualified Protective Order, with the Clerk of the Court using the CM/ECF system, which will send notification of same to the following:

Ms. Theresa M. Powell at tpowell@hrva.com

and I hereby certify that on the same date, I mailed by United States Postal Service, the document to the following non-registered participant:

Antwon S. Hibbler, #B-45991
Western Illinois Correctional Center
R. R. #4, Box 196
Mt. Sterling, IL  62353

Respectfully submitted,

   s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us