E-FILED
Wednesday, 22 August, 2007  01:06:38 PM
Clerk, U.S. District Court, ILCD

IN THE United States District Court
Central District OF ILLINOIS
Springfield Division

**FILED**

AUG 21 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Antwon S. Hibbler #B45991
Plaintiff

-VS-

Roger ZIMMERMAN, Warden (EtAL.)
Defendants.

CASE NO. 06-3184

Reply To Defendant's Answer
To [HIPAA] Qualified Protective Order

Now comes the Plaintiff, Antwon S. Hibbler # B45991

and for his Reply to Defendant's Answer to

Plaintiff's objection to Motion For HIPAA

Protective Order, he states:

(1) Although Plaintiff has filed A complaint

pretaining to his medical treatment he does not

wave any rights to confidentiality with respects

to his medical history as a whole.

-1-

(2) The defence counsel seeks to excess Plaintiff's psychiatric, mental health, genetic testing, alcohol abuse, drug abuse, or substance abuse; human immunodeficiency virus (HIV) None of that above information is necessary to make a defence nor is it releventant to the complaint, and should remain confidential.

(3) Any medical records prior to 1year of plaintiff's arrival would not be relevant because plaintiff has been in Western Illinois C.C. since November 7, 2004.

(4) Plaintiff restates he wishes not to give up his Federal Constitutional right to confidentiality pursuant to Fed. Rule, Civ. Pro. 26(5)

(5) Plaintiff is not only objecting to Co-defendants receiving the records but he is also

objecting that Dr. Brown's attorney should have complete excess to his medical records especially records that don't pretain to the Complaint.

(6) Since counsel stated in her motion that plaintiff did not state how Co-Defendants excess would pose a threat to his safety and security Plaintiff addresses that response with the following:

(i) There is a retaliation claim against those defendants and out of spite or pay back these defendants may disclose this information to other inmates or correctional officers who are not apart of this suit.

Wherefore, Plaintiff, Antwon S. Hibbler prays this Court will deny the exess to his medical records as to Co-Defendants and only relevant records to defendant Lowell Brown.

— 3 —

Respectfully Summitted
Antwon S. Hibbler #B45991

IN THE

United States District Court
Springfield Division

Antwon S. Hibbler #B45991 )
Plaintiff,                   )
                             )    Case No. 06-CV-3184
    v.                       )
                             )
Roger Zimmerman Et Al.       )
Defendants.                  )

## PROOF/CERTIFICATE OF SERVICE

TO: United States District          TO:
Court Central District              Attorney's For
Clerk Office                        All Defendants
600 E Monroe st                     Lisa Madigan (500 J. 2nd street
Springfield IL 62701                                 Springfield IL 62706
                                    Theresa M. Powell
                                    P.O. Box 1687 Springfield IL 62705-1687

PLEASE TAKE NOTICE that on August, 16, 20 07, I have placed the
documents listed below in the institutional mail at Western IL. Correctional Center,
properly addressed to the parties listed above for mailing through the United States Postal
Service: Reply To Defendant's
Answer To HiPAA Qualified Protective Order

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of
perjury, that I am a named party in the above action, that I have read the above
documents, and that the information contained therein is true and correct to the best of my
knowledge.

DATE: 8/16/07

/s/ Antwon S. Hibbler
NAME: Antwon S. Hibbler
IDOC#: B45991
Western IL Correctional Center RR#4
BOX 196
Mount Sterling, IL 62353

Revised Jan 2002