05415-R4171
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTWON S. HIBBLER, B45991, | ) |
| Plaintiff, | ) |
| v. | ) No. 06-3184-HAB-CHE |
| WARDEN ROGER ZIMMERMAN, LIEUTENANT ASHBY, SARGENT BUNN, CORRECTIONAL OFFICER SWEETIN, CORRECTIONAL OFFICER WHITAKER, CORRECTIONAL OFFICER JENNINGS, J. WOODWARD, CORRECTIONAL OFFICER WARD, LOWELL BROWN, AND DEBRA FUQUA, | ) |
| Defendants. | ) |

**SUPPLEMENT TO REPLY TO RESPONSE TO MOTION FOR HIPAA ORDER**

NOW COMES the Defendant, LOWELL BROWN, M.D., by his attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for his Supplemental Reply to Plaintiff's objection to the Motion for HIPAA Qualified Protective Order, states:

1. The Plaintiff seeks to prevent Defendants from obtaining certain of his medical records as it pertains to certain issues relating to the Plaintiff's medical status.

2. It should be noted that Plaintiff has brought his medical status into issue in this case.

3. Because of this, reference to certain illnesses and medical conditions from which the Plaintiff may suffer may be made of record in this case as any or all of these medical conditions may have caused or contributed to cause the Plaintiff's skin condition on his feet, which is the relevant medical condition being addressed in this case.

4. Defendant has no objection to obtaining only those records of one (1) year prior to Plaintiff's arrival at the Western Illinois Correctional Center to the present. Defendant would like to

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4171
TMP/ej

reserve the right to obtain additional records should that need become necessary in the future. However, Defendant agrees that obtaining records one (1) year prior to Plaintiff's arrival at the Western Illinois Correctional Center to the present is reasonable at this time.

5. With respect to Plaintiff's concerns of retaliation in the form of disclosure, the law would prevent any such disclosure as significant penalties are attached to doing so.

WHEREFORE, Defendant, LOWELL BROWN, M.D., prays that the Court will issue the HIPAA Qualified Protective Order as requested so that this case may progress by allowing Defendant to obtain and review Plaintiff's medical records with respect to the relevant issues in this case.

Respectfully submitted,

LOWELL BROWN, M.D., Defendant,

HEYL, ROYSTER, VOELKER & ALLEN,
Attorneys for Defendant,

BY: /s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax:   (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-R4171
TMP/ej

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2007, I electronically filed **Supplement to Reply to Plaintiff's Response to Motion for HIPAA Order** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Michael J. Lanzdorf
mlanzdorf@atg.state.il.us

and I hereby certify that on September 6, 2007, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Antwon S. Hibbler, B45991
Western Illinois Correctional Center
Inmate Mail/Parcels
R. R. #4, Box 196
Mt. Sterling, IL 62353

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN
Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822