In The United States District Court
Central District Of Illinois
Springfield Division

Antwon S. Hibbler #B45991 )
     Plaintiff,              )  Case No. 06-3184-HAB-CHE
vs.                          )
Roger Zimmerman (etal.)      )
     Defendants.             )

Plaintiff Reply To Supplement Response To Motion For Hipaa Order By Defendant's

Now comes the Plaintiff, Antwon S. Hibbler #B45991 (pro-se) and for his Reply To Supplement Response To Motion For Hipaa Order by Defendants, Plaintiff states:

(1) Plaintiff still seeks to prevent Defendants from obtaining certain medical records as the records are not related to the Complaint.

(2) Plaintiff current illness has not caused or brought about his condition to his feet it should be noted it wasn't until defendant Brown gave Plaintiff treatment that the condition to his feet occured.

-1-

(3) Plaintiff still objects to defendants acess to his medical records, that don't pretain to this lawsuit.

(4) Plaintiff further objects to defendants' Brown attorney making an arguement for co-defendants in the Supplement Reply. This attorney should focus on defense for her client not others.

(5) Not withstanding plaintiff's objection to defendant Browns attorney aguement for co-defendants whom are not represented by her Plaintiff states that his concerns of retaliation or release of his medical conditions to others should be taken into consideration because as well stated in the complaint the defendant and co-defendants don't care about penalties and would chance releasing information about plaintiff. Wherefore plaintiff askes this Honorable Court to allow defendant Brown to acess only records pretaining to his feet.

-2-

Respectfully Summitted
Antwon S. Webster
B45991