### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

ANTWON S. HIBBLER,           )
                             )
       Plaintiff,          )
                             )
-vs-                         )    No. 06-3184
                             )
ROGER ZIMMERMAN, et al.,     )
                             )
       Defendants.         )

### MOTION FOR ENLARGEMENT OF TIME

NOW COME the Defendants, FORREST ASHBY, DEBORAH FUQUA, JOSEPH JENNINGS, STEVE SWEETIN, JAMES WARD, RANDALL WHITAKER, JOSEPH WOODWARD, and ROGER ZIMMERMAN, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and move pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an enlargement of time of 60 days, beyond such date that the Court rules on the pending HIPAA Motion, within which to prepare and file their dispositive motion. In support of this motion, Defendants state as follows:

    1.    The undersigned is the Assistant Attorney General assigned to represent the interests of the above-named Defendants in this cause. Plaintiff brings this action against current and former prison officials and a contractual health care provider. Among other things, Plaintiff states a claim for deliberate indifference to his medical needs.

    2.    The dispositive motion deadline in this case is December 7, 2007, as provided in the April 27, 2007, Text Order.

    3.    To date, the undersigned counsel has not obtained a copy of Plaintiff's medical records because the Court has not yet ruled on Defendant Brown's Motion for Qualified HIPAA Protective Order. Plaintiff has objected to the release of his medical records because he does not want certain conditions made public and because he fears retribution from prison officials. However, Plaintiff himself placed the contents of his medical records at issue by bringing this lawsuit.

4. Defendants have requested only those records of one (1) year prior to Plaintiff's arrival at the Western Illinois Correctional Center ("Western Illinois") to the present. Plaintiff was transferred to Western Illinois in November 2004. Defendant Fuqua, the former Health Care Unit Administrator at Western Illinois, does not have access to Plaintiff's medical records because she is no longer employed by the Illinois Department of Corrections.

5. The undersigned is in the process of preparing a dispositive motion for filing on behalf of the above-named Defendants, but requires additional time to properly complete the motion and prepare the necessary affidavit(s) pertaining to Plaintiff's medical condition.

6. Given the amount of time necessary for staff at Western Illinois to copy and distribute four years worth of records and for the undersigned to discuss those records with Defendants, the undersigned requests an additional 60 days beyond such date that the Court rules on the HIPAA Motion to prepare the dispositive motion on behalf of the above-named Defendants.

7. This motion is not made for the purpose of undue delay, but is made in good faith for the purpose of preparing a complete motion.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request an additional 60 days beyond such date that the Court rules on the pending HIPAA Motion within which to prepare and file their dispositive motion.

Respectfully submitted,

FORREST ASHBY, DEBORAH FUQUA, JOSEPH JENNINGS, STEVE SWEETIN, JAMES WARD, RANDALL WHITAKER, JOSEPH WOODWARD, and ROGER ZIMMERMAN,

    Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

    Attorney for Defendants,

s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ANTWON S. HIBBLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No. 06-3184 |
| | ) |
| ROGER ZIMMERMAN, Warden, | ) |
| LIEUTENANT ASHBY, SGT. BUNN, | ) |
| C/O SWENNEY, C/O WHITAKER, | ) |
| C/O JENNINGS, C/O WOODWARD, | ) |
| C/O WARD, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2007, I electronically filed Defendants' for Enlargement of Time, with the Clerk of the Court using the CM/ECF system, which will send notice of same to the following:

Theresa Powell at  tpowell@hrva.com

and I hereby certify that on the same date, I mailed by United States Postal Service, the above-described document to the following non-registered participant:

Antwon S. Hibbler, #B-45991
Western Illinois Correctional Center
R. R. #4, Box 196
Mt. Sterling, IL  62353

Respectfully submitted,

 s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us