IN THE
<u>United States District Court</u>
<u>Central District of Illinois</u>
<u>Springfield, Division</u>

<u>Antwon S. Hibbler #B45991</u>
Plaintiff,

v.

<u>Roger Zimmerman ETAL</u>
Defendant s.

Case No. <u>06-CV-3184</u>

## PROOF/CERTIFICATE OF SERVICE

TO: <u>District Clerk Office</u>
<u>600 E. Monroe St Rm #151</u>
<u>Springfield IL</u>
<u>62701</u>

TO: <u>Attorney General/ Theresa Powell</u>
<u>Sent to Them</u>

PLEASE TAKE NOTICE that on <u>January 2,</u> 20<u>08</u>, I have placed the documents listed below in the institutional mail at <u>Western Ill.</u> Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: <u>Motion To Reconsider Plaintiffs Motions To Compel Motion For Appointment Of Counsel</u>

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: <u>Jan. 2, 2008</u>

/s/ Antwon S. Hibbler
NAME: <u>Antwon S. Hibbler</u>
IDOC#: <u>B45991</u>
<u>Western IL</u> Correctional Center R R #4
BOX <u>196</u>
<u>Mt. Sterling</u>, IL <u>62353</u>

Revised Jan 2002