**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| ANTWON S. HIBBLER, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 06-3184 |
| ROGER ZIMMERMAN, Warden, LIEUTENANT ASHBY, SGT. BUNN, C/O SWENNEY, C/O WHITAKER, C/O JENNINGS, C/O WOODWARD, C/O WARD, | ) |
| Defendants. | ) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION TO RECONSIDER PLAINTIFF'S MOTIONS TO COMPEL**

NOW COME the Defendants, FORREST ASHBY, JOSEPH JENNINGS, STEVE SWEETIN, JAMES WARD, RANDALL WHITAKER, JOSEPH WOODWARD, and ROGER ZIMMERMAN, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby file their Response to Plaintiff's Motion to Reconsider Plaintiff's Motions to Compel. In support thereof, Defendants state as follows:

1. On December 12, 2007, District Judge Baker denied Plaintiff's motions to compel, finding that the information sought by Plaintiff is "irrelevant and highly unlikely to lead to relevant information." (Ct. Doc. #78.)

2. Defendants maintain their objections to Plaintiff's requests for information pertaining to Defendants' date of birth, naturalization, prior lawsuits, and grievances as being irrelevant to Plaintiff's lawsuit and not reasonably calculated to lead to admissible evidence.

WHEREFORE, for the above and foregoing reasons, Defendants request that the Court deny Plaintiff's Motion to Reconsider Plaintiff's Motions to Compel.

Respectfully submitted,

FORREST ASHBY, JOSEPH JENNINGS, STEVE SWEETIN, JAMES WARD, RANDALL WHITAKER, JOSEPH WOODWARD, and ROGER ZIMMERMAN,

    Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

    Attorney for the Defendants,

By   s/ Michael J. Lanzdorf
    Michael J. Lanzdorf, #6286675
    Assistant Attorney General
    500 South Second Street
    Springfield, IL 62706
    Phone: (217) 782-9056
    Fax: (217) 782-8767
    E-Mail: mlanzdorf@atg.state.il.us

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| ANTWON S. HIBBLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No. 06-3184 |
| | ) |
| ROGER ZIMMERMAN, Warden, | ) |
| LIEUTENANT ASHBY, SGT. BUNN, | ) |
| C/O SWENNEY, C/O WHITAKER, | ) |
| C/O JENNINGS, C/O WOODWARD, | ) |
| C/O WARD, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2008, I electronically filed Defendants' Response to Plaintiff's Motion to Reconsider Plaintiff's Motions to Compel, with the Clerk of the Court using the CM/ECF system, which will send notification of same to the following:

Theresa Powell @ tpowell@hrva.com

and I hereby certify that on the same date, I mailed by United States Postal Service, the document to the following non-registered participant:

Antwon S. Hibbler, #B-45991
Western Illinois Correctional Center
R. R. #4, Box 196
Mt. Sterling, IL  62353


Respectfully submitted,


  s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us