In The United States District Court
Central District Of Illinois
Springfield Division

FILED
FEB 06 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Antwon S. Hibbler #B45991 )
        Plaintiff )  Case No. 06-CV-3184
- vs - )
)
Roger Zimmerman (Et Al) )
        Defendents )

### Notice Of Change Of Address

Now comes the Plaintiff, Antwon S. Hibbler #B45991 asking this Court to take Notice that the Plaintiff has changed his address to Vandalia C.C. Box 500 Vandalia Illinois 62471 and all mail regarding this case be forwarded to that address. Plaintiff has had no excess to the library and would ask that the same information be forwarded to the Attorneys' involved to avoid further delay.

Respectfully Summited
Antwon S. Hibbler #B45991

Date: 1-24-08

-1-

IN THE
U.S. District Court
Central District Of Illinois
Springfield Division

Antwon S. Hibbler #B45991
Plaintiff,

v.

Roger Zimmerman ET AL.
Defendants

Case No. 06-CV-3184

## PROOF/CERTIFICATE OF SERVICE

TO: District Clerk Office
600 E. Monroe St RM 151
Springfield Il
62701

TO: Attorney General/Theresa Powell
Please serve these Parties A copy.

PLEASE TAKE NOTICE that on January 24, 2008, I have placed the documents listed below in the institutional mail at Vandalia Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Notice of Change of Address / Response To Defendants Response To Plaintiff Motion To Reconsider Motion To Compel.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 1-24-08

/s/ Antwon S. Hibbler
NAME: Antwon S. Hibbler
IDOC#: B45991
Vandalia Correctional Center
P.O. BOX 500
Vandalia, IL 62471

Revised Jan 2002