In The United States District Court
Central District Of Illinois
Springfield Division

Antwon S. Hibbler #B45991)
        Plaintiff,) Case No. 06-CV-3184
-vs-
Roger Zimmerman (et al.))
        Defendants.)

Plaintiff's Response To Defendants Response To Plaintiff Motion To Reconsider Motion To Compel.

Now Comes the Plaintiff, Antwon S. Hibbler #B45991 with his response to defendants response to Plaintiffs Motion To Reconsider Motion To Compel. In support thereof, Plaintiff states as follows:

(1) Plaintiff does not object to defendants position that their date of birth, naturalization are irrelevant. However under the Fed. R. Civ. Pro the other information sought is relevant and

C.C.                                —1—

the Attorney General is not stating how prior lawsuits and grievances are irrelevant to plaintiffs' lawsuit when caselaw clearly supports the position of the Plaintiff. In objecting to such information when relevant would deny Plaintiff the right to discovery.

(2) Attorney General would have this Court believe without a doubt Plaintiff has no entitlement to the requested discovery despite the caselaw stated in his previous Motion To Reconsider.

(3) Plaintiff only asks for grievances, and/or lawsuits that deal with harassment, excessive force, retaliation or deliberate indifference which is all relevant to the subject matter.

Wherefore, Plaintiff prays this Honorable Court will grant his Motion To Reconsider. Respectfully Submitted

Autumn S. Hiller #4529
Vandalia C.C.
P.O. Box 500
Vandalia IL
62471

-2-

IN THE
U.S. District Court
Central District of Illinois
Springfield Division

Antwon S. Hibbler #B45991
Plaintiff,

v.

Case No. 06-CV-3184

Roger Zimmerman ET AL.
Defendants

## PROOF/CERTIFICATE OF SERVICE

TO: District Clerk Office
600 E. Monroe St RM 151
Springfield IL
62701

TO: Attorney General / Theresa Powell
Please serve these parties a copy.

PLEASE TAKE NOTICE that on January 24, 2008, I have placed the documents listed below in the institutional mail at Vandalia Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Notice of Change of Address / Response To Defendants Response To Plaintiff Motion To Reconsider Motion To Compel.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 1-24-08

/s/ Antwon S. Hibbler
NAME: Antwon S. Hibbler
IDOC#: B45991
Vandalia Correctional Center
P.O. BOX 500
Vandalia, IL 62471

Revised Jan 2002