05415-R4171
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTWON S. HIBBLER, B45991, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-3184-HAB-CHE |
| ) | |
| WARDEN ROGER ZIMMERMAN, ) | |
| LIEUTENANT ASHBY, SARGENT ) | |
| BUNN, CORRECTIONAL OFFICER ) | |
| SWEETIN, CORRECTIONAL OFFICER ) | |
| WHITAKER, CORRECTIONAL OFFICER ) | |
| JENNINGS, J. WOODWARD, ) | |
| CORRECTIONAL OFFICER WARD, ) | |
| LOWELL BROWN, AND DEBRA ) | |
| FUQUA, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO VACATE PRETRIAL HEARING AND TRIAL DATES**

NOW COMES the Defendant, LOWELL BROWN, M.D., by his attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for his Motion to Vacate the Pretrial Hearing and Trial Dates, states:

1. The Plaintiff in this case filed a motion objecting to the HIPAA Motion and Order filed with this Court by the Defendant.

2. Defendant filed this HIPAA Motion and Order in an effort to obtain Plaintiff's medical records as Plaintiff placed his medical status at issue by filing the lawsuit against Dr. Brown alleging deliberate indifference to a serious medical need.

3. The Court recently ruled on the Plaintiff's motion and subsequently, Defendant was allowed to obtain Plaintiff's medical records. These records were received on February 19, 2008 from the Department of Corrections.

4. Defendant is in the process of preparing and filing a Motion for Summary Judgment.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4171
TMP/ej

5. This Court rescheduled the dispositive motion deadline for April 1, 2008.

6. Defendant expects to have his motion on file on or before that date.

7. In the meantime, however, the Court had previously scheduled a final pretrial hearing, as well as a trial. The final pretrial hearing is scheduled for March 10, 2008, with the trial date scheduled for April 7, 2008.

8. The Plaintiff may not even have had time to respond to the motions by the time of the jury trial date currently set.

9. As the Court's ruling on the Motion for Summary Judgment may negate the need for the final pretrial hearing and/or the trial date, Defendant prays that the Court would vacate those dates until sometime substantially after the Court has ruled on the dispositive motions.

WHEREFORE, Defendant, LOWELL BROWN, M.D., prays that this Court will enter an Order vacating the pretrial hearing and trial dates currently on the Court's calendar.

Defendant does not bring this motion by way of unduly delaying the case at hand, but seeks the Court's assistance in efficiently using the parties', the lawyers', and the Court's time.

    Respectfully submitted,

    LOWELL BROWN, M.D., Defendant,

    HEYL, ROYSTER, VOELKER & ALLEN,
    Attorneys for Defendant,

BY:  /s/Theresa M. Powell
    Theresa M. Powell, #6230402
    HEYL, ROYSTER, VOELKER & ALLEN
    Suite 575, National City Center
    P. O. Box 1687
    Springfield, IL 62705
    Phone: (217) 522-8822
    Fax:   (217) 523-3902
    E-mail: tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4171
TMP/ej

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2008, I electronically filed **Motion to Vacate Pretrial Hearing and Trial Dates** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Michael J. Lanzdorf
mlanzdorf@atg.state.il.us

and I hereby certify that on March 5, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Antwon S. Hibbler, B45991
Vandalia Correctional Center
Inmate Mail/Parcels
P. O. Box 500
Vandalia, IL 62471

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax:   (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER &ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822