E-FILED
Tuesday, 01 April, 2008  12:02:45 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| ANTWON S. HIBBLER, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 06-3184 |
| ROGER ZIMMERMAN, et al., | ) ) ) |
| Defendants. | ) |

### MOTION FOR ENLARGEMENT OF TIME

NOW COME the Defendants, FORREST ASHBY, DEBORAH FUQUA, JOSEPH JENNINGS, STEVE SWEETIN, JAMES WARD, RANDALL WHITAKER, JOSEPH WOODWARD, and ROGER ZIMMERMAN, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and move pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an enlargement of time of 21 days, up to and including April 22, 2008, within which to prepare and file their dispositive motion. In support of this motion, Defendants state as follows:

1. The undersigned is the Assistant Attorney General assigned to represent the interests of the above-named Defendants in this cause.

2. The dispositive motion deadline in this case is April 1, 2008, as provided in the Case Management Order, dated December 12, 2007. (Ct. Doc. #78.)

3. The undersigned is in the process of preparing a dispositive motion for filing on behalf of the above-named Defendants, some of whom are no longer employed by the Illinois Department of Corrections, but requires additional time to properly complete the motion and obtain the necessary affidavit(s).

4. The undersigned requests an additional 21 days, up to and including April 22, 2008, to properly complete the dispositive motion.

5. This motion is not made for the purpose of undue delay, but is made in good faith for the purpose of preparing a complete motion. No prejudice will occur to Plaintiff because a trial date has not been set in this matter

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request an additional 21 days, up to and including April 22, 2008, within which to prepare and file their dispositive motion.

Respectfully submitted,

FORREST ASHBY, DEBORAH FUQUA, JOSEPH JENNINGS, STEVE SWEETIN, JAMES WARD, RANDALL WHITAKER, JOSEPH WOODWARD, and ROGER ZIMMERMAN,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendants,


 s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ANTWON S. HIBBLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 06-3184 |
| | ) |
| ROGER ZIMMERMAN, Warden, | ) |
| LIEUTENANT ASHBY, SGT. BUNN, | ) |
| C/O SWENNEY, C/O WHITAKER, | ) |
| C/O JENNINGS, C/O WOODWARD, | ) |
| C/O WARD, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2008, I electronically filed Defendants' Motion for Enlargement of Time, with the Clerk of the Court using the CM/ECF system, which will send notice of same to the following:

Theresa Powell at  tpowell@hrva.com

and I hereby certify that on the same date, I mailed by United States Postal Service, the above-described document to the following non-registered participant:

Antwon S. Hibbler, #B-45991
Vandalia Correctional Center
P.O. Box 500
Vandalia, IL  62471


Respectfully submitted,

 s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us