FILED
APR 04 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

In The United States District Court
Central District Of Illinois
Springfield, Division

Antwon S. Hibbler #B45991  )
                 Plaintiff, )   NO. 06-3184-HAB-CHE
VS.                         )
                            )
Roger Zimmerman (Et Al)     )
          Defendant(s)      )

### Motion For Extention Of Time

Now comes the Plaintiff Antwon S. Hibbler #B45991 asking this Honrable Court to give him an extention of time to answer defendants' Motion For Summary Judgment. In support thereof Plaintiff states as follows:

(1) Plaintiff has filed a Motion to reconsider appointment of Counsel and to reconsider Motion To Compel neither has been answered at this point.

(2) Plaintiff has not the ability to answer defendants'

-1-

Motion For Summary Judgment and has no means of support to help with such reply.

For the reasons stated Plaintiff prays this Honorable Court will allow this extention of time until Final order is entered on his other Motion. This Motion is not to prolong any cause.

Respectfully Summitted
Antwon S. Hibbler #B45991

Antwon Hibbler #B45991

OFFICIAL SEAL
BRUCE K. GRIGG
Notary Public - State of Illinois
My Commission Expires Mar 21, 2011

Sworn to and subscribed before me this 27th day of March, 20 08
Witness my hand and official seal.
Notary Public Bruce K. Grigg

- 2 -

# AFFIDAVIT

I, __Antwon Hibbler__, being duly sworn do repose and state that the attached __Motion for Time Extension__ is true and correct in substance and fact to the best of my knowledge.

OFFICIAL SEAL
BRUCE K. GRIGG
Notary Public - State of Illinois
My Commission Expires Mar 21, 2011

/s/ Antwon Hibbler
Petitioner Antwon Hibbler, B45991

Subscribed and sworn to before me this __27th__ day of __March__, 20__08__.

__Bruce K. Grigg__
Notary Public

__March 21, 2011__
Expiration of Commission

# NOTICE OF FILING

**TO:** US District Court
Prisoner Correspondence

600 E. Monroe, Suite 151
Springfield, IL 62701
Original & 1 copy

**TO:** Heyl Royster Voelker,
& Allen
Theresa M. Powell

PO Box 1687
Springfield, IL 62705-1687
1 copy

**TO:** Illinois Attorney General
Michael Lanzdorf
500 S. Second Street

Springfield, IL 62706
1 copy

Please take notice on __March 27__, 20__08__, I filed with __Attorneys and Central District__ Court the attached __Motion for Extension of Time, 4__ copy(ies) of which are served on you.

OFFICIAL SEAL
BRUCE K. GRIGG
Notary Public - State of Illinois
My Commission Expires Mar 21, 2011

/s/ Antwon Hibbler
Antwon Hibbler, B45991

# AFFIDAVIT OF SERVICE

**STATE OF ILLINOIS** )
                      )
**COUNTY OF** FAYETTE )

I, __Antwon S. Hibbler__, being sworn state that I served the attached notice on the above named person(s) by placing a true and correct copy in an envelope(s), addressed as shown above, with the proper U.S. postage on each and deposited the envelope(s) in the U.S. Mail at __Vandalia__, Illinois, __62471__, on or about the hour of __3:30 PM__ on __March 27__, 2008.

OFFICIAL SEAL
BRUCE K. GRIGG
Notary Public - State of Illinois
My Commission Expires Mar 21, 2011

/s/ Antwon Hibbler
Antwon Hibbler, B45991

Form revised 11/1/01