05415-R4171
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTWON S. HIBBLER, B45991, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 06-3184-HAB-CHE |
| | ) |
| WARDEN ROGER ZIMMERMAN, | ) |
| LIEUTENANT ASHBY, SARGENT | ) |
| BUNN, CORRECTIONAL OFFICER | ) |
| SWEETIN, CORRECTIONAL OFFICER | ) |
| WHITAKER, CORRECTIONAL OFFICER | ) |
| JENNINGS, J. WOODWARD, | ) |
| CORRECTIONAL OFFICER WARD, | ) |
| LOWELL BROWN, AND DEBRA | ) |
| FUQUA, | ) |
| | ) |
| Defendants. | ) |

**RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

NOW COMES the Defendant, LOWELL BROWN, M.D., by his attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and has no objection to allowing Plaintiff a reasonable extension of time to respond to Defendant's Motion for Summary Judgment.

          Respectfully submitted,

          LOWELL BROWN, M.D., Defendant,

          HEYL, ROYSTER, VOELKER & ALLEN,
          Attorneys for Defendant,

BY: /s/Theresa M. Powell
    Theresa M. Powell, #6230402
    HEYL, ROYSTER, VOELKER & ALLEN
    Suite 575, National City Center
    P. O. Box 1687
    Springfield, IL  62705
    Phone: (217) 522-8822
    Fax:    (217) 523-3902
    E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4171
TMP/ej

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2008, I electronically filed **Response to Plaintiff's Motion for Extension of Time** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

> Michael J. Lanzdorf
> mlanzdorf@atg.state.il.us

and I hereby certify that on April 16, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

> Antwon S. Hibbler, B45991
> Vandalia Correctional Center
> Inmate Mail/Parcels
> P. O. Box 500
> Vandalia, IL 62471

> /s/Theresa M. Powell
> Theresa M. Powell, #6230402
> HEYL, ROYSTER, VOELKER & ALLEN
> Suite 575, National City Center
> P. O. Box 1687
> Springfield, IL  62705
> Phone: (217) 522-8822
> Fax:    (217) 523-3902
> E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822