IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ANTWON S. HIBBLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 06-3184 |
| ) | |
| ROGER ZIMMERMAN, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Now come Defendants, FORREST ASHBY, DEBORAH FUQUA, JOSEPH JENNINGS, STEVE SWEETIN, JAMES WARD, RANDALL WHITAKER, JOSEPH WOODWARD, and ROGER ZIMMERMAN, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby submit their Motion for Summary Judgment pursuant to Federal Rules of Civil Procedure Rule 56(b). In support thereof, Defendants state as follows:

1. Plaintiff is an inmate in the custody of the Illinois Department of Corrections and was incarcerated at Western Illinois Correctional Center ("Western Illinois") for the times relevant to this lawsuit.

2. Defendant Ashby was a Correctional Lieutenant for all relevant times.

3. Defendant Fuqua was the Health Care Unit Administrator for all relevant times.

4. Defendants Jennings, Sweetin, Ward, Whitaker, and Woodward were employed as Correctional Officers for all relevant times.

5. Defendant Zimmerman was the Warden at Western Illinois for all relevant times.

6. There is insufficient evidence for a reasonable jury to find that Defendants Fuqua, Sweetin, Ward, Whitaker, and Woodward were deliberately indifferent to Plaintiff's serious medical needs.

7. There is insufficient evidence for a reasonable jury to find that Defendants retaliated against Plaintiff.

8. There is insufficient evidence for a reasonable jury to find that Defendants Ashby, Jennings, and Zimmerman violated Plaintiff's right of equal protection.

9. Plaintiff's claims concerning his filing of a frivolous lawsuit are barred by <u>Heck v. Humphrey</u>, 512 U.S. 477 (1994) and <u>Edwards v. Balisok</u>, 520 U.S. 641 (1997).

10. Defendants are entitled to qualified immunity.

11. There is no occasion to issue injunctive relief because Plaintiff is no longer incarcerated at Western Illinois and Defendant Zimmerman has since retired.

12. Contemporaneously herewith, Defendants file their Memorandum of Law in Support of this Motion for Summary Judgment under seal, pursuant to this Court's Case Management Order, of December 12, 2007, e-filed as Doc. 78.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this Honorable Court grant their Motion for Summary Judgment.

    Respectfully submitted,

    FORREST ASHBY, et al.,

        Defendants,

    LISA MADIGAN, Attorney General,
    State of Illinois,

        Attorney for the Defendants,

By:   s/ Michael J. Lanzdorf
      Michael J. Lanzdorf, #6286675
      Assistant Attorney General
      Office of the Attorney General
      500 South Second Street
      Springfield, IL 62706
      Phone: (217)782-9056
      Fax: (217)782-8767
      E-Mail: mlanzdorf@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ANTWON S. HIBBLER, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 06-3184 |
| ROGER ZIMMERMAN, et al., | ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2008, I electronically filed Defendants' Motion for Summary Judgment, with the Clerk of the Court using the CM/ECF system, which will send notice of same to the following:

Theresa Powell at tpowell@hrva.com

and I hereby certify that on the same date, I mailed by United States Postal Service, the above-described document to the following non-registered participant:

Antwon S. Hibbler, #B-45991
Vandalia Illinois Correctional Center
P.O. Box 500
Vandalia, IL   62471

                Respectfully submitted,

                   s/ Michael J. Lanzdorf
                Michael J. Lanzdorf, #6286675
                Assistant Attorney General
                500 South Second Street
                Springfield, IL   62706
                Phone: (217) 782-9056
                Fax: (217) 782 -8767
                E-Mail: mlanzdorf@atg.state.il.us