


IN THE UNITED STATES DISTRICT COURT
FOR
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

ANTWON S. HIBBLER

V.                                             CASE NO. 06-3184

ROGER ZIMMERMAN

MOTION FOR EXTENTION OF TIME

NOW COMES THE PLAINTIFF, Antwon Hibbler, Pro Se, and respectfully requests this Honorable Court grant an extension of time for his answer to defendats Motion for Summary Judgment, pursuant to Federal Rules of Civil Procedure #6.

In support of, the Plaintiff states the following:

(1) Plaintiff not only doesn't know now to answer the said motion, but his legal resources is limited due to the fact that the research material is absent and has to be ordered.

(2) Plaintiff is still waiting on this Courts ruling of his Appointment of Counsel Motion.

**Wherefore,** Plaintiff prays this Honorable Court will grant him an additional 30 days extension to research and properly try to prepare an answer.

Respectfully Submitted

OFFICIAL SEAL
BRUCE K. GRIGG
Notary Public - State of Illinois
My Commission Expires Mar 21, 2011

Antwon Hibbler #B45891
Antwon Hibbler, Pro Se

Sworn to and subscribed before me thi
15th day of May, 2008
Witness my hand and official seal.
Notary Public Bruce K. Grigg

IN THE

<u>United States District Court</u>
<u>Central District of Illinois</u>
Springfield Division

<u>Antwoon S. Hibbler</u>
Plaintiff

v.    Case No. <u>06-3184</u>

<u>Roger Zimmerman etal</u>
Defendants

---

## PROOF/CERTIFICATE OF SERVICE

TO: <u>United District Clerk</u>    TO: <u>Attorney General Office</u>
<u>600 E. Monroe Suite 151</u>    <u>500 S. Second Street</u>
<u>Springfield IL</u>    <u>Springfield IL</u>
<u>62</u>    <u>62706</u>

PLEASE TAKE NOTICE that on <u>MAY 15</u>, 20<u>08</u>, I have filed with the U.S. Mail through the <u>Vandalia</u> Correctional Center the following documents, properly addressed to the parties above: <u>Motion for extention of time</u>.

I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that I have read the above documents, and that the information contained therein is true and correct. 28 USC 1746 and 18 USC 1621.

DATE: <u>5/15/08</u>

/s/ <u>Antwoon S. Hibbler</u>
NAME: <u>Antwoon S. Hibbler</u>
IDOC#: <u>B45991</u>
<u>Vandalia</u> Correctional Center
P.O. BOX <u>500</u>
<u>Vandalia</u>, IL <u>62471</u>

Form Revised 11/1/01