05415-R4171
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTWON S. HIBBLER, B45991, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 06-3184-HAB-CHE |
| | ) |
| WARDEN ROGER ZIMMERMAN, | ) |
| LIEUTENANT ASHBY, SARGENT | ) |
| BUNN, CORRECTIONAL OFFICER | ) |
| SWEETIN, CORRECTIONAL OFFICER | ) |
| WHITAKER, CORRECTIONAL OFFICER | ) |
| JENNINGS, J. WOODWARD, | ) |
| CORRECTIONAL OFFICER WARD, | ) |
| LOWELL BROWN, AND DEBRA | ) |
| FUQUA, | ) |
| | ) |
| Defendants. | ) |

**RESPONSE TO PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT/RESPONSE TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

NOW COMES the Defendant, LOWELL BROWN, M.D., by his attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for his Response to Plaintiff's Motion for Summary Judgment/Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment, states:

Defendant admits that Rule 56(c) governs summary judgment motions in federal court. As indicated in Defendant's Motion for Summary Judgment, the Plaintiff must have admissible evidentiary proof of each element of his case. The Plaintiff has no admissible evidence to support the elements of his claim, and therefore is not entitled to summary judgment. To the contrary, without such evidence, Defendant is entitled to summary judgment as filed.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4171
TMP/ej

## **STATEMENTS OF FACT**

1.  Defendant admits that Plaintiff has been to the healthcare unit complaining of skin problems with his feet. This was previously documented in Defendant's Motion for Summary Judgment.

2.  Defendant denies that he prescribed ointment that made the Plaintiff's condition worse. Defendant admits, however, that ointments may not have made Plaintiff's feet seem to have improved. Again, this evidence does not help to support any of the elements of Plaintiff's claim and therefore does not defeat Defendant's Motion for Summary Judgment.

3.  Defendant denies that he was ever aware that Plaintiff was unable to walk. There is no evidence that there is any medical condition that required treatment to assist the Plaintiff in being able to walk or to walk better.

4.  Defendant had no involvement in answering grievances and no involvement with Plaintiff's mail.

5.  Defendant admits that Plaintiff has been to the healthcare unit with respect to his skin issues. The Plaintiff identifies various forms of treatment that have been tried in order to help the Plaintiff's condition. Defendant admits that he prescribed these various forms of treatment for Plaintiff's complaints of skin problems on his toes.

6.  Defendant relies upon his Motion for Summary Judgment and the Affidavit therein to refute any of the statements contained in the Plaintiff's Motion and Plaintiff's purported Motion for Summary Judgment.

7.  The evidence as established by the medical records and Defendant Dr. Brown's Affidavit is as follows:

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-R4171
TMP/ej

  a. Plaintiff has been treated with many forms of medication in an effort to relieve his complaints relating to the skin breakdown between his toes.

  b. In addition to receiving medications, Plaintiff has received shots, special permits, as well as an referral to an outside dermatologist.

8. Plaintiff's Motion repeatedly references that his medical condition is tinea pedis (athlete's foot).

9. Plaintiff fails to provide any medical evidence to establish that his athlete's foot constitutes a serious medical need or that it could, under any circumstances.

10. Plaintiff alleges and asserts that Dr. Brown gave him a permit for shower shoes, but that security would not allow him to do so on a regular basis. Defendant Brown denies that he is involved with security and there is no evidence to indicate that Dr. Brown played any role in security's decision to dishonor the permit provided by Dr. Brown.

11. Plaintiff admits in his own Motion that he did get better. Defendant played no role in forcing the Plaintiff to wear boots.

## CONCLUSION

The Plaintiff states no facts to establish a serious medical need. Moreover, the Plaintiff provides no admissible evidence to establish that Defendant believed the Plaintiff suffered from a serious medical need and treated that need with deliberate indifference. To the contrary, the evidence set forth in both the Defendant's Motion and the Plaintiff's Motion lists the numerous forms of treatment provided to the Plaintiff when he presented to the healthcare unit with complaints. As a matter of law, the treatment provided to Antwon Hibbler could not constitute deliberate indifference to a serious medical need.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4171
TMP/ej

Accordingly, Defendant prays that the Court will deny Plaintiff's Motion for Summary Judgment and grant Defendant's Motion for Summary Judgment.

           Respectfully submitted,

           LOWELL BROWN, M.D., Defendant,

           HEYL, ROYSTER, VOELKER & ALLEN,
           Attorneys for Defendant,

BY:   /s/Theresa M. Powell
       Theresa M. Powell, #6230402
       HEYL, ROYSTER, VOELKER & ALLEN
       Suite 575, National City Center
       P. O. Box 1687
       Springfield, IL 62705
       Phone: (217) 522-8822
       Fax:   (217) 523-3902
       E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R4171
TMP/ej

# CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2008, I electronically filed **Response to Plaintiff's Motion for Summary Judgment/Response to Defendant's Motion for Summary Judgment** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Michael J. Lanzdorf
mlanzdorf@atg.state.il.us

and I hereby certify that on May 19, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Antwon S. Hibbler, B45991
Vandalia Correctional Center
Inmate Mail/Parcels
P. O. Box 500
Vandalia, IL 62471

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail: tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822