UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ANTWON S. HIBBLER,

    Plaintiff,

v.                                                                                          06-CV-3184

ROGER ZIMMERMAN et al.,

    Defendants.

### Order

    An inmate, James Kelly, has filed a motion for appointment of counsel on the plaintiff's behalf, stating that he is responsible for drafting the plaintiff's response to the pending motions for summary judgment. Kelly states that the plaintiff told him that he (the plaintiff) had not drafted any of his pleadings and that he (the plaintiff) had no legal experience or ability and was mentally not up to the task.

    The court appreciates Mr. Kelly's attempt to help the plaintiff, but the plaintiff must tell the court on his own, in his own words, why he cannot represent himself. He must file his own motion for the appointment of counsel. That he has other inmates helping him does not automatically mean he cannot represent himself. Mr. Kelly's description of what the plaintiff told him is not a sound basis for determining the plaintiff's competency to proceed pro se. The court does note that it appears from the attachments to Mr. Kelly's motion that the plaintiff has tried to obtain counsel on his own.

    IT IS THEREFORE ORDERED THAT:

    1. Mr. Kelly's motion to appoint counsel for the plaintiff is denied (93). The plaintiff may file another motion for appointment of counsel with his own signature.

    2. By July 1, 2008, the IDOC defendants are directed to file the plaintiff's score on the Test for Adult Basic Education (TABE).

    3. It appears that "Rule 56" notices were not sent out for the pending motions for summary judgment. The clerk is directed to mail the plaintiff a Rule 56 notice.

    4. The clerk is directed to change the docket to reflect that d/e 86 is a motion for summary judgment. The motion itself shall remain under seal.

      5.  The plaintiff's motion for an extension to respond to the pending summary judgment motions is granted (d/e 95).  The plaintiff shall have until July 31, 2008, to submit an additional response to the pending summary judgment motions.

      Entered this   18th    Day of     June    , 2008.

                                                 **s\Harold A. Baker**

                                                 HAROLD A. BAKER
                                      UNITED STATES DISTRICT JUDGE