IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ANTWON S. HIBBLER, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>ROGER ZIMMERMAN, et al., )<br>)<br>Defendants. ) | No. 06-3184 |

### RESPONSE TO COURT ORDER DATED JUNE 18, 2008

NOW COME the Defendants, FORREST ASHBY, DEBORAH FUQUA, JOSEPH JENNINGS, STEVE SWEETIN, JAMES WARD, RANDALL WHITAKER, JOSEPH WOODWARD, and ROGER ZIMMERMAN, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and in response to the Court Order dated June 18, 2008, state as follows:

1. On June 18, 2008, District Judge Baker ordered the above-named Defendants to file Plaintiff's score on the Test for Adult Basic Education ("TABE"). (Ct. Doc. #97.) Plaintiff's scores are attached hereto. (Ex. A.)

Respectfully submitted,

FORREST ASHBY, et al.,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendants,

Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us

  s/ Michael J. Lanzdorf
   Michael J. Lanzdorf, #6286675
   Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ANTWON S. HIBBLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 06-3184 |
| | ) | |
| ROGER ZIMMERMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2008, I electronically filed Defendants' Response to Court Order Dated June 18, 2008, with the Clerk of the Court using the CM/ECF system, which will send notice of same to the following:

Theresa Powell at  tpowell@hrva.com

and I hereby certify that on the same date, I mailed by United States Postal Service, the above-described document to the following non-registered participant:

Antwon S. Hibbler, #B-45991
Vandalia Correctional Center
P.O. Box 500
Vandalia, IL  62471


Respectfully submitted,

 s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us

```
OM0PA013            ILLINOIS DEPARTMENT OF CORRECTIONS   Monday, 30 June, 2008  03:21:30 PM
PAGE: 0001          PROGRAM/ASSIGNMENT -- TABE TEST INQUIRY  Clerk, U.S. District Court, ILCD

IDOC#: B45991 HIBBLER, ANTWON              3 A L   VAN-F -01-06           02/15/2009

                     L   I   L   C       MAND EDUC/PA 89-0688: N
                     V   N   O   M   -----READING------   -------MATH--------
---DATE---  -FORM-  -L- -T- -C- -P-  -VOC-- -COMP- -TTL-  -COMP- -PROB- -TTL-

10  05  07  MAND    D7   4  WIL  N    8.8    8.8    8.8    5.3    4.3    4.9
            MATH APPL/LANG            0.0    BAT    0.0   SPEL    0.0   AVG   6.9

08  21  06  MAND    D8   4  WIL  N    6.0    6.0    6.0    6.8    3.3    5.0
            MATH APPL/LANG            0.0    BAT    0.0   SPEL    0.0   AVG   5.5

08  02  05  NEW     D7   Y  WIL  N    6.0    6.0    6.0    5.3    1.8    3.2
            MATH APPL/LANG            0.0    BAT    0.0   SPEL    0.0   AVG   4.6

01  24  02  NEW     S7   Y  JRC  N    6.1    6.1    6.1    7.5    7.5    7.5
            MATH APPL/LANG            0.0    BAT    0.0   SPEL    0.0   AVG   6.8
NEXT KEY DATA: IDOC #: B45991
PF7: PAGE BACK   PF8: PAGE FWD   PF13: TRANSCRIPT INQ
```

