**E-FILED**
Friday, 18 July, 2008   09:09:39 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

_Central_   DISTRICT OF ILLINOIS

Plaintiff(s)  Antwon Hibbler )
)
v. )
)   Case Number: 06-3184
)
Defendant(s) Roger Zimmerman etal. )   Judge Harold A. Baker
)
)   ~~FILED~~
)

JUL 17 2008

CLERK OF THE COURT
U.S. DISTRICT
CENTRAL D...

## MOTION FOR APPOINTMENT OF COUNSEL

1.  I, _Antwon Hibbler_, declare that I am the (check appropriate box) ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2.  In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3.  In further support of my motion, I declare that (check appropriate box):

    ☒ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

    ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4.  In further support of my motion, I declare that (check appropriate box):

    ☐ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

    ☒ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

    ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5.  I declare under penalty that the foregoing is true and correct.

    /s/ _Antwon Hibbler_

    Box 500, Reg.No. B45991
    VANDALIA CORRECTIONAL CENTER.
    VANDALIA IL, 62471

Date: 7/2/08

IN THE

United States District Court

Central District OF Illinois
Springfield Division

Antwon Hibbler _____ )
Plaintiff )
 )          Case No. 06-3184 _____
                    v. )
 )
 )
 )
Roger Zimmerman EtAL _____ )
Defendant(s)

---

## PROOF/CERTIFICATE OF SERVICE

TO: United States District Court    TO: Attorney General Office
600 E Monroe Rm #151               300 South second street
Springfield IL                     Springfield IL
        62701                              62706

PLEASE TAKE NOTICE that on July 10 , 20 08, I have filed with the
U.S. Mail through the Vandalia Correctional Center the following
documents, properly addressed to the parties above: Appointment of Counsel
Motion.

I further declare, under penalty of perjury, that I am the Plaintiff in the above action, that
I have read the above documents, and that the information contained therein is true and
correct. 28 USC 1746 and 18 USC 1621.

DATE: July 10, 2008 _____

/s/ Antwon Hibbler _____
NAME: Antwon Hibbler _____
IDOC#: B45991 _____
Vandalia _____ Correctional Center
P.O. BOX 500 _____
Vandalia _____, IL 62471

Form Revised 11/1/01