IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

Antwon S. Hibbler
Plaintiff

V.

Roger Zimmerman Et al
Defendant(s)

FILED
AUG 0 4 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

Now comes the plaintiff Antwon S. Hibbler with his Response To Defendant's Motion For Summary Judgement. In support thereof plaintiff states the following:

(1.)  Under the penalty of perjury the plaintiff denies all allegations in the defendant's Motion as the defendant's are tring to conscrew the facts to have this court believe that defendants Fugua, Sweetin, Ward, Whitaker, and Woodward were not deliberately indifferant to Plaintiff serious medical needs through there actions and non-actions. These defendants have also Falsely stated that Plaintiff foot conditions didn't heal for facts other that what is true.

WHEREFORE, the Plaintiff respectfully request this Honorable Court;

To deny the Defendants Motion For Summary Judgement.

# AFFIDAVIT

I, Antwon S. Hibbler #B45991, being duly sworn do repose and state that the attached Response to Def. Motion is true and correct in substance and fact to the best of my knowledge.

OFFICIAL SEAL
BRUCE K. GRIGG
Notary Public - State of Illinois
My Commission Expires Mar 21, 2011

/s/ Antwon Hibbler
Petitioner Antwon S. Hibbler
# B45991
Vandalia Correctional Center
P.O. Box 500

Vandalia, Illinois 62471

Subscribed and sworn to before me this 31st day of July, 2008.

Bruce K. Grigg
Notary Public

March 21, 2011
Expiration of Commission

# AFFIDAVIT OF SERVICE

STATE OF ILLINOIS )
                  )
COUNTY OF Fayette )

I, Antwon S. Hibbler #B45991, being sworn state that I served the attached notice on the above named person(s) by placing a true and correct copy in an envelope(s), addressed as shown above, with the proper U.S. postage on each and deposited the envelope(s) in the U.S. Mail at Vandalia, Illinois, 62471, on or about the hour of 12:00 P.M. on July 31st, 2008.

OFFICIAL SEAL
BRUCE K. GRIGG
Notary Public - State of Illinois
My Commission Expires Mar 21, 2011

/s/ Antwon Hibbler
Antwon S. Hibbler #B45991

Form revised 11/1/01

IN THE

United States District Court
Central District of Illinois

Antwen S Hibbler )
Plaintiff, )
)
)
v. )   Case No. 06-3184
)
)
Roger Zimmerman Et al )
Defendants )

PROOF/CERTIFICATE OF SERVICE

TO: U.S. District Clerk
600 E Monroe #151
Springfield IL
62701

TO: Attorney General Office
500 S. Second Street
Springfield IL
62706

PLEASE TAKE NOTICE that on July 31, 2008, I have placed the documents listed below in the institutional mail at Vandalia Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Response To Defendants Motion For Summary Judgement

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 7/31/08

/s/ Antwen S. Hibbler
NAME: Antwen S. Hibbler
IDOC: B45997
Vandalia Correctional Center
P.O. Box 500
Vandalia, IL 62471