EXHIBIT A

```
OM0PA013              ILLINOIS DEPARTMENT OF CORRECTIONS -- OTS              6/30/ 8
PAGE: 0002            PROGRAM/ASSIGNMENT -- TABE TEST INQUIRY               13:09:48

IDOC#: B45991 HIBBLER, ANTWON              3 A L   VAN-F -01-06           02/15/2009

                         L    I    L    C        MAND EDUC/PA 89-0688: N
                         V    N    O    M    -----READING-------   -------MATH--------
---DATE---  -FORM-  -L-  -T-  -C-  -P-   -VOC--  -COMP-  -TTL-   -COMP-  -PROB-  -TTL-

10 21 99    GED     D7   N   HAN   N     6.6     6.6     6.6     7.7     3.3     5.3
                    MATH APPL/LANG        0.0     BAT     0.0    SPEL    0.0   AVG  6.0

10 15 98    GED     D8   N   HAN   N     8.9     8.9     8.9    11.7    10.5    11.0
                    MATH APPL/LANG        0.0     BAT     0.0    SPEL    0.0   AVG 10.0

04 01 98    MAND    D7   4   HAN   N     8.8     8.8     8.8     9.5     9.0     9.3
                    MATH APPL/LANG        0.0     BAT     0.0    SPEL    0.0   AVG  9.1

09 05 97    NEW     D7   Y   HIL   N     6.2     6.2     6.2     5.3     5.9     5.6
                    MATH APPL/LANG        0.0     BAT     0.0    SPEL    0.0   AVG  5.9
NEXT KEY DATA: IDOC #: B45991
PF7: PAGE BACK   PF8: PAGE FWD   PF13: TRANSCRIPT INQ
```

```
OM0PA013              ILLINOIS DEPARTMENT OF CORRECTIONS -- OTS              6/30/ 8
PAGE: 0003              PROGRAM/ASSIGNMENT -- TABE TEST INQUIRY             13:09:48

IDOC#: B45991 HIBBLER, ANTWON                3 A L  VAN-F -01-06           02/15/2009

                         L    I    L    C         MAND EDUC/PA 89-0688: N
                         V    N    O    M    ------READING-------   -------MATH--------
---DATE---   -FORM-     -L-  -T-  -C-  -P-   -VOC--  -COMP-  -TTL-  -COMP-  -PROB-  -TTL-

03  01  96   EGCC       D6    4   BMR   N     8.0     6.0    7.0    12.9     8.7    10.6
             MATH APPL/LANG               0.0     BAT    0.0    SPEL     0.0    AVG    8.8

04  04  95   NEW        D6    Y   JRC   N     4.1     5.2    4.7     5.6     2.1     3.5
             MATH APPL/LANG               0.0     BAT    0.0    SPEL     0.0    AVG    4.1

09  22  93   NEW        D6    Y   DSB         9.8     8.6    9.1     7.9     5.0     6.6
             MATH APPL/LANG               0.0     BAT    0.0    SPEL     0.0    AVG    7.9


NEXT KEY DATA: IDOC #: B45991
PF7: PAGE BACK   PF8: PAGE FWD   PF13: TRANSCRIPT INQ
INQUIRY COMPLETE                          PLEASE ENTER NEXT KEY DATA
```

```
OM0PA008            ILLINOIS DEPARTMENT OF CORRECTIONS -- OTS          6/30/ 8
                    PROGRAM/ASSIGNMENT -- INMATE TRANSCRIPT INQUIRY    13:10:04

IDOC#: B45991 HIBBLER, ANTWON              3 A L  VAN-F -01-06       02/15/2009
SSN:   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 DOB:  9 19 75  AGE:  32 RACE: BLK ASSESS:    SP ED: N  ESL: N
ABE LIT/DATE: C  10   5  07  PAY RSTRCT/START/END: N   8  2  05    10   5  07
MAND EDUC/PA 89-0688: N    IDOC HS DIPLOMA:        VOC PGM COMPL:
                                                   ABE-PRESENT-ABSENT-MANDATORY
                                                        45        3        N
                                                   -- COLLEGE -- -- ENROLLED --
                                                   2/4 YR PGM:    FULL/PART: F

                                                   -------- I. Q. TEST --------
                                                   SCORE: 075  DTE:  9   7  93
LAST GRADE COMPLETED:  11
GED FRM:      AM   WRITE: 40 SOC   35  SCI: 36  RD: 41  MTH: 34  TOT:   186
INST:      IRI     TEST: 10 29 98  PASS:    00  CERT RECD:           00
CONSTITUTION DATE:  7 24 98  PASS: Y  A:        B: 38  C:       D:
COMMENTS: I/M REPORTS HAS H.S. DIPLOMA,ABE DAYS @ WICC,10/09/07,RRT.

NEXT KEY DATA: IDOC #: B45991
PF13: TABE TEST INQ
INQUIRY COMPLETE                       PLEASE ENTER NEXT KEY DATA
```